IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. GARNER,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES,<br>Inc., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. C-1-00-463<br>) JUDGE SPIEGEL<br>)<br>)<br>) **FILED UNDER SEAL**<br>)<br>) |

### ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.  the relator's complaint, the United States' Notice of Intervention, and this Order be unsealed;

2.  this action is stayed for sixty days to permit finalization of a settlement agreement;

3.  all other papers or Orders on file in this matter shall remain under seal; and

4.  the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This __7__ day of _____, 2005.

_____
United States District Judge