UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

```
UNITED STATES OF AMERICAN, ex rel.  )
ANDREW M. GARNER, III               )    Case No. 1:00cv00463
                                    )    Judge: Hon. S. Arthur Spiegel
            v.                      )    Corporate Disclosure Statement
                                    )
ANTHEM INSURANCE COMPANIES, INC.,   )
et al.,                             )
```

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Anthem Insurance Companies, Inc.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __X__ Yes          _____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    Anthem Insurance Companies, Inc. is a subsidiary of Wellpoint, Inc. (NYSE:WLP)

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? __X__ Yes     _____ No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

    Wellpoint, Inc. is the parent of Anthem Insurance Companies, Inc.

_____          7-19-05
(Signature of Counsel)            (Date)

"Certificate of Service"

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was filed and served electronically through the Court's ECF system on July 19, 2005, and also served by regular U.S. mail upon:

Gerald F. Kaminski, Esq.
U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, OH 45202
*Attorneys for United States of America*

Kenneth F. Affeldt, Esq.
U.S. Attorney's Office
303 Marconi Boulevard, 2nd Floor
Columbus, OH 43215
*Attorneys for United States of America*

Michael F. Hertz, Esq.
Department of Justice
Civil Division/Commercial Litigation Branch
601 D Street NW, Room 9705
Washington, DC 20530
*Attorneys for the United States of America*

Stanley E. Alderson, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261
Washington DC 20044
*Attorneys for United States of America*

James B. Helmer, Jr., Esq.
Helmer Martins & Morgan
105 East 4th Street, Suite 1900
Cincinnati, OH 45202
*Attorneys for Andrew M. Garner, III*

J. Timothy Keller, Esq.
Aschemann Keller LLC
108 West Jackson Street
Marion, IL 62959
*Attorneys for Andrew M. Garner, III*

/s/ James A. Dyer
James A. Dyer

{00171727.DOC/1}