UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The United States of America, ex rel., Andrew M. Garner, III, and Andrew M. Garner, III, individually,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Anthem Insurance Companies, Inc., an Indiana corporation; AdminaStar Federal, Inc., an Indiana corporation; FiServ Solutions, Inc., a Wisconsin corporation; Anthem Prescription Management, Inc., an Ohio corporation; American Health Network of Indiana, Inc., an Indiana corporation; Paragon Health Systems, LTD., an Ohio limited liability company; and, Wright Health Associates, Inc.; an Ohio corporation,<br><br>　　　　Defendants. | Case No.1:00CV463<br><br>Senior Judge S. Arthur Spiegel |

NOTICE OF DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States having intervened in this case, hereby notifies the Court that it voluntarily dismisses this action, with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), or for entitlement to a share of the proceeds of the attached Settlement Agreement under 31 U.S.C. § 3730(d), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. §3730(h), pursuant to Rule 41(a), Fed. R. Civ. P., and in accordance with the terms of the attached Settlement Agreement. The United States dismisses Count I of the Complaint

with respect to AdminaStar Printmail and Anthem Prescription with prejudice and dismisses the remainder of the Complaint, with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), or for entitlement to a share of the proceeds of the attached Settlement Agreement under 31 U.S.C. § 3730(d), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. §3730(h), without prejudice. The United States asks that the Court retain jurisdiction to resolve any disputes arising under the Settlement Agreement, to enforce the Agreement, and to decide issues, including jurisdictional issues, if any, concerning relator share and attorney fees and costs. The United States reserves the right to challenge or seek dismissal of Relator's claim to a share of the proceeds on jurisdictional or any other grounds.

    A proposed order accompanies this Notice.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-2769
Ken.Affeldt @usdoj.gOV

s/ Stanley E. Alderson
MICHAEL F. HERTZ
JOYCE R. BRANDA
STANLEY E. ALDERSON
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6696

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The United States of America,<br>ex rel., Andrew M. Garner, III,<br>and Andrew M. Garner, III, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>Anthem Insurance Companies, Inc., an<br>an Indiana corporation; FiServ Solutions, Inc.,<br>a Wisconsin corporation; Anthem Prescription<br>Management, Inc., an Ohio corporation;<br>American Health Network of Indiana, Inc., an<br>Indiana corporation; Paragon Health Systems,<br>LTD., an Ohio limited liability company; and,<br>Wright Health Associates, Inc.; an Ohio<br>corporation,<br><br>    Defendants. | Case No. 1:00CV463<br><br>Senior Judge S. Arthur Spiegel |

## ORDER

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and having voluntarily dismissed this action, with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), or for entitlement to a share of the proceeds of the attached Settlement Agreement under 31 U.S.C. § 3730(d), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. §3730(h), the Court rules as follows:

IT IS HEREBY ORDERED that this action is dismissed in accordance with the terms of the attached Settlement Agreement, with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), or for

entitlement to a share of the proceeds of the attached Settlement Agreement under 31 U.S.C. § 3730(d), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. §3730(h). Count I of the Complaint, with respect to AdminaStar Printmail and Anthem Prescription, is dismissed with prejudice and the remainder of the Complaint, with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. §3730(h), is dismissed without prejudice. The Court retains jurisdiction to resolve any disputes arising under the Settlement Agreement and to enforce the Agreement, and to decide issues, including jurisdictional issues, if any, concerning relator share and attorney's fees and costs. The United States retains the right to challenge or seek dismissal of Relator's claim to a share of the proceeds on jurisdictional or any other grounds.

.

                                                BY THE COURT:

Dated: _____

                                                UNITED STATES DISTRICT JUDGE

                                                       or

                                                UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal, Settlement Agreement and Order was served this 8th day of August, electronically on: James B. Helmer, Jr., John Timothy Keller, Paul Bryan Martins, Robert M. Rice.

                                                  s/Kenneth F. Affeldt
                                                  KENNETH F. AFFELDT (0052128)
                                                  Assistant United States Attorney