AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

USA ex rel Andrew M. Garner, III, et al.

V.

Anthem Insurance Companies, Inc., et al.

Case Number:   1:00-cv-00463

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | SEPTEMBER 15, 2005 at 9:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Gerald Kaminski, Esq.   Kenneth Affeldt, Esq.   Michael Hertz, Esq.   Stanley Alderson, Esq.
    James Helmer, Esq.   Paul Martins, Esq.   Robert Rice, Esq.   John Keller, Esq.