# PORTER WRIGHT MORRIS & ARTHUR LLP
### Attorneys & Counselors at Law

**Barbara A. Duncombe**
One South Main Street, Suite 1600
Dayton, Ohio 45402-2028
Telephone: 937-449-6738
Facsimile: 937-449-6820
Admitted in Ohio

bduncombe@porterwright.com
1919 Penn. Ave., NW, Suite 500
Washington, D.C. 20006-3434
Telephone: 202-778-3000
Facsimile: 202-778-3063
Admitted in Washington, D.C.

February 13, 2003

John B. Edmiston, Special Agent
U.S. Department of Defense
Defense Criminal Investigative Service
Dayton Resident Agency
3055 Kettering Blvd., Suite 205
Dayton, Ohio 45439

Re:   Anthem/FEP and Anthem Prescription Management

Dear John:

Thank you for hosting your interview of Tom Rasp yesterday. I think we made great progress towards establishing that Anthem passed through to the FEP/HMP program all (i.e., 100%) of its share of the total rebate amounts received by Anthem Prescription Management ("APM"). I know that Bill Scott, the OPM auditor present, agreed that, with the exception of 1997, which is missing, his review of APM's true-ups on rebates confirms that APM did pass back to FEP its full share of the rebates.

Enclosed please find the sheets which we agreed to send you. As we discussed, these will be further updated, from 1999 forward, to correct the mathematical error about mail-order services. That information will be provided to OPM with a complete explanation inasmuch as it is unrelated to the present investigation and was identified to OPM and you by Anthem.

We are continuing to locate the similar true-up information provided by APM to Anthem Midwest Alliance (for which FEP is an account). When we locate it, we will forward it to you directly. As always, if there is any other information or interview which you require to conclude this investigation as quickly as possible, please contact me. We will provide whatever support you request.

Sincerely,

Barbara A. Duncombe

BAD/db
encl.
cc:   Jeff Hannah, Esq.

Cincinnati • Cleveland • Columbus • Dayton • Naples, FL • Washington, DC
www.porterwright.com
DAYTON/564213 v.01


EXHIBIT E