Attachment 3

# CERTIFICATION OF ANNUAL ACCOUNTING STATEMENT

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 1993 in conformity with those guidelines;

2. The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines;

5. The statement includes any adjustments for audit findings that were agreed to be settled through adjustments to the Special Reserve.

PLAN NAME _____Community Mutual Insurance Company_____

| | |
|---|---|
| _____Thomas C. Mowry_____ | _____Donald M. Dominick_____ |
| NAME OF VICE PRESIDENT, GOVERNMENT PROGRAMS (TYPE OR PRINT) | NAME OF DIRECTOR, GOVERNMENT PROGRAMS FINANCE AND ADMINISTRATION (TYPE OR PRINT) |
| *[signature]* | *[signature]* |
| SIGNATURE OF VICE PRESIDENT GOVERNMENT PROGRAMS | SIGNATURE OF DIRECTOR, GOVERNMENT PROGRAMS FINANCE AND ADMINISTRATION |
| May 4, 1994 | May 4, 1994 |
| DATE SIGNED | DATE SIGNED |

*Without Attachment

Exhibit G

Attachment 3

# CERTIFICATION OF ANNUAL ACCOUNTING STATEMENT

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1.  The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 1994 in conformity with those guidelines;

2.  The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3.  Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4.  The letter of credit account was managed in accordance with OPM guidelines;

5.  The statement includes any adjustments for audit findings that were agreed to be settled through adjustments to the Special Reserve.

PLAN NAME _____ Community Mutual Insurance Company _____

| Kathy Hinkle | Dave Koeninger |
|---|---|
| NAME OF DIRECTOR, FEDERAL EMPLOYEE HEALTH BENEFIT PROGRAMS (TYPE OR PRINT) | NAME OF VICE PRESIDENT, NATIONAL ACCOUNTS FINANCE (TYPE OR PRINT) |
| *[signature]* | *[signature]* |
| SIGNATURE OF DIRECTOR, FEDERAL EMPLOYEE HEALTH BENEFIT PROGRAMS | SIGNATURE OF VICE PRESIDENT, NATIONAL ACCOUNTS FINANCE |
| 12/20/95 | 12/15/96 |
| DATE SIGNED | DATE SIGNED |

*Without Attachment

Attachment 3

# CERTIFICATION OF ANNUAL ACCOUNTING STATEMENT

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 1995 in conformity with those guidelines;

2. The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines;

5. The statement includes any adjustment for audit findings that were agreed to be settled through adjustments to the Special Reserve.

PLAN NAME: __Community Insurance Company__

| Kathy Hinkle | Dave Koeninger |
|---|---|
| NAME OF VICE PRESIDENT, FEDERAL EMPLOYEE PROGRAMS (TYPE OR PRINT) | NAME OF VICE PRESIDENT, NATIONAL ACCOUNTS FINANCE (TYPE OR PRINT) |
| *[signature]* | *[signature]* |
| SIGNATURE OF VICE PRESIDENT, FEDERAL EMPLOYEE PROGRAMS | SIGNATURE OF VICE PRESIDENT, NATIONAL ACCOUNTS FINANCE |
| 5/16/96 | 5/20/96 |
| DATE SIGNED | DATE SIGNED |

*Without Attachment

CERTIFICATION OF ANNUAL
ACCOUNTING STATEMENT
(Carrier)

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 1997 in conformity with those guidelines;

2. The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines, except that draws were made on a checks issued basis. To avoid drawing funds before needed to discharge promptly the obligations incurred under the contract, draws from the letter of credit account were delayed beyond the average float period.

5. The statement includes any adjustment for audit findings that were agreed to be settled through adjustments to the Special Reserve.

Plan Name  HMP Ohio

M. Katherine Hinkle
Name of FEHBP Vice-President

Michael Jensen
Name of Director, FEHBP Compliance

Signature of FEHBP Vice-President

Signature of Director, FEHBP Compliance

3/28/98
Date Signed

3/27/98
Date Signed

Attachment 3

CERTIFICATION OF ANNUAL
ACCOUNTING STATEMENT
(Carrier)

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 1998 in conformity with those guidelines;

2. The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines, except that draws were made on a checks issued basis. To avoid drawing funds before needed to discharge promptly the obligations incurred under the contract, draws from the letter of credit account were delayed beyond the average float period.

5. The statement includes any adjustment for audit findings that were agreed to be settled through adjustments to the Special Reserve.

Plan Name  HMP Ohio

M. Katherine Hinkle
Name of FEHBP Vice-President

Michael Jensen
Name of Director, FEHBP Compliance and Finance

*[signature]*
Signature of FEHBP Vice-President

*[signature]*
Signature of Director, FEHBP Compliance Finance

March 30, 1999
Date Signed

3/30/99
Date Signed

Attachment 3

CERTIFICATION OF ANNUAL
ACCOUNTING STATEMENT
(Carrier)

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of this reporting period in conformity with those guidelines;

2. The costs included in the statement are actual, allowable, allocable, and reasonable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed in accordance with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines, except that draws were made on a checks issued basis until December 1999. To avoid drawing funds before needed to discharge promptly the obligations incurred under the contract, draws from the letter of credit account were delayed beyond the average float period.

Plan Name  HMP Ohio

Michael E. Jensen
Name of FEHBP Executive Director,
Compliance

Darin Rothert
Name of FEHBP Sr. Financial Consultant,
Finance

*[signature]*
Signature of FEHBP Executive Director,
Compliance

*[signature]*
Signature of FEHBP Sr. Financial Consultant
Finance

3/30/2000
Date Signed

3/30/2000
Date Signed

Attachment 3

CERTIFICATION OF ANNUAL
ACCOUNTING STATEMENT
(Carrier)

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 2000 in conformity with those guidelines;

2. The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines.

5. The statement includes any adjustment for audit findings that were agreed to be settled through adjustments to the Special Reserve.

Plan Name  HMP Ohio

Michael Jensen
Name of Executive Director of FEP

Darin Rothert
Name of Sr. Financial Consultant

*[signature]*
Signature of Executive Director of FEP

*[signature]*
Signature of Sr. Financial Consultant

3/30/01
Date Signed

3/30/2001
Date Signed

Attachment 3

CERTIFICATION OF ANNUAL
ACCOUNTING STATEMENT
(Carrier)

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with guidelines issued by the Office of Personnel Management and fairly presents the financial results of contract year 2001 in conformity with those guidelines;

2. The costs included in the statement are allowable and allocable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed with the terms of the contract and applicable cost principles have been included in the statement;

4. The letter of credit account was managed in accordance with OPM guidelines.

5. The statement includes any adjustment for audit findings that were agreed to be settled through adjustments to the Special Reserve.

Plan Name  HMP Ohio

Michael Jensen
Executive Director of FEP

*(signature)*
Signature of Executive Director of FEP

3/29/02
Date Signed

Darin Rothert
Director of FEP Finance and Compliance

*(signature)*
Signature of Director of FEP Finance and Compliance

March 29, 2002
Date Signed

Attachment 3