**WellPoint**

**FEP Service Charge IN/KY/OH**

**1991 - 2001**

| Year | FEP IN | FEP KY | FEP IN/KY | FEP OH | FEP IN/KY/OH | Total FEP Service Charge | OH HMO Service Charge | Total FEHBP Service Charge |
|------|--------|--------|-----------|--------|--------------|--------------------------|------------------------|----------------------------|
| 1991 | $ 631,232 | $ 362,713 | | $ 618,216 | | $ 1,612,161 | | $ 1,612,161 |
| 1992 | $ 591,251 | $ 399,387 | | $ 542,438 | | $ 1,533,076 | | $ 1,533,076 |
| 1993 | $ 291,168 | $ 467,679 | | $ 554,714 | | $ 1,313,561 | | $ 1,313,561 |
| 1994 | $ 538,838 | $ 435,208 | | $ 507,348 | | $ 1,481,394 | | $ 1,481,394 |
| 1995 | | | $ 996,928 | $ 629,488 | | $ 1,626,416 | | $ 1,626,416 |
| 1996 | | | $ 1,115,049 | $ 663,546 | | $ 1,778,595 | | $ 1,778,595 |
| 1997 | | | $ 200,797 | $ 526,471 | | $ 727,268 | $ 113,504 | $ 840,772 |
| 1998 | | | | | $ 1,512,319 | $ 1,512,319 | $ 125,432 | $ 1,637,751 |
| 1999 | | | | | $ 2,518,644 | $ 2,518,644 | $ 145,531 | $ 2,664,175 |
| 2000 | | | | | $ 2,876,747 | $ 2,876,747 | $ 188,580 | $ 3,065,327 |
| 2001 | | | | | $ 2,889,121 | $ 2,889,121 | $ 277,450 | $ 3,166,571 |

Exhibit

H

FEP - Spreadsheet of FEP-HMP Service Charges (00156581)