# SEBALY SHILLITO + DYER
A LEGAL PROFESSIONAL ASSOCIATION

1900 KETTERING TOWER
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554

BARBARA A. DUNCOMBE  PH: 937-341-6738
bduncombe@ssdlaw.com

Also admitted in Washington, D.C.
Affiliated with *Kalbian Hagerty, LLP*
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
(202) 223-5600

May 2, 2005

*VIA E-Mail*

Stanley E. Alderson, Trial Attorney
U.S. Department of Justice/Civil Division
Commercial Litigation Branch/Fraud Section
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

    Re:    FEP/HMP APM True Up Information

Dear Stan:

    Enclosed are copies of various spreadsheets responsive to your requests for information relative to:

    a)    True-Up information relative to the Rebate portion for 1996-1997; and
    b)    True-Up information relative to the Rebates (Retail, Mail & Generic) for Years 1999 – 2004

Below is a description of the information provided therein.

a.    <u>True-Up Information Relative to APM Rebates allocable to FEP/HMP in 1996/1997</u>

    The information previously provided to you (in early April 2005) for 1996 and 1997 described the Anthem FEP ("FEP") and Anthem Prescription Management ("APM") true-up of the administrative expenses allocable to Ohio HMO ("FEP/HMP") prescription drug plan available to federal employees under FEP's contract with the Office of Personnel Management ("OPM" or "the Government"). Those materials do not reflect true-ups of the rebate portion, only the administrative expenses.

    During the past three weeks, FEP and APM have been unable to confirm that FEP performed a similar true-up for the rebates portion, which would have been shown as a credit or

{00159896.DOC/4}





Exhibit

I

**SEBALY SHILLITO + DYER**

Stanley E. Alderson, Esq.
Page 2
May 2, 2005

debit against the allocable administrative expenses if OPM's share of the rebates were more or less than the amounts already paid to OPM during the year (budgeted Rebates).

Attachment 1 is a spreadsheet that presents a calculation of OPM's allocable portion of the rebates if the script rebates had been trued up at that time. You and Mr. Scott may recall that prior to 1998, APM handled script rebates differently than it did thereafter. The methodology used prior to 1998 was a multiplication of the total number of FEP scripts times the average rebate earned.[1] This methodology returned a rebate at the 'average' amount for *each* FEP/HMP script filled during a year, regardless of whether APM received any rebate, a larger rebate or a smaller rebate.

Both with regard to APM's calculation of rebates in 1996-1997 (Attachment 1) and APM's calculation of rebates for 1999 (when OPM first participated in the mail order prescription program) to 2004 (Attachment 2), there is no mechanism by which APM specifically identified the rebate source – e.g. how much of the rebates are generated by retail rebates or by mail rebates. Instead, what APM had done was to apply a ratio for purposes of internal reporting. APM used that ratio throughout its annual true-up for FEP/HMP until this immediate recalculation to incorporate *all* rebates in its true-ups at Mr. Keller's request. Unfortunately, APM's internal ratio does *not* relate accurately to the actual percentage and/or amounts of the rebate sources.

Thus, for 1996 and 1997, APM can determine:

1)  The total dollar amount of rebates earned;
2)  The total number of *retail* scripts filled;
3)  The total number *mail* scripts filled;
4)  The total number of *FEP retail* scripts filled; and
5)  The total amount of rebates provided to OPM during the year.

Without being able to identify the dollar amount of the rebate generated by retail scripts, there is no precise way to determine the amount of over/under payment of rebates shared with OPM. What Attachment 1 attempts to do is to calculate OPM's share of the total rebates received based upon its total scripts multiplied by the average script rebate, which was

---

[1] The 'average' rebate was, in turn, a calculation of the total dollar amount of all rebates received by APM divided by the total number of scripts (for all accounts) handled during the same annual time period. At all operative times, FEP's share of the total scripts was approximately 1% +/-.
{00159896.DOC/4}

**SEBALY SHILLITO + DYER**

Stanley E. Alderson, Esq.
Page 3
May 2, 2005

determined by dividing total scripts into total (retail and mail) rebates. Therefore, the results shown *overstate* any rebate that may have been due to OPM in their respective final annual adjustments.

b.  <u>True-Up Information Relative to APM Rebates allocable to FEP/HMP in 1999/2004</u>[2]

In early April 2005, FEP determined, in response to Mr. Keller's question, APM had not included in its FEP/HPM Rebate True-Up the full amount of Rebates earned by APM during each of the years 1999-2004; instead, APM had included an amount intended to represent the Retail Rebate Amount.[3] Since we advised you that APM had not include <u>all</u> rebate amounts, retail, mail, etc., in these years, both APM and FEP have investigated the FEP/HMP Rebate portion of the True-Up for each of these years to ascertain the effect, if any, of including 100% of all rebates received by APM annually in the true up analysis. In doing so, APM/FEP also had to include FEP/HMP's share of the expenses to operate the mail order program – which had never been allocated to the Government previously. Attachment 2 is an overview of the results achieved by this exercise. Attachments 3 through 8 represent a revised true-up for each year, including all backup information in order to allow OPM to confirm FEP's conclusions.

