Anthem Prescription Management
FEP/HMP True-up Documentation Key

**Attachment 4 – 2000 True-Up**

APM changed from Anthem Prescription, Inc. to Anthem Prescription, LLC on 12/1/2000. This resulted in separate company numbers within the general ledger requiring us to pull base data for Jan – Nov and then Dec.

Executive Summary – Summary results of all sections within the attachment

Section 1: Titled    (upper left corner):  FEP TRUE
                     (bottom center)       Page x   (Total of 42 pages printed for me)

   This section provides the raw administrative expenses by cost center and account for Jan – Nov 2000.

Section 2: Titled    (upper left corner):  FEP 12
                     (bottom center)       Page x   (Total of 15 pages printed for me)

   This section provides the raw administrative expenses by cost center and account for Dec 2000.

Section 3: Titled    (upper left corner):  FEP TRUE
                     (bottom center)       Page x   (Total of 40 pages printed for me)

   This section Combines the data from section 1 & 2

Section 4: Titled    (upper left corner):  2000 Cost Center Detail Expenses
                                           Base Costs   (Total of 12 pages printed for me)

   This section becomes the raw administrative expenses by cost center and account. FTE information is provided at the end.

Section 5: Titled    (upper left corner):  2000 Cost Center Detail Expenses
                                           Base Costs less Unallowed Accounts (Total of 20 pages printed for me)

   This section builds on the results from section 4. The costs in unallowed accounts are removed. The accounts removed are indicated with an "a" next to the account number.

Section 6: Titled (upper left corner):  2000 Cost Center Detail Expenses
Base Costs less Unallowed Accounts & Zero Balanced Chargeback Centers  (Total of 16 pages printed for me)

There are about 16 pages printed for this section.  Next section has the same title.

This builds on the results from section 5.  We allocate Benefits, PCs, Telephones into each cost center.  These charges were kept at a corporate level.

Section 7: Titled (upper left corner):  2000 Cost Center Detail Expenses
Base Costs less Unallowed Accounts & Zero Balanced Chargeback Centers  (Total of 16 pages printed for me)

There are about 16 pages printed for this section.  The last section had the same title.

This builds on the results from section 6.  We remove cost centers that are not allocated to the FEP/HMP program.

Section 8: Titled (upper left corner):  2000 Cost Center Detail Expenses
Base Costs less Unallowed Accounts and Cost C Balanced Chargeback Centers

This section lists the cost centers and their costs that are allocable to FEP/HMP.  The costs are what the results of the changes made above in sections 1- 7.  The top of the page lists the original cost centers assuming FEP/HMP did not participate in the mail program.  A portion of the costs for the cost centers was reduced to account for work they would have done for the mail program.

The bottom of the page lists all of the cost centers after accounting for the fact that FEP/HMP did participate in the mail program.  The allocation to reduce the cost because of mail was eliminated due to the mail inclusion.

Section 9: Titled (Center Top): 2000 FEP True-up
Rebates Shared

This section calculates the rebates shared to FEP/HMP.

Section 10: Titled (upper left corner):  2000 FEP Program True-up
Claims

This section provides the claim counts and allocation percentages.

Section 11: Titled     (upper left corner):  FEP HMP Group Numbers
                                             RX's Per Month

   Query that lists the claim counts by month and the group IDs used for the query.

Section 12: Titled     (upper left corner):  APM FEP Rebates Shared & Admin Fees
                                             2000

   This section is the queries run to get the rebates shared and the admin fees charged.