

Anthem Prescription Management, Inc.
FEP Program True-Up
2000 FEP True-Up Summary
ATTACHMENT 4

| Operating Expenses (Admin Fee) | | Original | | 02/03 Submission | | 04/05 Submission | |
|---|---|---|---|---|---|---|---|
| APM Operating Expenses | | $ | 173,692,981 | $ | 173,692,981 | $ | 173,692,981  **1** |
| Less unallowed accounts | | $ | (78,571) | $ | (78,571) | $ | (141,616,643) **2** |
| Less unallowed cost centers | | $ | (158,477,007) | $ | (158,477,007) | $ | (2,625,514) **3** |
| Less allocations to Mail Services (non-FEP) | | $ | (474,630) | $ | (474,630) | $ | - |
| Base allowable to FEP | | $ | 14,662,773 | $ | 14,662,773 | $ | 29,450,824 |
| Allocation to other business based upon script volume | 99.17% | | (14,541,072) | 99.13% | (14,535,206) | 99.17% | (29,206,382) |
| FEP portion of operating expenses | 0.83% | | 121,701 | 0.87% | 127,566 | 0.83% | 244,442 |
| Admin fee charged to FEP business | | | 111,948 | | 111,948 | | 111,948 |
| Net Admin Due (To) / From FEP | | | 9,753 | | 15,618 | | 132,494 |
| | | | | | | | |
| Rebates Shared | | | | | | | |
| Retail Rebates Earned | | | 53,289,765 | | 53,289,765 | | 59,710,432 **4** |
| Allocate to other business based upon script volume | 99.17% | | 52,847,460 | 99.13% | 52,826,144 | 99.17% | 59,214,835 |
| Rebates allocated to FEP | 0.83% | | 442,305 | 0.87% | 463,621 | 0.83% | 495,597 |
| Rebates shared in 2001 | | | 362,328 | | 362,328 | | 362,328 |
| Net Rebates Due (To) / From FEP | | $ | (79,977) | $ | (101,293) | $ | (133,269) |
| | | | | | | | |
| FEP Summary | | | | | | | |
| Admin Fee Adjustment | | | 9,753 | | 15,618 | | 132,494 |
| Rebates Shared Adjustment | | | (79,977) | | (101,293) | | (133,269) |
| Total Due (To) / From FEP | | | (70,224) | | (85,675) | | (775) |

02/03 Submission
Backed out Mail claims. APM did not realize FEP HMP participated in the mail order program.

04/05 Submission
Includes Mail Admin, Rebates and Claims as FEP HMP does participate in the mail order program.

1 Removed Cost of Goods Sold (Drugs) (COGS).

2 Added Mail Administration centers as an allowable recovery.

3 Added allocations to Mail Service because FEP participates in the mail order program.

4 Includes all rebates (retail, mail & generic).

APM FEP Rebates Shared & Admin Fees
2000

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---|---|
| AICI | FEP31A | NME | 2000-01-01 | 70300040 | | NFEP | 4,500,000.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 2000-01-01 | 70300040 | | NFEP | 3,000,000.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 2000-01-01 | 70300040 | | NFEP | 2,500,000.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-01-31 | 70300040 | | NFEP | 4,033,036.53 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-01-31 | 70300040 | | NFEP | 2,829,499.56 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-01-31 | 70300040 | | NFEP | 2,279,349.51 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NAH | 2000-01-31 | 70300040 | | NFEP | -3,000,000.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NAH | 2000-01-31 | 70300040 | | NFEP | -2,500,000.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NAH | 2000-01-31 | 70300040 | | NFEP | -4,500,000.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-02-29 | 70300040 | | NFEP | 4,241,399.30 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-02-29 | 70300040 | | NFEP | 2,412,015.07 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-02-29 | 70300040 | | NFEP | 2,922,741.89 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-03-31 | 70300040 | | NFEP | 3,733,953.80 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-03-31 | 70300040 | | NFEP | 3,091,178.76 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-03-31 | 70300040 | | NFEP | 5,161,378.23 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-04-30 | 70300040 | | NFEP | 5,789,003.55 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-04-30 | 70300040 | | NFEP | 3,527,496.89 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-04-30 | 70300040 | | NFEP | 4,326,188.98 