This analysis has determined that APM/FEP have traditionally undercharged FEP/HMP. The net effect of the corrective steps undertaken in this exercise is that FEP has undercharged the government, relative to the administrative expenses offset by rebates. In short, previous true-ups, while including less than 100% of the total rebates received, included almost all of the rebates received while, at the same time, did not allocate any of FEP/HMP's share of the expenses incurred to operate the mail order prescription program.

---

[2] All parties agree that the FEP/HMP did not participate in the mail order prescription program offered by APM until 1999. Therefore, no changes, other than the adjustment made in February 2003, were made to the 1998 True Up previously provided to the government. For your convenience, we have included another copy of the 1998 FEP True-Up, a copy of the PeopleSoft Zero Balance sheets showing Journal Entries reflecting the original Administrative Fee charged to FEP ($83,530.54) and the original amount of rebates shared in 1998 ($163,435). The February 2003 adjustment was made in combination with years 1999-2001. Attachment 9.

[3] As noted above, page 1 infra, APM has never been able to identify with precision the amount of rebates received from each type of program received. APM is able to identify specifically the total amount of rebates received in any year but had developed an approximate allocation percentage, for internal reporting purposes only. The percentage used to determine the dollar amount of Retail Rebates received annually probably overstated the amount attributable to that type of rebate since the amounts included in previous APM FEP/HMP Rebate True-Ups was more than 90% of the total rebate amount received.

{00159896.DOC/4}

**SEBALY SHILLITO + DYER**

Stanley E. Alderson, Esq.
Page 4
May 2, 2005

Additionally, the investigation pointed out several other items that this analysis has corrected. Specifically, FEP/APM found:

1) The True-Ups performed at year-end for 1999, 2000 and 2004 can be reconciled to the filed FEP/HPM Annual Accounting Statement for the same period.

2) In 2001, there was a transfer of responsibility within FEP for the process of preparing the claim expenses on the Annual Accounting Statement. It was thought that the department with this responsibility would incorporate the annual True-Ups prepared by APM for FEP. In 2001, 2002 and 2003, it appears that APM's True-Up analysis was not included in FEP's year-end adjustments, as reflected in the Annual Accounting Statement. However, FEP identified this oversight in 2004 and made a revision to the True Up adjustment for 2003 that *can* be traced to the filed Annual Accounting Statement in 2004. The net effect of this omission was in favor of the government.

3) In February 2003, APM (not FEP) prepared the revised True-Ups for 1998-2001 based upon its (APM's) assumption that FEP/HMP did not participate in the mail order prescription plan. This assumption was in error and, as a consequence, the attached corrected True-Ups now reflect FEP/HMP's participation in the mail order prescription program.

In summary, FEP/APM's recent analysis has found that (a) FEP's Annual Accounting Statement did not reflect the true-up analyzes prepared by APM for 2001 and 2002; and (b) as a result of APM's inability to precisely identify the rebate dollar amounts generated by each rebate type, its previous approach overcompensated to the benefit of the government. True-Ups for 1999 through 2004 included most of the total rebate amount but included NONE of the administrative expenses otherwise allocable to FEP/HPM to operate the mail order program.

Conclusion

As a consequence of FEP's recent analyzes, it appears that there has been a net undercharge to the government for the years 1996, 1997 and 1999 through 2004.

As noted in my earlier e-mail to you, I will forward to Mr. Keller a copy of this letter along with Attachment Nos. 1 and 2 but only the executive summaries for years 1999-2004 (Attachment Nos. 3 through 8). The balance of the information provided to the Government is considered confidential and proprietary financial information.

{00159896.DOC/4}

SEBALY SHILLITO + DYER

Stanley E. Alderson, Esq.
Page 5
May 2, 2005

After your review of this information, please contact us to discuss any further issues you may have and how best to conclude our settlement discussions.

Sincerely,

Barbara A. Duncombe

Encl. Attachments 1-9
Cc:  Jeff Hannah, Esq.  w/out enclosures
     James A. Dyer, Esq.  w/some enclosures
     Timothy Keller, Esq.  w/out enclosure

{00159896.DOC/4}

ATTACHMENT 1
1996 & 1997 Rebates
FEP

**1996**

| | Total | Notes |
|---|---|---|
| Rebates earned | $12,123,752.36 | This is the total amount of rebates that APM received, retail, mail, etc. FEP/HMP did not participate in APM's Mail Order Program in 1996 but APM is unable to identify the amount of retail rebates only. |
| Total Scripts | 7,464,868 | Retail Scripts of 6,618,805 and Mail Scripts of 846,063 |
| Rebate per script | $ 1.62 | Actually $1.6241 (averaged) |
| FEP Claims | 129,039 | Obtained from 1996 zero balance spreadsheets; these are retail scripts. |
| Rebates attributed to FEP | $ 209,573.28 | This calcuation multiplies the total FEP retail scripts by the average rebate which includes both retail and mail rebates. This actually overstates the rebates due to OPM. |
| Rebates previously provided to FEP | $ 57,942.00 | |
| Amount Allocable to FEP/HMP | $ 151,631.28 | |