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-05-31 | 70300040 | | NFEP | 2,726,482.51 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-05-31 | 70300040 | | NFEP | 3,298,204.13 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 2000-05-31 | 70300040 | | NFEP | 4,647,165.57 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-06-30 | 70300040 | | NFEP | 2,771,818.22 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-06-30 | 70300040 | | NFEP | 3,401,572.80 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-06-30 | 70300040 | | NFEP | 4,702,304.70 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 2000-06-30 | 70300040 | | NFEP | -4,241,399.30 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 2000-06-30 | 70300040 | | NFEP | -2,412,015.07 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 2000-06-30 | 70300040 | | NFEP | -2,922,741.89 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31B | NME | 2000-06-30 | 70300040 | | NFEP | 5,529,375.29 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31B | NME | 2000-06-30 | 70300040 | | NFEP | 3,875,809.48 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31B | NME | 2000-06-30 | 70300040 | | NFEP | 3,237,245.97 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-07-31 | 70300040 | | NFEP | 2,813,343.89 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-07-31 | 70300040 | | NFEP | 3,423,084.87 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-07-31 | 70300040 | | NFEP | 4,767,111.05 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-08-31 | 70300040 | | NFEP | 2,797,009.20 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-08-31 | 70300040 | | NFEP | 3,326,918.00 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-08-31 | 70300040 | | NFEP | 4,690,054.94 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-09-30 | 70300040 | | NFEP | 5,340,326.06 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-09-30 | 70300040 | | NFEP | 7,403,505.09 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-09-30 | 70300040 | | NFEP | 4,308,864.95 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-10-31 | 70300040 | | NFEP | 3,522,011.66 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-10-31 | 70300040 | | NFEP | 4,910,125.77 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-10-31 | 70300040 | | NFEP | 2,948,376.11 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-11-30 | 70300040 | | NFEP | 2,953,553.06 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-11-30 | 70300040 | | NFEP | 3,699,347.77 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-11-30 | 70300040 | | NFEP | 5,004,489.53 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-12-31 | 70300040 | | NFEP | 3,021,135.75 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-12-31 | 70300040 | | NFEP | 3,681,543.26 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 2000-12-31 | 70300040 | | NFEP | 5,128,047.72 | Benefits Dir-SA-Pharmacy |
| | | | | | | | 142,829,914 | |
| | | | | | | | | |
| CIC | 0000083422 | NME | 2000-01-31 | 70300040 | | NFEP | 491,363.98 | Benefits Dir-SA-Pharmacy |
| CIC | 0000083422 | NME | 2000-01-31 | 70300040 | | NFEP | -491,363.98 | Benefits Dir-SA-Pharmacy |
| CIC | 0000085325 | DRL | 2000-02-29 | 70300040 | | NFEP | -106.65 | 272605205 |
| CIC | 0000085455 | NME | 2000-02-29 | 70300040 | | NFEP | 106.65 | Benefits Dir-SA-Pharmacy |
| CIC | 0000085455 | NME | 2000-02-29 | 70300040 | | NFEP | 639,255.76 | Benefits Dir-SA-Pharmacy |
| CIC | 0000085455 | NME | 2000-02-29 | 70300040 | | NFEP | -639,255.76 | Benefits Dir-SA-Pharmacy |
| CIC | 0000085455 | NME | 2000-02-29 | 70300040 | | NFEP | -106.65 | Benefits Dir-SA-Pharmacy |
| CIC | 0000087666 | NME | 2000-03-31 | 70300040 | | NFEP | 640,054.04 | Benefits Dir-SA-Pharmacy |
| CIC | 0000087666 | NME | 2000-03-31 | 70300040 | | NFEP | -640,054.04 | Benefits Dir-SA-Pharmacy |
| CIC | 0000089808 | NME | 2000-04-30 | 70300040 | | NFEP | 656,539.35 | Benefits Dir-SA-Pharmacy |
| CIC | 0000089808 | NME | 2000-04-30 | 70300040 | | NFEP | -656,539.35 | Benefits Dir-SA-Pharmacy |