**1997**

| | Total | Notes |
|---|---|---|
| Rebates earned | $20,065,371.12 | See Note for 1996 above. |
| Total Scripts | 16,389,805 | Retail Scripts of 15,392,417; Mail Scripts of 997,388 |
| Rebate per script | $ 1.22 | Actually $1.2243 (averaged) |
| FEP Claims | 142,164 | Obtained from 1996 zero balance spreadsheets; these are retail scripts. |
| Rebates attributed to FEP | $ 174,045.60 | See Note for 1996 above. |
| Rebates previously provided to FEP | $ 142,164.00 | |
| Amount owed to FEP | $ 31,881.60 | |

File # 050305

5/2/2005

00160676

Anthem Federal Blue HMO
Anthem Prescription Management True Up
CY 1999 - 2004
ATTACHMENT 2

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Original True Up Calculation** | | | | | | | | | | | | |
| Net Operating Expenses - True Up To Be Used | $50,297 | | $9,753 | | ($9,690) | | $5,663 | | $355,403 | | $286,738 | |
| Net Rebates Allocated to FEP | ($34,403) | | ($19,977) | | $39,944 | | $8,679 | | $103,286 | | $447,826 | |
| Total Due To (From) Anthem | $15,893 | (1) | ($10,224) | (1) | $30,254 | | $14,342 | | $458,689 | | $744,564 | (1) |
| **Revised True Up Calculation** | | | | | | | | | | | | |
| Net Operating Expenses - True Up To Be Used | $181,267 | | $132,494 | | $193,915 | | $282,129 | | $421,519 | | $314,746 | |
| Net Rebates Allocated to FEP | ($92,946) | | ($139,288) | | ($147,232) | | ($65,204) | | $73,769 | | $386,350 | |
| Totals Due To (From) Anthem | $88,321 | | $(6,773) | | $46,683 | | $216,925 | | $495,288 | | $701,096 | |
| **Difference** | | | | | | | | | | | | |
| Net Operating Expenses - True Up To Be Used | $130,970 | | $122,741 | | $203,605 | | $256,466 | | $66,116 | | $18,008 | |
| Net Rebates Allocated to FEP | ($58,542) | | ($63,293) | | ($187,188) | | ($53,883) | | ($29,517) | | ($61,476) | |
| Totals Due To (From) Anthem | $72,428 | | $69,449 | | $16,429 | | $202,583 | | $36,599 | | ($43,469) | |

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adjustments Included on Annual Accounting Statements (AAS)** | | | | | | | | | | | | |
| Filed Statement | $15,893 | (1) | ($10,224) | (1) | N/A | | N/A | | N/A | | $744,564 | (1) |
| Prior Period Adjustment on 2002 AAS | ($13,449) | (3) | ($15,451) | (3) | ($182,283) | (2) | | | | | | |
| Prior Period Adjustment on 2004 AAS | | | | | | (3) | | (2) | $208,212 | (4) | | |
| Net Filed Adjustments | $2,444 | | ($25,675) | | ($182,283) | | $0 | | $208,212 | | $744,564 | |
| Revised Adjustment | $88,321 | | ($6,773) | | $46,683 | | $216,925 | | $495,288 | | $701,096 | |
| Adjustment to be Made - Amount (Due To)/ From FEHBP | $85,877 | | $84,900 | | $238,951 | | $216,925 | | $287,076 | | ($43,468) | |

(1) Note that original True Up adjustment traces to filed Annual Accounting Statement (AAS).
(2) Due to clerical error, True Up adjustment was not included in Annual Accounting Statement.
(3) Difference between original True Up and revised True Up calculated in 2003. Note 1999, 2000, & 2001 True Up Summary Schedules.
(4) Revision to True Up adjustment on filed Annual Accounting Statement.

00159779

Anthem Prescription Management, Inc.
FEP Program True-up
1999 FEP True-Up Summary

| | Original | | 02/03 Submission | | 04/05 Submission | |
|---|---|---|---|---|---|---|
| **Operating Expenses (Admin Fee)** | | | | | | |
| APM Operating Expenses | $ | 140,253,017 | $ | 140,253,017 | $ | 140,253,017 |
| Less unallowed accounts | $ | (186,276) | $ | (186,276) | $ | (107,212,769) [1] |
| Less unallowed cost centers | $ | (122,180,525) | $ | (122,180,525) | $ | (1,807,654) [2] |
| Less allocations to Mail Services (non-FEP) | $ | (736,386) | $ | (736,386) | $ | - [3] |
| Base allowable to FEP | $ | 17,149,830 | $ | 17,149,830 | $ | 31,232,594 |
| Allocation to other business based upon script volume | 99.07% | (16,990,337) | 99.02% | (16,981,762) | 99.07% | (30,942,131) |
| FEP portion of operating expenses | 0.93% | 159,493 | 0.98% | 168,068 | 0.93% | 290,463 |
| Admin fee charged to FEP business | | 109,196 | | 109,196 | | 109,196 |
| Net Admin Due (To) / From FEP | $ | 50,297 | $ | 58,872 | $ | 181,267 |
| | | | | | | |
| **Rebates Shared** | | | | | | |
| Rebates Earned | $ | 44,047,224 | $ | 44,047,224 | $ | 50,342,073 [4] |
| Allocate to other business based upon script volume | 99.07% | 43,637,585 | 99.02% | 43,615,561 | 99.07% | 49,873,892 |
| FEP portion of rebates earned | 0.93% | 409,639 | 0.98% | 431,663 | 0.93% | 468,181 |
| Rebates shared in 1999 | | 375,235 | | 375,235 | | 375,235 |
| Net Rebates Due (To) / From FEP | $ | (34,404) | $ | (56,428) | $ | (92,946) |
| | | | | | | |
| **FEP Summary** | | | | | | |
| Admin Fee Adjustment | $ | 50,297 | $ | 58,872 | $ | 181,267 |
| Rebates Shared Adjustment | $ | (34,404) | $ | (56,428) | $ | (92,946) |
| Total Due (To) / From FEP | $ | 15,893 | $ | 2,444 | $ | 88,321 |