| CIC | 0000091999 | ORM | 2000-05-31 | 70300040 | | NFEP | 821.01 | Benefits Dir-SA-Pharmacy |
| CIC | 0000105875 | OJJ | 2000-11-30 | 70300040 | | NFEP | -813.66 | Benefits Dir-SA-Pharmacy |
| CIC | ARGDRUG00 | ARG | 2000-01-05 | 70300040 | | NFEP | 88.85 | |
| CIC | ARGDRUG00 | ARG | 2000-01-07 | 70300040 | | NFEP | 197,423.52 | |
| CIC | ARGDRUG00 | ARG | 2000-01-07 | 70300040 | | NFEP | 93.19 | |
| CIC | ARGDRUG00 | ARG | 2000-01-07 | 70300040 | | NFEP | 45,423.70 | |
| CIC | ARGDRUG00 | ARG | 2000-01-07 | 70300040 | | NFEP | 543.44 | |
| CIC | ARGDRUG00 | ARG | 2000-01-12 | 70300040 | | NFEP | 177.94 | |
| CIC | ARGDRUG00 | ARG | 2000-01-24 | 70300040 | | NFEP | 129.91 | |
| CIC | ARGDRUG00 | ARG | 2000-01-31 | 70300040 | | NFEP | 977.40 | |
| CIC | ARGDRUG00 | ARG | 2000-01-24 | 70300040 | | NFEP | 479.75 | |
| CIC | ARGDRUG00 | ARG | 2000-02-23 | 70300040 | | NFEP | -198.39 | |
| CIC | ARGDRUG00 | ARG | 2000-02-23 | 70300040 | | NFEP | 254,599.90 | |
| CIC | ARGDRUG00 | ARG | 2000-02-14 | 70300040 | | NFEP | 1,225.60 | |
| CIC | ARGDRUG00 | ARG | 2000-02-14 | 70300040 | | NFEP | 1,269.28 | |
| CIC | ARGDRUG00 | ARG | 2000-02-07 | 70300040 | | NFEP | 88.45 | |
| CIC | ARGDRUG00 | ARG | 2000-02-07 | 70300040 | | NFEP | 50.31 | |
| CIC | ARGDRUG00 | ARG | 2000-02-07 | 70300040 | | NFEP | 247,701.99 | |
| CIC | ARGDRUG00 | ARG | 2000-02-02 | 70300040 | | NFEP | 46.47 | |
| CIC | ARGDRUG00 | ARG | 2000-04-24 | 70300040 | | NFEP | 58.38 | |
| CIC | ARGDRUG00 | ARG | 2000-04-24 | 70300040 | | NFEP | 251,265.57 | |
| CIC | ARGDRUG00 | ARG | 2000-04-12 | 70300040 | | NFEP | 72.66 | |
| CIC | ARGDRUG00 | ARG | 2000-04-12 | 70300040 | | NFEP | 2,727.81 | |
| CIC | ARGDRUG00 | ARG | 2000-04-07 | 70300040 | | NFEP | -29.86 | |
| CIC | ARGDRUG00 | ARG | 2000-04-07 | 70300040 | | NFEP | 282,097.04 | |
| CIC | ARGDRUG00 | ARG | 2000-04-03 | 70300040 | | NFEP | 40.42 | |
| CIC | ARGDRUG00 | ARG | 2000-04-03 | 70300040 | | NFEP | 1,553.94 | |
| CIC | ARGDRUG00 | ARG | 2000-03-07 | 70300040 | | NFEP | -51.88 | |
| CIC | ARGDRUG00 | ARG | 2000-03-07 | 70300040 | | NFEP | 233,724.24 | |
| CIC | ARGDRUG00 | ARG | 2000-03-02 | 70300040 | | NFEP | 70.81 | |
| CIC | ARGDRUG00 | ARG | 2000-03-02 | 70300040 | | NFEP | 1,682.42 | |
| CIC | ARGDRUG00 | ARG | 2000-02-23 | 70300040 | | NFEP | 304.67 | |
| CIC | ARGDRUG00 | ARG | 2000-02-23 | 70300040 | | NFEP | 79.08 | |
| CIC | ARGDRUG00 | ARG | 2000-01-24 | 70300040 | | NFEP | 207,793.21 | |
| CIC | ARGDRUG00 | ARG | 2000-01-07 | 70300040 | | NFEP | 675.57 | |
| CIC | ARGDRUG00 | ARG | 2000-10-09 | 70300040 | | NFEP | 50.46 | |
| CIC | ARGDRUG00 | ARG | 2000-10-09 | 70300040 | | NFEP | 284,839.44 | |
| CIC | ARGDRUG00 | ARG | 2000-10-02 | 70300040 | | NFEP | 207.57 | |
| CIC | ARGDRUG00 | ARG | 2000-09-25 | 70300040 | | NFEP | 277,340.98 | |
| CIC | ARGDRUG00 | ARG | 2000-09-15 | 70300040 | | NFEP | 328.46 | |
| CIC | ARGDRUG00 | ARG | 2000-09-13 | 70300040 | | NFEP | 304,928.67 | |
| CIC | ARGDRUG00 | ARG | 2000-08-25 | 70300040 | | NFEP | 0.64 | |
| CIC | ARGDRUG00 | ARG | 2000-08-25 | 70300040 | | NFEP | 273,895.09 | |
| CIC | ARGDRUG00 | ARG | 2000-12-31 | 70300040 | | NFEP | 35,370.65 | |
| CIC | ARGDRUG00 | ARG | 2000-12-22 | 70300040 | | NFEP | 270,769.23 | |
| CIC | ARGDRUG00 | ARG | 2000-12-14 | 70300040 | | NFEP | 352.77 | |
| CIC | ARGDRUG00 | ARG | 2000-12-08 | 70300040 | | NFEP | 293,128.49 | |
| CIC | ARGDRUG00 | ARG | 2000-12-04 | 70300040 | | NFEP | 68.87 | |
| CIC | ARGDRUG00 | ARG | 2000-11-22 | 70300040 | | NFEP | 363.75 | |
| CIC | ARGDRUG00 | ARG | 2000-11-22 | 70300040 | | NFEP | 290,107.97 | |
| CIC | ARGDRUG00 | ARG | 2000-11-13 | 70300040 | | NFEP | 388.74 | |
| CIC | ARGDRUG00 | ARG | 2000-11-10 | 70300040 | | NFEP | 49.00 | |
| CIC | ARGDRUG00 | ARG | 2000-11-10 | 70300040 | | NFEP | 316,022.36 | |
| CIC | ARGDRUG00 | ARG | 2000-11-02 | 70300040 | | NFEP | 71.18 | |
| CIC | ARGDRUG00 | ARG | 2000-10-23 | 70300040 | | NFEP | -50.46 | |
| CIC | ARGDRUG00 | ARG | 2000-10-23 | 70300040 | | NFEP | 271,096.80 | |
| CIC | ARGDRUG00 | ARG | 2000-10-11 | 70300040 | | NFEP | 397.28 | |