02/03 Submission
Backed out Mail claims. APM did not realize FEP HMP participated in the mail order program.

04/05 Submission
Includes Mail Admin, Rebates and Claims as FEP HMP does participate in the mail order program.

1 Removed Cost of Goods Sold (Drugs) (COGS).
2 Added Mail Administration centers as an allowable recovery.
3 Added allocations to Mail Service because FEP HMP participates in the mail order program.
4 Includes all rebates (retail, mail & generic).

Anthem Prescription Management, Inc.
FEP Program True-up
2000 FEP True-Up Summary
ATTACHMENT 4

| | | Original | | 02/03 Submission | | 04/05 Submission | |
|---|---|---|---|---|---|---|---|
| **Operating Expenses (Admin Fee)** | | | | | | | |
| APM Operating Expenses | | $ | 173,692,981 | $ | 173,692,981 | $ | 173,692,981 | 1 |
| Less unallowed accounts | | | (78,571) | | (78,571) | | (141,616,643) | 2 |
| Less unallowed cost centers | | | (158,477,007) | | (158,477,007) | | (2,625,514) | 3 |
| Less allocations to Mail Services (non-FEP) | | | (474,630) | | (474,630) | | - | |
| Base allowable to FEP | | $ | 14,662,773 | $ | 14,662,773 | $ | 29,450,824 | |
| Allocation to other business based upon script volume | 99.17% | | (14,541,072) | 99.13% | (14,535,206) | 99.17% | (29,206,382) | |
| FEP portion of operating expenses | 0.83% | | 121,701 | 0.87% | 127,566 | 0.83% | 244,442 | |
| Admin fee charged to FEP business | | | 111,948 | | 111,948 | | 111,948 | |
| Net Admin Due (To) / From FEP | | | 9,753 | | 15,618 | | 132,494 | |
| | | | | | | | | |
| **Rebates Shared** | | | | | | | | |
| Retail Rebates Earned | | | 53,289,765 | | 53,289,765 | | 59,710,432 | 4 |
| Allocate to other business based upon script volume | 99.17% | | 52,847,460 | 99.13% | 52,826,144 | 99.17% | 59,214,835 | |
| Rebates allocated to FEP | 0.83% | | 442,305 | 0.87% | 463,621 | 0.83% | 495,597 | |
| Rebates shared in 2001 | | | 362,328 | | 362,328 | | 362,328 | |
| Net Rebates Due (To) / From FEP | | $ | (79,977) | $ | (101,293) | $ | (133,269) | |
| | | | | | | | | |
| **FEP Summary** | | | | | | | | |
| Admin Fee Adjustment | | | 9,753 | | 15,618 | | 132,494 | |
| Rebates Shared Adjustment | | | (79,977) | | (101,293) | | (133,269) | |
| Total Due (To) / From FEP | | | (70,224) | | (85,675) | | (775) | |

02/03 Submission
Backed out Mail claims. APM did not realize FEP HMP participated in the mail order program.

04/05 Submission
Includes Mail Admin, Rebates and Claims as FEP HMP does participate in the mail order program.

1 Removed Cost of Goods Sold (Drugs) (COGS).

2 Added Mail Administration centers as an allowable recovery.

3 Added allocations to Mail Service because FEP participates in the mail order program.

4 Includes all rebates (retail, mail & generic).

Anthem Prescription Management, Inc
FEP Program True-up
2004 FEP True-Up Summary
Attachment 5