| CIC | ARGDRUG00 | ARG | 2000-08-14 | 70300040 | | NFEP | 63.41 | |
| CIC | ARGDRUG00 | ARG | 2000-08-14 | 70300040 | | NFEP | 203.58 | |
| CIC | ARGDRUG00 | ARG | 2000-08-07 | 70300040 | | NFEP | 281,393.60 | |
| CIC | ARGDRUG00 | ARG | 2000-08-02 | 70300040 | | NFEP | 52.69 | |
| CIC | ARGDRUG00 | ARG | 2000-07-25 | 70300040 | | NFEP | 149.89 | |
| CIC | ARGDRUG00 | ARG | 2000-07-25 | 70300040 | | NFEP | 54.47 | |
| CIC | ARGDRUG00 | ARG | 2000-07-25 | 70300040 | | NFEP | 247,204.46 | |
| CIC | ARGDRUG00 | ARG | 2000-07-12 | 70300040 | | NFEP | 35.53 | |

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---|---|
| CIC | ARGDRUG00 | ARG | 2000-05-23 | 70300040 | NFEP | | 6.51 | |
| CIC | ARGDRUG00 | ARG | 2000-05-23 | 70300040 | NFEP | | 271,409.16 | |
| CIC | ARGDRUG00 | ARG | 2000-05-12 | 70300040 | NFEP | | 193.28 | |
| CIC | ARGDRUG00 | ARG | 2000-05-12 | 70300040 | NFEP | | 511.87 | |
| CIC | ARGDRUG00 | ARG | 2000-05-08 | 70300040 | NFEP | | 257,032.35 | |
| CIC | ARGDRUG00 | ARG | 2000-05-02 | 70300040 | NFEP | | 342.39 | |
| CIC | ARGDRUG00 | ARG | 2000-04-24 | 70300040 | NFEP | | 90.95 | |
| CIC | ARGDRUG00 | ARG | 2000-03-24 | 70300040 | NFEP | | -46.31 | |
| CIC | ARGDRUG00 | ARG | 2000-06-12 | 70300040 | NFEP | | 574.57 | |
| CIC | ARGDRUG00 | ARG | 2000-06-07 | 70300040 | NFEP | | 12.65 | |
| CIC | ARGDRUG00 | ARG | 2000-06-07 | 70300040 | NFEP | | 287,705.95 | |
| CIC | ARGDRUG00 | ARG | 2000-06-02 | 70300040 | NFEP | | 501.90 | |
| CIC | ARGDRUG00 | ARG | 2000-03-24 | 70300040 | NFEP | | 268,295.83 | |
| CIC | ARGDRUG00 | ARG | 2000-03-13 | 70300040 | NFEP | | 389.00 | |
| CIC | ARGDRUG00 | ARG | 2000-03-13 | 70300040 | NFEP | | 3,529.41 | |
| CIC | ARGDRUG00 | ARG | 2000-03-07 | 70300040 | NFEP | | -1.80 | |
| CIC | ARGDRUG00 | ARG | 2000-07-12 | 70300040 | NFEP | | 4.78 | |
| CIC | ARGDRUG00 | ARG | 2000-07-10 | 70300040 | NFEP | | 134.33 | |
| CIC | ARGDRUG00 | ARG | 2000-07-10 | 70300040 | NFEP | | 262,790.29 | |
| CIC | ARGDRUG00 | ARG | 2000-07-03 | 70300040 | NFEP | | 56.79 | |
| CIC | ARGDRUG00 | ARG | 2000-07-03 | 70300040 | NFEP | | 241.11 | |
| CIC | ARGDRUG00 | ARG | 2000-06-12 | 70300040 | NFEP | | 212.98 | |
| CIC | ARGDRUG00 | ARG | 2000-03-07 | 70300040 | NFEP | | 51.98 | |
| CIC | ARGDRUG00X | ARG | 2000-05-23 | 70300040 | NFEP | | -271,409.16 | |
| CIC | ARGDRUG00X | ARG | 2000-05-23 | 70300040 | NFEP | | -6.51 | |
| CIC | ARGDRUG00X | ARG | 2000-06-22 | 70300040 | NFEP | | 263,595.62 | |
| CIC | ARGDRUG00X | ARG | 2000-06-22 | 70300040 | NFEP | | -35.98 | |
| CIC | ARGDRUG00X | ARG | 2000-05-23 | 70300040 | NFEP | | 271,409.16 | |
| CIC | ARGDRUG00X | ARG | 2000-05-23 | 70300040 | NFEP | | 6.51 | |
| CIC | HMPOH23A | NME | 2000-05-31 | 70300040 | NFEP | | 668,028.95 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-05-31 | 70300040 | NFEP | | 30,326.84 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-05-31 | 70300040 | NFEP | | -30,326.84 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-06-30 | 70300040 | NFEP | | -673,528.85 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-06-30 | 70300040 | NFEP | | -31,753.72 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-07-31 | 70300040 | NFEP | | -33,961.93 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-07-31 | 70300040 | NFEP | | -643,687.15 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-08-31 | 70300040 | NFEP | | -32,481.70 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-08-31 | 70300040 | NFEP | | 32,481.70 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-12-31 | 70300040 | NFEP | | 33,002.20 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-12-31 | 70300040 | NFEP | | -727,047.63 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-12-31 | 70300040 | NFEP | | 727,047.63 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-11-30 | 70300040 | NFEP | | -35,190.85 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-11-30 | 70300040 | NFEP | | 35,190.85 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-11-30 | 70300040 | NFEP | | -759,302.92 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-11-30 | 70300040 | NFEP | | 759,302.92 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-10-31 | 70300040 | NFEP | | -33,913.54 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-12-31 | 70300040 | NFEP | | -33,002.20 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-10-31 | 70300040 | NFEP | | 33,913.54 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-10-31 | 70300040 | NFEP | | -685,900.66 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-10-31 | 70300040 | NFEP | | 685,900.66 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-09-30 | 70300040 | NFEP | | -31,389.71 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-09-30 | 70300040 | NFEP | | 31,389.71 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-09-30 | 70300040 | NFEP | | -718,821.59 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-09-30 | 70300040 | NFEP | | 718,821.59 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-08-31 | 70300040 | NFEP | | -689,233.00 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-08-31 | 70300040 | NFEP | | 689,233.00 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-07-31 | 70300040 | NFEP | | 643,687.15 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-07-31 | 70300040 | NFEP | | 33,961.93 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-06-30 | 70300040 | NFEP | | 31,753.72 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-06-30 | 70300040 | NFEP | | 673,528.85 | Benefits Dir-SA-Pharmacy |
| CIC | HMPOH23A | NME | 2000-05-31 | 70300040 | NFEP | | 668,028.95 | Benefits Dir-SA-Pharmacy |
| CIC | RXEDRUG00 | ARG | 2000-01-07 | 70300040 | NFEP | | 51,867.27 | |
| CIC | RXEDRUG00 | ARG | 2000-03-24 | 70300040 | NFEP | | 64,072.28 | |
| CIC | RXEDRUG00 | ARG | 2000-03-07 | 70300040 | NFEP | | 68,749.86 | |
| CIC | RXEDRUG00 | ARG | 2000-07-10 | 70300040 | NFEP | | 67,607.79 | |
| CIC | RXEDRUG00 | ARG | 2000-05-22 | 70300040 | NFEP | | 54,879.32 | |
| CIC | RXEDRUG00 | ARG | 2000-06-07 | 70300040 | NFEP | | 66,271.49 | |
| CIC | RXEDRUG00 | ARG | 2000-05-23 | 70300040 | NFEP | | 81,682.97 | |
| CIC | RXEDRUG00 | ARG | 2000-05-08 | 70300040 | NFEP | | 57,050.21 | |
| CIC | RXEDRUG00 | ARG | 2000-04-24 | 70300040 | NFEP | | 59,495.61 | |
| CIC | RXEDRUG00 | ARG | 2000-04-07 | 70300040 | NFEP | | 59,389.38 | |
| CIC | RXEDRUG00 | ARG | 2000-02-23 | 70300040 | NFEP | | 70,918.35 | |
| CIC | RXEDRUG00 | ARG | 2000-12-22 | 70300040 | NFEP | | 91,155.10 | |
| CIC | RXEDRUG00 | ARG | 2000-12-08 | 70300040 | NFEP | | 71,575.17 | |
| CIC | RXEDRUG00 | ARG | 2000-11-10 | 70300040 | NFEP | | 87,366.71 | |
| CIC | RXEDRUG00 | ARG | 2000-10-23 | 70300040 | NFEP | | 71,529.09 | |
| CIC | RXEDRUG00 | ARG | 2000-10-09 | 70300040 | NFEP | | 57,630.48 | |
| CIC | RXEDRUG00 | ARG | 2000-09-25 | 70300040 | NFEP | | 65,191.37 | |
| CIC | RXEDRUG00 | ARG | 2000-09-13 | 70300040 | NFEP | | 70,534.09 | |
| CIC | RXEDRUG00 | ARG | 2000-08-25 | 70300040 | NFEP | | 58,611.48 | |
| CIC | RXEDRUG00 | ARG | 2000-08-07 | 70300040 | NFEP | | 75,071.56 | |
| CIC | RXEDRUG00 | ARG | 2000-07-25 | 70300040 | NFEP | | 65,838.72 | |
| CIC | RXEDRUG00 | ARG | 2000-11-22 | 70300040 | NFEP | | 65,345.96 | |
| CIC | RXEDRUG00 | ARG | 2000-02-07 | 70300040 | NFEP | | 54,719.77 | |
| CIC | RXEDRUG00 | ARG | 2000-01-24 | 70300040 | NFEP | | 34,279.98 | |
| CIC | RXEDRUG00X | ARG | 2000-05-23 | 70300040 | NFEP | | -81,682.97 | |
| CIC | RXEDRUG00X | ARG | 2000-05-23 | 70300040 | NFEP | | 81,682.97 | |