| | Original | | 02/03 Submission | | 04/05 Submission | |
|---|---:|---:|---:|---:|---:|---:|
| **Operating Expenses (Admin Fee)** | | | | | | |
| APM Operating Expenses | $ | 251,245,063 | $ | 251,245,063 | $ | 251,245,063 |
| Less unallowed accounts | $ | (322,632) | $ | (322,632) | $ | (210,504,031) [1] |
| Less unallowed cost centers | $ | (233,911,611) | $ | (233,911,611) | $ | (4,642,822) [2] |
| Less allocations to Mail Services (non-FEP) | $ | (490,017) | $ | (490,017) | $ | [3] |
| Base allowable to FEP | $ | 16,520,804 | $ | 16,520,804 | $ | 36,098,211 |
| Allocation to other business based upon script volume | 98.96% $ | (16,348,987) | 98.91% $ | (16,340,727) | 98.96% $ | (35,722,789) |
| FEP portion of operating expenses | 1.04% $ | 171,816 | 1.09% $ | 180,077 | 1.04% $ | 375,421 |
| Admin fee charged to FEP business | $ | 181,506 | $ | 181,506 | $ | 181,506 |
| Net Admin Due (To) / From FEP | $ | (9,690) | $ | (1,429) | $ | 193,915 |
| | | | | | | |
| **Rebates Shared** | | | | | | |
| Rebates Earned | $ | 77,126,606 | $ | 77,126,606 | $ | 79,550,708.21 [4] |
| Allocate to other business based upon script volume | 98.96% $ | (76,486,455) | 98.91% $ | (76,285,926) | 98.96% $ | (78,723,381) |
| Rebates allocated to FEP | 1.04% $ | 640,151 | 1.09% $ | 840,680 | 1.04% $ | 827,327 |
| Rebates shared in 2001 | $ | 680,095 | $ | 680,095 | $ | 680,095 |
| Net Rebates Due (To) / From FEP | $ | 39,944 | $ | (160,585) | $ | (147,232) |
| | | | | | | |
| **FEP Summary** | | | | | | |
| Admin Fee Adjustment | $ | (9,690) | $ | (1,429) | $ | 193,915 |
| Rebates Shared Adjustment | $ | 39,944 | $ | (160,585) | $ | (147,232) |
| Total Due (To) / From FEP | $ | 30,255 | $ | (162,014) | $ | 46,683 |

02/03 Submission
Backed out Mail claims. APM did not realize FEP HMP participated in the mail order program.

04/05 Submission
Includes Mail Admin, Rebates and Claims as FEP HMP does participate in the mail order program.

1 Removed Cost of Goods Sold (Drugs) (COGS).
2 Added Mail Administration centers as an allowable recovery.
3 Added allocations to Mail Service because FEP participates in the mail order program.
4 Includes all rebates (retail, mail & generic).

Anthem Prescription Management, Inc.
FEP Program True-up
2002 FEP True-Up Summary
ATTACHMENT 6

| Operating Expenses (Admin Fee) | | Original | | | 04/06/05 Submission | |
|---|---|---|---|---|---|---|
| APM Operating Expenses | | $ | 348,601,729 | | $ | 348,601,729 |
| Less AIP adjustment | | $ | (1,000,259) | | $ | (1,000,259) |
| Less AIT adjustment | | $ | (77,896) | | $ | (77,896) |
| Less unallowed Executive Compensation | | $ | (17,867) | | $ | (17,867) |
| Plus HR adjustment | | $ | 17,362 | | $ | 17,362 |
| Plus Facilities adjustment | | $ | 54,331 | | $ | 54,331 |
| Less unallowed accounts | | $ | (300,835,047) | | $ | (300,835,047) |
| Plus Medical Director allocation | | $ | 153,936 | | $ | 153,936 |
| Plus Specialty allocation | | $ | 622,499 | | $ | 622,499 |
| Less unallowed cost centers | | $ | (26,402,665) | | $ | (5,747,681) |
| Base allowable to FEP | | $ | 21,116,121 | | $ | 41,771,105 [1] |
| | | | | | | |
| Allocation to other business based upon script volume | 98.84% | $ | 20,871,334 | 98.80% | $ | 41,234,971 |
| | | | | | | |
| FEP Allocation of Operating Expenses | 1.16% | $ | 244,787 | 1.20% | $ | 501,253 |
| Admin fee charged to FEP business | | $ | 239,124 | | $ | 239,124 |
| Net Admin Due (To) / From FEP | | $ | 5,663 | | $ | 262,129 |
| | | | | | | |
| Rebates Shared | | | | | | |
| Rebates Earned | | $ | 82,933,319 | | $ | 84,606,828 |
| Allocate to other business based upon script volume | 98.84% | $ | (81,971,921) | 98.80% | $ | (83,555,624) |
| Rebates allocated to FEP | 1.16% | $ | 961,399 | 1.20% | $ | 1,015,282 |
| Rebates shared in 2002 | | $ | 970,078 | | $ | 970,078 |
| Net Rebates Due (To) / From FEP | | $ | 8,679 | | $ | (45,204) |
| | | | | | | |
| FEP Summary | | | | | | |
| Admin Fee Adjustment | | $ | 5,663 | | $ | 262,129 |
| Rebates Shared Adjustment | | $ | 8,679 | | $ | (45,204) |
| Total Due (To) / From FEP | | $ | 14,343 | | $ | 216,925 |

1  Original submission excluded Mail Order Pharmacy centers as an allowable recovery. This submission includes the Mail Order Pharmacy centers.