| CIC | STD1122 | OJB | 2000-01-01 | 70300040 | NFEP | | -36,259.64 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OCO | 2000-01-31 | 70300040 | NFEP | | 32,661.59 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OCO | 2000-02-01 | 70300040 | NFEP | | -32,661.59 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-02-29 | 70300040 | NFEP | | 32,435.45 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-03-31 | 70300040 | NFEP | | 39,297.90 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-04-01 | 70300040 | NFEP | | -39,297.90 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-04-30 | 70300040 | NFEP | | 31,875.87 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-05-01 | 70300040 | NFEP | | -31,875.87 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-05-31 | 70300040 | NFEP | | 67,812.28 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-06-01 | 70300040 | NFEP | | -67,812.28 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-06-30 | 70300040 | NFEP | | 62,554.62 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-07-01 | 70300040 | NFEP | | -62,554.62 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-07-31 | 70300040 | NFEP | | 64,476.11 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-08-01 | 70300040 | NFEP | | -64,476.11 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-08-31 | 70300040 | NFEP | | 74,587.71 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-09-01 | 70300040 | NFEP | | -74,587.71 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-09-30 | 70300040 | NFEP | | 64,038.99 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-10-01 | 70300040 | NFEP | | -64,038.99 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-10-31 | 70300040 | NFEP | | 72,740.37 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-11-01 | 70300040 | NFEP | | -72,740.37 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-11-30 | 70300040 | NFEP | | 73,023.54 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-12-01 | 70300040 | NFEP | | -73,023.54 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-12-31 | 70300040 | NFEP | | 66,321.54 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122A | OJM | 2000-03-31 | 70300040 | NFEP | | -32,435.45 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122A | OJM | 2000-05-31 | 70300040 | NFEP | | 1,144.45 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122B | OJM | 2000-05-31 | 70300040 | NFEP | | -1,144.45 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OCO | 2000-01-31 | 70300040 | NFEP | | -33,587.31 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-02-29 | 70300040 | NFEP | | -38,607.19 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-03-31 | 70300040 | NFEP | | -39,723.89 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-04-30 | 70300040 | NFEP | | -31,272.15 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-05-31 | 70300040 | NFEP | | -30,326.84 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-06-30 | 70300040 | NFEP | | -31,753.72 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-07-31 | 70300040 | NFEP | | -29,585.85 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-08-31 | 70300040 | NFEP | | -32,481.70 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-09-30 | 70300040 | NFEP | | -31,389.71 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-10-31 | 70300040 | NFEP | | -33,913.54 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-11-30 | 70300040 | NFEP | | -33,965.90 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-12-31 | 70300040 | NFEP | | -33,002.20 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-04-30 | 70300040 | NFEP | | 16,957.70 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-07-31 | 70300040 | NFEP | | -4,276.08 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-11-30 | 70300040 | NFEP | | -411.29 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-12-31 | 70300040 | NFEP | | -4,949.92 | Benefits Dir-SA-Pharmacy |
| | | | | | | | 7,717,789 | |

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---|---|
| | Total Shared Rebates | | | | | | 150,547,703 | |
| CIC | STD1122 | OJB | 2000-01-01 | 87100103 | NFEP | 779 | -5,446.49 | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 2000-01-05 | 84700103 | NFEP | 779 | 20.00 | |
| CIC | ARGADMIN | ARG | 2000-01-07 | 84700103 | NFEP | 779 | 5,109.00 | |
| CIC | RXEADMIN | ARG | 2000-01-07 | 84700103 | NFEP | 779 | 325.50 | |
| CIC | ARGADMIN | ARG | 2000-01-12 | 84700103 | NFEP | 779 | 18.00 | |
| CIC | ARGADMIN | ARG | 2000-01-24 | 84700103 | NFEP | 779 | 4,669.20 | |
| CIC | RXEADMIN | ARG | 2000-01-24 | 84700103 | NFEP | 779 | 280.50 | |