2  The HR True-Up was not included in this submission because it was not available. The submission labeled 04/06/05 was actually created before the submission labeled "Original." Tha tab labeled "Original" was what was submitted to FEP for 2002 originally. It was re-inserted in the 04/20/05 submission.

**Anthem Prescription Management, LLC.**
**FEP Program True-up**
**2003 FEP True-Up Summary**
**ATTACHMENT 7**

| Operating Expenses (Admin Fee) | | Original | | 04/05 Submission |
|---|---|---|---|---|
| APM Operating Expenses | | $ 476,213,730 | | $ 476,213,730 |
| Less Executive Compensation | | (28,961) | | (28,961) |
| Less Specialty adjustment | | (2,902,915) | | (2,902,915) |
| Less Facilities adjustment | | 198,733 | | 198,733 |
| Less HR adjustment | | (328,744) | | (328,744) |
| Less Benefit adjustment | | (1,222) | | (1,222) |
| Less AIP Adjustment | | (758,606) | | (758,606) |
| Less AIP Tax Adjustment | | (50,370) | | (50,370) |
| Less unallowed accounts | | (414,351,731) | | (414,351,731) |
| Less unallowed cost centers | | (7,247,380) | | (7,247,380) |
| Base allowable to FEP | | $ 50,742,536 | | $ 50,742,536 |
| Allocation to other business based upon script volume | 98.83% | $ 50,148,009 | 98.80% | $ 50,148,009 |
| FEP Allocation of Operating Expenses | 1.17% | $ 594,527 | 1.20% | $ 608,910 |
| Admin fee charged to FEP business | | $ 239,124 | | $ 187,391 [1] |
| Net Admin Due (To) / From FEP | | $ 355,403 | | $ 421,519 |
| | | | | |
| **Rebates Shared** | | | | |
| Rebates Earned | | $ 104,132,367 | | $ 104,132,367 |
| Allocate to other business based upon script volume | 98.83% | $ (102,912,296) | 98.80% | $ (102,882,778) |
| Rebates Allocated to FEP | 1.17% | $ 1,220,071 | 1.20% | $ 1,249,588 |
| Rebates shared in 2003 | | $ 1,323,357 | | $ 1,323,357 |
| Net Rebates Due (To) / From FEP | | $ 103,286 | | $ 73,769 |
| | | | | |
| **FEP Summary** | | | | |
| Administrative Expenses Due (To) / From FEP | | $ 355,403 | | $ 421,519 |
| Rebates Due (To) / From FEP | | $ 103,286 | | $ 73,769 |
| Total Due (To) / From FEP | | $ 458,689 | | $ 495,288 |

[1] Administrative Fees charged to FEP in the Original column were as those amounts were shown in APM's True-Up report in 2002. That amount was replaced in the 4/05 submission with actuals provided by Midwest Region Cost & Budget.

Anthem Prescription Management, LLC.
FEP Program True-up
2004 FEP True-Up Summary
ATTACHMENT 8

| Operating Expenses (Admin Fee) | | Original Submission | | 04/05 Submission |
|---|---|---|---|---|
| APM Operating Expenses | | $ 779,568,544 | | $ 779,568,544 |
| Less Executive Compensation Cap | | $ (69,039) | | $ (69,039) |
| Less Specialty adjustment | | $ (0) | | $ (0) |
| Less Facilities adjustment | | $ (85,500) | | $ (85,500) |
| Less HR adjustment | | $ 114,020 | | $ 114,020 |
| Less Benefit adjustment | | $ 756,312 | | $ 756,312 |
| Less AIP Adjustment | | $ (1,209,373) | | $ (1,209,373) |
| Less AIP Tax Adjustment | | $ (82,513) | | $ (82,513) |
| Less AIT Adjustment | | $ (682,857) | | $ (682,857) |
| Less Print Mail Adjustment | | $ 23,697 | | $ 23,697 |
| Less unallowed accounts | | $ (712,276,321) | | $ (712,276,321) |
| Less unallowed cost centers | | $ (8,618,966) | | $ (8,618,966) |
| Base allowable to FEP | | $ 57,438,002 | | $ 57,438,002 |
| Allocation to other business based upon script volume | 99.18% | $ 56,968,126 | 99.15% | $ 56,950,118 |
| FEP Allocation of Admininstrative Expenses | 0.82% | $ 469,876 | 0.85% | $ 487,884 |
| Admin Fee charged to FEP | | $ 173,138 | | $ 173,138 |
| Net Admin Due (To) / From FEP | | $ 296,738 | | $ 314,746 |
| | | | | |
| Rebates Shared | | | | |
| Rebates Earned | | $ 196,085,539 | | $ 196,085,539 |
| Allocate to other business based upon script volume | 99.18% | $ 194,481,445 | 99.15% | $ 194,419,969 |
| Rebates Allocated to FEP | | $ 1,604,093 | | $ 1,665,570 |
| Rebates shared in 2004 | | $ 2,051,920 | | $ 2,051,920 |
| Net Rebates Due (To) / From FEP | | $ 447,826 | | $ 386,350 |
| | | | | |
| FEP Summary | | | | |
| Administrative Expenses Due (To) / From FEP | | $ 296,738 | | $ 314,746 |
| Rebates Due (To) / From FEP | | $ 447,826 | | $ 386,350 |
| Total Due (To) / From FEP | | $ 744,564 | | $ 701,096 |