| CIC | 0000082727 | CM2 | 2000-01-31 | 84700103 | NFEP | 779 | -5,446.49 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-01-31 | 84700103 | NFEP | 779 | 2.00 | |
| CIC | STD1122 | OCO | 2000-01-31 | 84700103 | NFEP | 779 | 5,272.65 | Drug Admin. Fees |
| CIC | 0000082852 | CM2 | 2000-01-31 | 87100103 | NFEP | 779 | 5,446.49 | CPM/Argus Admin Fees |
| CIC | STD1122 | OCO | 2000-02-01 | 84700103 | NFEP | 779 | -5,272.65 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-02-02 | 84700103 | NFEP | 779 | 8.00 | |
| CIC | ARGADMIN | ARG | 2000-02-07 | 84700103 | NFEP | 779 | 4,496.60 | |
| CIC | RXEADMIN | ARG | 2000-02-07 | 84700103 | NFEP | 779 | 285.60 | |
| CIC | ARGADMIN | ARG | 2000-02-14 | 84700103 | NFEP | 779 | 43.70 | |
| CIC | ARGADMIN | ARG | 2000-02-23 | 84700103 | NFEP | 779 | 4,423.20 | |
| CIC | RXEADMIN | ARG | 2000-02-23 | 84700103 | NFEP | 779 | 351.20 | |
| CIC | STD1122 | OJM | 2000-02-29 | 84700103 | NFEP | 779 | 3,828.49 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-03-02 | 84700103 | NFEP | 779 | 129.20 | |
| CIC | ARGADMIN | ARG | 2000-03-07 | 84700103 | NFEP | 779 | 4,156.30 | |
| CIC | RXEADMIN | ARG | 2000-03-07 | 84700103 | NFEP | 779 | 277.60 | |
| CIC | ARGADMIN | ARG | 2000-03-13 | 84700103 | NFEP | 779 | 241.30 | |
| CIC | ARGADMIN | ARG | 2000-03-24 | 84700103 | NFEP | 779 | 4,507.20 | |
| CIC | RXEADMIN | ARG | 2000-03-24 | 84700103 | NFEP | 779 | 272.40 | |
| CIC | 0000087708 | OJJ | 2000-03-31 | 84700103 | NFEP | 779 | -1,000.83 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-03-31 | 84700103 | NFEP | 779 | 4,408.21 | Drug Admin. Fees |
| CIC | STD1122A | OJM | 2000-03-31 | 84700103 | NFEP | 779 | -3,828.49 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-04-01 | 84700103 | NFEP | 779 | -4,408.21 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-04-03 | 84700103 | NFEP | 779 | 100.70 | |
| CIC | ARGADMIN | ARG | 2000-04-07 | 84700103 | NFEP | 779 | 4,709.10 | |
| CIC | RXEADMIN | ARG | 2000-04-07 | 84700103 | NFEP | 779 | 254.40 | |
| CIC | ARGADMIN | ARG | 2000-04-12 | 84700103 | NFEP | 779 | 76.00 | |
| CIC | ARGADMIN | ARG | 2000-04-24 | 84700103 | NFEP | 779 | 4,258.60 | |
| CIC | RXEADMIN | ARG | 2000-04-24 | 84700103 | NFEP | 779 | 242.60 | |
| CIC | STD1122 | OJM | 2000-04-30 | 84700103 | NFEP | 779 | 3,832.27 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-05-01 | 84700103 | NFEP | 779 | -3,832.27 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-05-02 | 84700103 | NFEP | 779 | 15.20 | |
| CIC | ARGADMIN | ARG | 2000-05-08 | 84700103 | NFEP | 779 | 4,075.20 | |
| CIC | RXEADMIN | ARG | 2000-05-08 | 84700103 | NFEP | 779 | 234.40 | |
| CIC | ARGADMIN | ARG | 2000-05-12 | 84700103 | NFEP | 779 | 47.50 | |
| CIC | ARGADMIN | ARG | 2000-05-23 | 84700103 | NFEP | 779 | 4,419.60 | |
| CIC | ARGADMINX | ARG | 2000-05-23 | 84700103 | NFEP | 779 | -4,419.60 | |
| CIC | ARGADMINX | ARG | 2000-05-23 | 84700103 | NFEP | 779 | 4,419.60 | |
| CIC | RXEADMIN | ARG | 2000-05-23 | 84700103 | NFEP | 779 | 303.60 | |
| CIC | RXEADMINX | ARG | 2000-05-23 | 84700103 | NFEP | 779 | -303.60 | |
| CIC | RXEADMINX | ARG | 2000-05-23 | 84700103 | NFEP | 779 | 303.60 | |
| CIC | STD1122 | OJM | 2000-05-31 | 84700103 | NFEP | 779 | 4,759.32 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-06-01 | 84700103 | NFEP | 779 | -4,759.32 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-06-02 | 84700103 | NFEP | 779 | 24.70 | |
| CIC | ARGADMIN | ARG | 2000-06-07 | 84700103 | NFEP | 779 | 4,404.40 | |
| CIC | RXEADMIN | ARG | 2000-06-07 | 84700103 | NFEP | 779 | 280.00 | |
| CIC | ARGADMIN | ARG | 2000-06-12 | 84700103 | NFEP | 779 | 41.80 | |
| CIC | ARGADMINX | ARG | 2000-06-22 | 84700103 | NFEP | 779 | 4,227.60 | |
| CIC | RXEADMIN | ARG | 2000-06-22 | 84700103 | NFEP | 779 | 225.60 | |
| CIC | STD1122 | OJM | 2000-06-30 | 84700103 | NFEP | 779 | 4,511.75 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-07-01 | 84700103 | NFEP | 779 | -4,511.75 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-07-03 | 84700103 | NFEP | 779 | 28.50 | |
| CIC | ARGADMIN | ARG | 2000-07-10 | 84700103 | NFEP | 779 | 4,132.00 | |