Apr-29-2005 15:15    From-    T-798  P.002/005  F-882

**Anthem Prescription Management, Inc.**
**1998 FEP True-up**
**Summary**

### Operating Expenses (Admin Fee)

| | Original | Adjusted 02/03 |
|---|---|---|
| APM Operating Expenses | $126,156,667.80 | $126,156,667.80 |
| Less unallowed accounts | 224,501.23 | (224,501.23) |
| Less unallowed cost centers | (111,311,879.78) | (111,311,879.78) |
| Less allocations to Mail Services (non-FEP) | (3,320,234.81) | (3,320,234.81) |
| Base allowable to FEP | 11,749,054.44 | 11,300,051.98 |
| Allocation to other business based upon script volume 99.09% | (11,642,138.04) | (11,194,961.50) 99.07% |
| FEP portion of operating expenses | 106,916.40 | 105,090.48 |
| Admin fee charged to FEP business | (83,530.54) | (83,530.54) |
| Adjustment to FEP business | $ 23,385.86 | $ 21,559.94 |

### Rebates Shared

| | Original | Adjusted 02/03 |
|---|---|---|
| Retail Rebates Earned | $ (33,164,829.35) | $ (33,164,829.35) |
| Allocate to other business based upon script volume 99.09% | 32,863,029.40 | 32,856,396.44 99.07% |
| FEP portion of rebates earned | (301,799.95) | (308,432.91) |
| Rebates shared in 1998 | 163,435.00 | 163,435.00 |
| Adjustment to FEP business | $ (138,364.95) | $ (144,997.91) |

### Net Adjustment To FEP

| | Original | Adjusted 02/03 |
|---|---|---|
| Admin Fee Adjustment | $ 23,385.86 | $ 21,559.94 |
| Rebates Shared Adjustment | (138,364.95) | (144,997.91) |
| Adjustment Due To FEP Programs | $ (114,979.09) | $ (123,437.97) |
| | | $ 8,458.88 |

4/29/2005

1998 Fep True Up - Revised 02_03 (Exec Sum)    Page 1 of 1

PeopleSoft Zero Balance
US Drug Rebates

| Unit | Account | Bus Div | Dept | Monetary Amount | Journal | Journal Line Description | Source |
|---|---|---|---|---|---|---|---|
| CIC | 70300040 | GRP | | -65,145.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | GRP | | -382,563.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | GRP | | -60,758.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | GRP | | -375,885.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | GRP | | -58,802.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | GRP | | -353,039.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | GRP | | -381,316.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| | | GRP Total | | -5,206,818.84 | | | |
| CIC | 70300040 | IND | | -4,015.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -4,195.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -11,313.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -4,027.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -10,861.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -3,863.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -10,384.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -10,527.00 | STD3084 | Benefits Dir-SA-Pharmacy | ODR |
| CIC | 70300040 | IND | | -3,938.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -10,628.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -3,668.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -9,970.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -3,547.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -9,576.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -4,084.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -11,015.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -4,090.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -11,054.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -3,409.00 | STD3084 | Benefits Dir-SA-Pharmacy | ODR |
| CIC | 70300040 | IND | | -4,138.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -11,161.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | IND | | -3,616.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -9,729.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | IND | | -10,799.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| | | IND Total | | -173,617.00 | | | |
| CIC | 70300040 | NAUT | | -33,869.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NAUT | | -33,632.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NAUT | | -40,274.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NAUT | | -37,564.00 | STD3084 | Benefits Dir-SA-Pharmacy | ODR |
| CIC | 70300040 | NAUT | | -38,480.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NAUT | | -39,942.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NAUT | | -44,797.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NAUT | | -42,164.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NAUT | | -39,585.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NAUT | | -41,552.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NAUT | | -39,331.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NAUT | | -35,331.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| | | NAUT Total | | -466,521.00 | | | |
| CIC | 70300040 | NFEP | | -12,028.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NFEP | | -14,391.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NFEP | | -12,969.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NFEP | | -13,429.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NFEP | | -14,011.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NFEP | | -13,430.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| CIC | 70300040 | NFEP | | -14,289.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NFEP | | -13,447.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NFEP | | -13,728.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NFEP | | -15,101.00 | STD3084 | Benefits Dir-SA-Pharmacy | OMT |
| CIC | 70300040 | NFEP | | -12,600.00 | STD3084 | Benefits Dir-SA-Pharmacy | ODR |
| CIC | 70300040 | NFEP | | -14,012.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |
| | | NFEP Total | | -163,435.00 | | | |
| CIC | 70300040 | NNAT | | -49,081.00 | STD3084 | Benefits Dir-SA-Pharmacy | OSL |