| CIC | RXEADMIN | ARG | 2000-07-10 | 84700103 | NFEP | 779 | 254.80 | |
| CIC | ARGADMIN | ARG | 2000-07-12 | 84700103 | NFEP | 779 | 24.70 | |
| CIC | ARGADMIN | ARG | 2000-07-25 | 84700103 | NFEP | 779 | 3,876.00 | |
| CIC | RXEADMIN | ARG | 2000-07-25 | 84700103 | NFEP | 779 | 248.40 | |
| CIC | STD1122 | OJM | 2000-07-31 | 84700103 | NFEP | 779 | 4,613.17 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-08-01 | 84700103 | NFEP | 779 | -4,613.17 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-08-02 | 84700103 | NFEP | 779 | 1.90 | |
| CIC | ARGADMIN | ARG | 2000-08-07 | 84700103 | NFEP | 779 | 4,287.60 | |
| CIC | RXEADMIN | ARG | 2000-08-07 | 84700103 | NFEP | 779 | 262.60 | |
| CIC | ARGADMIN | ARG | 2000-08-14 | 84700103 | NFEP | 779 | 20.90 | |
| CIC | ARGADMIN | ARG | 2000-08-25 | 84700103 | NFEP | 779 | 4,212.00 | |
| CIC | RXEADMIN | ARG | 2000-08-25 | 84700103 | NFEP | 779 | 243.20 | |
| CIC | STD1122 | OJM | 2000-08-31 | 84700103 | NFEP | 779 | 4,946.52 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-09-01 | 84700103 | NFEP | 779 | -4,946.52 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-09-05 | 84700103 | NFEP | 779 | 1.90 | |
| CIC | ARGADMIN | ARG | 2000-09-13 | 84700103 | NFEP | 779 | 4,589.20 | |
| CIC | RXEADMIN | ARG | 2000-09-13 | 84700103 | NFEP | 779 | 264.00 | |
| CIC | ARGADMIN | ARG | 2000-09-15 | 84700103 | NFEP | 779 | 22.80 | |
| CIC | ARGADMIN | ARG | 2000-09-25 | 84700103 | NFEP | 779 | 4,296.00 | |
| CIC | RXEADMIN | ARG | 2000-09-25 | 84700103 | NFEP | 779 | 276.80 | |
| CIC | STD1122 | OJM | 2000-09-30 | 84700103 | NFEP | 779 | 4,689.77 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-10-01 | 84700103 | NFEP | 779 | -4,689.77 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-10-02 | 84700103 | NFEP | 779 | 13.30 | |
| CIC | ARGADMIN | ARG | 2000-10-09 | 84700103 | NFEP | 779 | 4,338.80 | |
| CIC | RXEADMIN | ARG | 2000-10-09 | 84700103 | NFEP | 779 | 257.20 | |
| CIC | ARGADMIN | ARG | 2000-10-11 | 84700103 | NFEP | 779 | 26.60 | |
| CIC | ARGADMIN | ARG | 2000-10-23 | 84700103 | NFEP | 779 | 4,238.80 | |
| CIC | RXEADMIN | ARG | 2000-10-23 | 84700103 | NFEP | 779 | 246.40 | |
| CIC | STD1122 | OJM | 2000-10-31 | 84700103 | NFEP | 779 | 5,269.48 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-11-01 | 84700103 | NFEP | 779 | -5,269.48 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-11-02 | 84700103 | NFEP | 779 | 7.50 | |
| CIC | ARGADMIN | ARG | 2000-11-10 | 84700103 | NFEP | 779 | 4,880.40 | |
| CIC | RXEADMIN | ARG | 2000-11-10 | 84700103 | NFEP | 779 | 334.40 | |
| CIC | ARGADMIN | ARG | 2000-11-13 | 84700103 | NFEP | 779 | 20.90 | |
| CIC | ARGADMIN | ARG | 2000-11-22 | 84700103 | NFEP | 779 | 4,544.40 | |
| CIC | RXEADMIN | ARG | 2000-11-22 | 84700103 | NFEP | 779 | 236.80 | |
| CIC | STD1122 | OJM | 2000-11-30 | 84700103 | NFEP | 779 | 4,909.67 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-12-01 | 84700103 | NFEP | 779 | -4,909.67 | Drug Admin. Fees |
| CIC | ARGADMIN | ARG | 2000-12-04 | 84700103 | NFEP | 779 | 5.70 | |
| CIC | ARGADMIN | ARG | 2000-12-08 | 84700103 | NFEP | 779 | 4,434.00 | |
| CIC | RXEADMIN | ARG | 2000-12-08 | 84700103 | NFEP | 779 | 264.80 | |
| CIC | ARGADMIN | ARG | 2000-12-14 | 84700103 | NFEP | 779 | 30.40 | |
| CIC | ARGADMIN | ARG | 2000-12-22 | 84700103 | NFEP | 779 | 4,019.50 | |
| CIC | RXEADMIN | ARG | 2000-12-22 | 84700103 | NFEP | 779 | 314.40 | |
| CIC | ARGADMIN | ARG | 2000-12-31 | 84700103 | NFEP | 779 | 622.40 | |
| CIC | STD1122 | OJM | 2000-12-31 | 84700103 | NFEP | 779 | 4,984.80 | Drug Admin. Fees |
| | Total Admin Fees | | | | | | 111,948 | |

FEP - 2000 APM True Up (Final) (00160507).XLS

| Unit | BusDiv | Sum Total Amt | Acct | Affl | RegDiv | DeptID |
|---|---|---|---|---|---|---|
| CIC | NFEP | 7,717,788.70 | 70300040 | | | |
| AICI | NFEP | 142,829,913.96 | 70300040 | | | |
| | | 150,547,702.66 | | | | |
| | | | | | | |
| CIC | NFEP | 0.00 | 87100103 | | | 779 |
| CIC | NFEP | 111,947.98 | 84700103 | | | 779 |
| | | 111,947.98 | | | | |