← $163,435.00

I:\ciep96\pszb98\argus\REBATES.XLS    Page 2    3/18/99

Anthem Midwest Region
1998 Peoplesoft Zero Balance
Account Detail - 87100103 Argus Drug

| Unit | Account | Bus Div | Dept | Monetary Amount | Journal | Journal Line Description |
|---|---|---|---|---:|---|---|
|  | 87100103 | IND | 479 | 9,923.42 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | IND | 479 | -8,924.56 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | IND | 479 | 5,013.60 | STD1123 | CPM/Argus Admin Fees |
| CIC | 87100103 | IND | 479 | -8,924.56 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | IND | 479 | 363.52 | STD1122A | CPM/Argus Admin Fees |
| CIC | 87100103 | IND | 479 | 8,924.56 | STD1122 | CPM/Argus Admin Fees |
|  |  | IND Total |  | 11,398.05 |  |  |
| CIC | 87100103 | NAUT | 223 | -19,300.67 | STD1122 | GSL_TO ACCRUE ARGUS CLAIMS EXP |
| CIC | 87100103 | NAUT | 223 | -968.41 | STD1122A | GSL_TO ACCRUE ARGUS CLAIMS EXP |
| CIC | 87100103 | NAUT | 223 | 20,269.08 | 0000035333 | Business Division Reclass - Fc |
|  |  | NAUT Tot |  | 0.00 |  |  |
| CIC | 87100103 | NFEP | 779 | -2,630.11 | STD1122 | GSL_TO ACCRUE ARGUS CLAIMS EXP |
| CIC | 87100103 | NFEP | 779 | -276.27 | STD1122A | GSL_TO ACCRUE ARGUS CLAIMS EXP |
| CIC | 87100103 | NFEP | 779 | 2,040.40 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 83.60 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3.20 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -3,715.99 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 87.20 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 13.60 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 171.20 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,195.60 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 6.40 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,851.49 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 2.00 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 156.00 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2,619.80 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,090.00 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -4,500.27 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4,500.27 | STD1122 | CPM/Argus Admin Fees |
|  | 87100103 | NFEP | 779 | 4.50 | ARGADMIN |  |
|  | 87100103 | NFEP | 779 | 178.80 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,737.60 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -4,694.42 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4,694.42 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -4,916.92 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4,916.92 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 1.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 205.20 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 4,071.60 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 141.60 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2,951.10 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 135.00 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,369.30 | ARGADMINX |  |
| CIC | 87100103 | NFEP | 779 | 6.40 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 156.40 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2,958.00 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -4,884.93 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4,884.93 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 3.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 182.00 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,758.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 145.60 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2,946.90 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 166.60 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,042.30 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -5,160.31 | STD1122 | CPM/Argus Admin Fees |
|  | 87100103 | NFEP | 779 | 5,160.31 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 1.50 | ARGADMIN |  |

Anthem Midwest Region
1998 Peoplesoft Zero Balance
Account Detail - 87100103 Argus Drug

| Unit | Account | Bus Div | Dept | Monetary Amount | Journal | Journal Line Description |
|---|---|---|---|---|---|---|
|  | 87100103 | NFEP | 779 | 3,212.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -5,136.84 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 5,136.84 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 128.40 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,923.10 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 5,098.14 | STD1122A | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | -5,098.14 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 2.00 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 143.20 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,524.60 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 4.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 163.60 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | -5,098.14 | STD1122B | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | -5,098.14 | STD1122A | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 5,098.14 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 5,098.14 | STD1122B | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 1.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 166.80 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | -166.80 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,042.30 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -3,042.30 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 4,218.40 | ARGADMINX |  |
| CIC | 87100103 | NFEP | 779 | 4.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 151.20 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,197.20 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 0.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 154.00 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,435.80 | ARGADMIN |  |
|  | 87100103 | NFEP | 779 | -5,376.94 | STD1122 | CPM/Argus Admin Fees |
|  | 87100103 | NFEP | 779 | 5,376.94 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 2.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 210.40 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 728.38 | STD1122A | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 4,901.57 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 0.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 154.00 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,765.80 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 173.60 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,582.90 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 4.00 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 159.20 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 4.50 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -3,851.49 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 124.80 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2,627.20 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 7.20 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 168.80 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2,602.00 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | -3,851.49 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 276.27 | STD1122A | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 3,851.49 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 2,284.90 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 3,715.99 | STD1122 | CPM/Argus Admin Fees |
| CIC | 87100103 | NFEP | 779 | 2,588.40 | ARGADMIN |  |
| CIC | 87100103 | NFEP | 779 | 128.00 | RXEADMIN |  |
| CIC | 87100103 | NFEP | 779 | 2.00 | ARGADMIN |  |
|  |  | NFEP Total |  |  |  | ← $83,530.54 |
| AHI | 87100103 | NNAT | 1304 | -2,817.30 | STDC147 | CPM/Argus Admin Fees |
|  | 87100103 | NNAT | 1304 | -1,119.54 | STDC147 | CPM/Argus Admin Fees |
|  | 87100103 | NNAT | 1304 | -2,025.72 | STDC147 | CPM/Argus Admin Fees |

L:\CIEP98\PSZB98\ARGUS\ARGUSREC.XLS       Page 21       3/5/99