Exhibit L

**Anthem Prescription Management, Inc.**
**FEP Program True-up**
**1999 FEP True-Up Summary**

| | Original | | 02/03 Submission | | 04/05 Submission | |
|---|---|---|---|---|---|---|
| **Operating Expenses (Admin Fee)** | | | | | | |
| APM Operating Expenses | $ | 140,253,017 | $ | 140,253,017 | $ | 140,253,017 |
| Less unallowed accounts | $ | (186,276) | $ | (186,276) | $ | (107,212,769) 1 |
| Less unallowed cost centers | $ | (122,180,525) | $ | (122,180,525) | $ | (1,807,654) 2 |
| Less allocations to Mail Services (non-FEP) | $ | (736,386) | $ | (736,386) | $ | - 3 |
| Base allowable to FEP | $ | 17,149,830 | $ | 17,149,830 | $ | 31,232,594 |
| Allocation to other business based upon script volume | 99.07% | (16,990,337) | 99.02% | (16,981,762) | 99.07% | (30,942,131) |
| FEP portion of operating expenses | 0.93% | 159,493 | 0.98% | 168,068 | 0.93% | 290,463 |
| Admin fee charged to FEP business | $ | 109,196 | $ | 109,196 | $ | 109,196 |
| Net Admin Due (To) / From FEP | $ | 50,297 | $ | 58,872 | $ | 181,267 |
| | | | | | | |
| **Rebates Shared** | | | | | | |
| Rebates Earned | $ | 44,047,224 | $ | 44,047,224 | $ | 50,342,073 |
| Allocate to other business based upon script volume | 99.07% | 43,637,585 | 99.02% | 43,615,561 | 99.07% | 49,873,892 |
| FEP portion of rebates earned | 0.93% | 409,639 | 0.98% | 431,663 | 0.93% | 468,181 |
| Rebates shared in 1999 | $ | 375,235 | $ | 375,235 | $ | 375,235 |
| Net Rebates Due (To) / From FEP | $ | (34,404) | $ | (56,428) | $ | (92,946) |
| | | | | | | |
| **FEP Summary** | | | | | | |
| Admin Fee Adjustment | $ | 50,297 | $ | 58,872 | $ | 181,267 |
| Rebates Shared Adjustment | $ | (34,404) | $ | (56,428) | $ | (92,946) |
| Total Due (To) / From FEP | $ | 15,893 | $ | 2,444 | $ | 88,321 |

02/03 Submission
Backed out Mail claims. APM did not realize FEP HMP participated in the mail order program.

04/05 Submission
Includes Mail Admin, Rebates and Claims as FEP HMP does participate in the mail order program.

1 Removed Cost of Goods Sold (Drugs) (COGS).

2 Added Mail Administration centers as an allowable recovery.

3 Added allocations to Mail Service because FEP HMP participates in the mail order program.

4 Includes all rebates (retail, mail & generic).

APM FEP Rebates Shared & Admin Fees
1999

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---:|---|
| AICI | FEPIN31 | NAG | 1/31/1999 | 70300040 | NFEP | | 3,490,802 | Benefits Dir-SA-Pharmacy |
| AICI | FEPKY31 | NAG | 1/31/1999 | 70300040 | NFEP | | 2,834,367 | Benefits Dir-SA-Pharmacy |
| AICI | FEPOH31 | NAG | 1/31/1999 | 70300040 | NFEP | | 4,913,329 | Benefits Dir-SA-Pharmacy |
| AICI | FEPIN31 | NAG | 2/28/1999 | 70300040 | NFEP | | 2,623,460 | Benefits Dir-SA-Pharmacy |
| AICI | FEPKY31 | NAG | 2/28/1999 | 70300040 | NFEP | | 2,281,229 | Benefits Dir-SA-Pharmacy |
| AICI | FEPOH31 | NAG | 2/28/1999 | 70300040 | NFEP | | 3,926,101 | Benefits Dir-SA-Pharmacy |
| AICI | FEPIN31 | NAG | 3/31/1999 | 70300040 | NFEP | | 2,890,040 | Benefits Dir-SA-Pharmacy |
| AICI | FEPKY31 | NAG | 3/31/1999 | 70300040 | NFEP | | 2,455,890 | Benefits Dir-SA-Pharmacy |
| AICI | FEPOH31 | NAG | 3/31/1999 | 70300040 | NFEP | | 4,279,856 | Benefits Dir-SA-Pharmacy |
| AICI | FEPIN31 | NAG | 4/30/1999 | 70300040 | NFEP | | 3,566,274 | Benefits Dir-SA-Pharmacy |
| AICI | FEPKY31 | NAG | 4/30/1999 | 70300040 | NFEP | | 2,969,553 | Benefits Dir-SA-Pharmacy |
| AICI | FEPOH31 | NAG | 4/30/1999 | 70300040 | NFEP | | 5,160,351 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 6/30/1999 | 70300040 | NFEP | | 10,402,026 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 7/31/1999 | 70300040 | NFEP | | 12,258,608 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 8/31/1999 | 70300040 | NFEP | | 10,162,782 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 9/30/1999 | 70300040 | NFEP | | 10,162,782 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 10/31/1999 | 70300040 | NFEP | | 49,833,003 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 10/31/1999 | 70300040 | NFEP | | (10,162,782) | Benefits Dir-SA-Pharmacy |
| AICI | FEP31B | NME | 10/31/1999 | 70300040 | NFEP | | (10,162,782) | Benefits Dir-SA-Pharmacy |
| AICI | FEP31C | NAH | 10/31/1999 | 70300040 | NFEP | | (20,079,597) | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 11/30/1999 | 70300040 | NFEP | | 10,000,000 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 11/30/1999 | 70300040 | NFEP | | (15,903,697) | Benefits Dir-SA-Pharmacy |
| AICI | FEPS1B | NAH | 11/30/1999 | 70300040 | NFEP | | 20,079,597 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 12/1/1999 | 70300040 | NFEP | | (10,000,000) | Benefits Dir-SA-Pharmacy |
| AICI | FEP31 | NME | 12/31/1999 | 70300040 | NFEP | | 12,050,190 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31A | NME | 12/31/1999 | 70300040 | NFEP | | (10,000,000) | Benefits Dir-SA-Pharmacy |
| AICI | FEP31B | NME | 12/31/1999 | 70300040 | NFEP | | 14,000,151 | Benefits Dir-SA-Pharmacy |
| AICI | FEP31D | NME | 12/31/1999 | 70300040 | NFEP | | 10,000,000 | Benefits Dir-SA-Pharmacy |
| | | | | | | | 124,031,531 | |
| CIC | | 81262 NME | 12/31/1999 | 70300040 | NFEP | | 0 | Benefits Dir-SA-Pharmacy |
| CIC | | 81479 OJJ | 12/31/1999 | 70300040 | NFEP | | (2,394) | Benefits Dir-SA-Pharmacy |
| CIC | | 81528 NME | 12/31/1999 | 70300040 | NFEP | | 0 | Benefits Dir-SA-Pharmacy |
| CIC | ARGDRUG00 | ARG | 1/6/1999 | 70300040 | NFEP | | 136,146 | |
| CIC | ARGDRUG00 | ARG | 1/13/1999 | 70300040 | NFEP | | 30 | |
| CIC | ARGDRUG00 | ARG | 1/20/1999 | 70300040 | NFEP | | 179,696 | |
| CIC | ARGDRUG00 | ARG | 1/27/1999 | 70300040 | NFEP | | 1,086 | |
| CIC | ARGDRUG00 | ARG | 2/3/1999 | 70300040 | NFEP | | 0 | |
| CIC | ARGDRUG00 | ARG | 2/10/1999 | 70300040 | NFEP | | 657 | |
| CIC | ARGDRUG00 | ARG | 2/17/1999 | 70300040 | NFEP | | 227,270 | |
| CIC | ARGDRUG00 | ARG | 2/24/1999 | 70300040 | NFEP | | 453 | |
| CIC | ARGDRUG00 | ARG | 3/10/1999 | 70300040 | NFEP | | 171,733 | |
| CIC | ARGDRUG00 | ARG | 3/17/1999 | 70300040 | NFEP | | 203 | |
| CIC | ARGDRUG00 | ARG | 3/24/1999 | 70300040 | NFEP | | 192,452 | |
| CIC | ARGDRUG00 | ARG | 3/31/1999 | 70300040 | NFEP | | 1,762 | |
| CIC | ARGDRUG00 | ARG | 4/7/1999 | 70300040 | NFEP | | 178,564 | |
| CIC | ARGDRUG00 | ARG | 4/14/1999 | 70300040 | NFEP | | 241 | |
| CIC | ARGDRUG00 | ARG | 4/21/1999 | 70300040 | NFEP | | 210,229 | |
| CIC | ARGDRUG00 | ARG | 4/28/1999 | 70300040 | NFEP | | 251 | |
| CIC | ARGDRUG00 | ARG | 5/5/1999 | 70300040 | NFEP | | 0 | |
| CIC | ARGDRUG00 | ARG | 5/12/1999 | 70300040 | NFEP | | 273 | |
| CIC | ARGDRUG00 | ARG | 5/13/1999 | 70300040 | NFEP | | 126,228 | |
| CIC | ARGDRUG00 | ARG | 5/19/1999 | 70300040 | NFEP | | 14,947 | |
| CIC | ARGDRUG00 | ARG | 5/25/1999 | 70300040 | NFEP | | 159,504 | |
| CIC | ARGDRUG00 | ARG | 5/26/1999 | 70300040 | NFEP | | 1,602 | |
| CIC | ARGDRUG00 | ARG | 6/2/1999 | 70300040 | NFEP | | 0 | |
| CIC | ARGDRUG00 | ARG | 6/10/1999 | 70300040 | NFEP | | 220,107 | |
| CIC | ARGDRUG00 | ARG | 6/16/1999 | 70300040 | NFEP | | 77 | |
| CIC | ARGDRUG00 | ARG | 6/22/1999 | 70300040 | NFEP | | 977 | |
| CIC | ARGDRUG00 | ARG | 6/23/1999 | 70300040 | NFEP | | 9,302 | |
| CIC | ARGDRUG00 | ARG | 6/25/1999 | 70300040 | NFEP | | 199,918 | |
| CIC | ARGDRUG00 | ARG | 6/30/1999 | 70300040 | NFEP | | 290 | |
| CIC | ARGDRUG00 | ARG | 7/7/1999 | 70300040 | NFEP | | 3,769 | |
| CIC | ARGDRUG00 | ARG | 7/9/1999 | 70300040 | NFEP | | 197,673 | |
| CIC | ARGDRUG00 | ARG | 7/14/1999 | 70300040 | NFEP | | 623 | |
| CIC | ARGDRUG00 | ARG | 7/19/1999 | 70300040 | NFEP | | 414 | |
| CIC | ARGDRUG00 | ARG | 7/26/1999 | 70300040 | NFEP | | 198,718 | |
| CIC | ARGDRUG00 | ARG | 7/29/1999 | 70300040 | NFEP | | 1,254 | |
| CIC | ARGDRUG00 | ARG | 8/9/1999 | 70300040 | NFEP | | 205,066 | |
| CIC | ARGDRUG00 | ARG | 8/23/1999 | 70300040 | NFEP | | 1,158 | |
| CIC | ARGDRUG00 | ARG | 8/25/1999 | 70300040 | NFEP | | 185,045 | |
| CIC | ARGDRUG00 | ARG | 9/2/1999 | 70300040 | NFEP | | 592 | |
| CIC | ARGDRUG00 | ARG | 9/9/1999 | 70300040 | NFEP | | 235,309 | |
| CIC | ARGDRUG00 | ARG | 9/13/1999 | 70300040 | NFEP | | 1,071 | |
| CIC | ARGDRUG00 | ARG | 9/23/1999 | 70300040 | NFEP | | 210,264 | |
| CIC | ARGDRUG00 | ARG | 10/4/1999 | 70300040 | NFEP | | 505 | |
| CIC | ARGDRUG00 | ARG | 10/8/1999 | 70300040 | NFEP | | 219,490 | |
| CIC | ARGDRUG00 | ARG | 10/13/1999 | 70300040 | NFEP | | 617 | |
| CIC | ARGDRUG00 | ARG | 10/22/1999 | 70300040 | NFEP | | 223,453 | |
| CIC | ARGDRUG00 | ARG | 11/2/1999 | 70300040 | NFEP | | 705 | |
| CIC | ARGDRUG00 | ARG | 11/8/1999 | 70300040 | NFEP | | 214,240 | |
| CIC | ARGDRUG00 | ARG | 11/15/1999 | 70300040 | NFEP | | 293 | |
| CIC | ARGDRUG00 | ARG | 11/24/1999 | 70300040 | NFEP | | 230,059 | |
| CIC | ARGDRUG00 | ARG | 12/2/1999 | 70300040 | NFEP | | 1,216 | |
| CIC | ARGDRUG00 | ARG | 12/8/1999 | 70300040 | NFEP | | 217,727 | |
| CIC | ARGDRUG00 | ARG | 12/13/1999 | 70300040 | NFEP | | 209 | |
| CIC | ARGDRUG00 | ARG | 12/21/1999 | 70300040 | NFEP | | 222,997 | |
| CIC | ARGDRUG00X | ARG | 2/3/1999 | 70300040 | NFEP | | 167,414 | |

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---|---|
| CIC | ARGDRUG00X | ARG | 5/5/1999 | 70300040 | NFEP | | 127,477 | |
| CIC | ARGDRUG00X | ARG | 6/2/1999 | 70300040 | NFEP | | 7,415 | |
| CIC | ARGDRUG00X | ARG | 7/19/1999 | 70300040 | NFEP | | 0 | |
| CIC | HMP023 | NAH | 5/31/1999 | 70300040 | NFEP | | (442,501) | Benefits Dir-SA-Pharmacy |
| CIC | HMP023A | NAH | 5/31/1999 | 70300040 | NFEP | | (8,422) | Benefits Dir-SA-Pharmacy |
| CIC | HMP023B | NAH | 5/31/1999 | 70300040 | NFEP | | 450,924 | Benefits Dir-SA-Pharmacy |
| CIC | RXEDRUG00 | ARG | 1/20/1999 | 70300040 | NFEP | | 8,234 | |
| CIC | RXEDRUG00 | ARG | 2/3/1999 | 70300040 | NFEP | | 0 | |
| CIC | RXEDRUG00 | ARG | 2/17/1999 | 70300040 | NFEP | | 31,421 | |
| CIC | RXEDRUG00 | ARG | 3/10/1999 | 70300040 | NFEP | | 18,166 | |
| CIC | RXEDRUG00 | ARG | 3/24/1999 | 70300040 | NFEP | | 18,744 | |
| CIC | RXEDRUG00 | ARG | 4/7/1999 | 70300040 | NFEP | | 27,304 | |
| CIC | RXEDRUG00 | ARG | 4/21/1999 | 70300040 | NFEP | | 27,207 | |
| CIC | RXEDRUG00 | ARG | 5/5/1999 | 70300040 | NFEP | | 16,102 | |
| CIC | RXEDRUG00 | ARG | 5/13/1999 | 70300040 | NFEP | | 17,160 | |
| CIC | RXEDRUG00 | ARG | 5/25/1999 | 70300040 | NFEP | | 19,212 | |
| CIC | RXEDRUG00 | ARG | 6/2/1999 | 70300040 | NFEP | | 0 | |
| CIC | RXEDRUG00 | ARG | 6/10/1999 | 70300040 | NFEP | | 35,888 | |
| CIC | RXEDRUG00 | ARG | 6/25/1999 | 70300040 | NFEP | | 32,613 | |
| CIC | RXEDRUG00 | ARG | 7/9/1999 | 70300040 | NFEP | | 29,426 | |
| CIC | RXEDRUG00 | ARG | 7/26/1999 | 70300040 | NFEP | | 33,108 | |
| CIC | RXEDRUG00 | ARG | 8/9/1999 | 70300040 | NFEP | | 32,513 | |
| CIC | RXEDRUG00 | ARG | 8/25/1999 | 70300040 | NFEP | | 33,520 | |
| CIC | RXEDRUG00 | ARG | 9/9/1999 | 70300040 | NFEP | | 31,555 | |
| CIC | RXEDRUG00 | ARG | 9/23/1999 | 70300040 | NFEP | | 36,026 | |
| CIC | RXEDRUG00 | ARG | 10/8/1999 | 70300040 | NFEP | | 32,339 | |
| CIC | RXEDRUG00 | ARG | 10/22/1999 | 70300040 | NFEP | | 32,468 | |
| CIC | RXEDRUG00 | ARG | 11/8/1999 | 70300040 | NFEP | | 34,595 | |
| CIC | RXEDRUG00 | ARG | 11/24/1999 | 70300040 | NFEP | | 42,051 | |
| CIC | RXEDRUG00 | ARG | 12/8/1999 | 70300040 | NFEP | | 44,283 | |
| CIC | RXEDRUG00 | ARG | 12/21/1999 | 70300040 | NFEP | | 41,338 | |
| CIC | RXEDRUG00X | ARG | 2/3/1999 | 70300040 | NFEP | | 25,242 | |
| CIC | RXEDRUG00X | ARG | 6/2/1999 | 70300040 | NFEP | | 38 | |
| CIC | STD1122 | OMT | 1/1/1999 | 70300040 | NFEP | | (81,326) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 1/31/1999 | 70300040 | NFEP | | 98,742 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 2/1/1999 | 70300040 | NFEP | | (98,742) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 2/28/1999 | 70300040 | NFEP | | 75,803 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 3/1/1999 | 70300040 | NFEP | | (75,803) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 3/31/1999 | 70300040 | NFEP | | 78,669 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 4/1/1999 | 70300040 | NFEP | | (78,669) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 4/30/1999 | 70300040 | NFEP | | 40,004 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 5/1/1999 | 70300040 | NFEP | | (40,004) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 5/31/1999 | 70300040 | NFEP | | 31,569 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 6/1/1999 | 70300040 | NFEP | | (31,569) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 6/30/1999 | 70300040 | NFEP | | 28,795 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 7/1/1999 | 70300040 | NFEP | | (28,795) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 7/31/1999 | 70300040 | NFEP | | 32,337 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 8/1/1999 | 70300040 | NFEP | | (32,337) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 8/31/1999 | 70300040 | NFEP | | 34,698 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 9/1/1999 | 70300040 | NFEP | | (34,698) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 9/30/1999 | 70300040 | NFEP | | 31,646 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 10/1/1999 | 70300040 | NFEP | | (31,646) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 10/31/1999 | 70300040 | NFEP | | 29,548 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 11/1/1999 | 70300040 | NFEP | | (29,548) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 11/30/1999 | 70300040 | NFEP | | 33,679 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 12/1/1999 | 70300040 | NFEP | | (33,679) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 12/31/1999 | 70300040 | NFEP | | 36,260 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122A | OMT | 4/30/1999 | 70300040 | NFEP | | (36,398) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 1/31/1999 | 70300040 | NFEP | | (19,392) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 2/28/1999 | 70300040 | NFEP | | (24,990) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 3/31/1999 | 70300040 | NFEP | | (18,896) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OMT | 4/30/1999 | 70300040 | NFEP | | (23,973) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 5/31/1999 | 70300040 | NFEP | | (23,147) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 6/30/1999 | 70300040 | NFEP | | (24,670) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 7/31/1999 | 70300040 | NFEP | | (23,639) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 8/31/1999 | 70300040 | NFEP | | (23,986) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 9/30/1999 | 70300040 | NFEP | | (26,692) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 10/31/1999 | 70300040 | NFEP | | (26,022) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJB | 11/30/1999 | 70300040 | NFEP | | (28,100) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJB | 12/31/1999 | 70300040 | NFEP | | (30,264) | Benefits Dir-SA-Pharmacy |
| | | | | | | | 5,231,893 | |
| | Total Shared Rebates | | | | | | 129,263,423 | |
| | | | | | | | | |
| CIC | STD1122 | OMT | 1/1/1999 | 87100103 | NFEP | 779 | (4,902) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 1/6/1999 | 87100103 | NFEP | 779 | 3,154 | |
| CIC | RXEADMIN | ARG | 1/6/1999 | 87100103 | NFEP | 779 | 157 | |
| CIC | ARGADMIN | ARG | 1/13/1999 | 87100103 | NFEP | 779 | 1 | |
| CIC | ARGADMIN | ARG | 1/20/1999 | 87100103 | NFEP | 779 | 3,986 | |
| CIC | RXEADMIN | ARG | 1/20/1999 | 87100103 | NFEP | 779 | 202 | |
| CIC | ARGADMIN | ARG | 1/27/1999 | 87100103 | NFEP | 779 | 2 | |
| CIC | 60242 | CDB | 1/31/1999 | 87100103 | NFEP | 779 | (2,601) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 2/3/1999 | 87100103 | NFEP | 779 | 0 | |
| CIC | ARGADMINX | ARG | 2/3/1999 | 87100103 | NFEP | 779 | 3,594 | |
| CIC | RXEADMIN | ARG | 2/3/1999 | 87100103 | NFEP | 779 | 0 | |
| CIC | RXEADMINX | ARG | 2/3/1999 | 87100103 | NFEP | 779 | 351 | |
| CIC | ARGADMIN | ARG | 2/10/1999 | 87100103 | NFEP | 779 | 10 | |
| CIC | ARGADMIN | ARG | 2/17/1999 | 87100103 | NFEP | 779 | 4,923 | |
| CIC | RXEADMIN | ARG | 2/17/1999 | 87100103 | NFEP | 779 | 455 | |
| CIC | ARGADMIN | ARG | 2/24/1999 | 87100103 | NFEP | 779 | 7 | |
| CIC | 61777 | CDB | 2/28/1999 | 87100103 | NFEP | 779 | 2,601 | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 3/10/1999 | 87100103 | NFEP | 779 | 4,018 | |

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---|---|
| CIC | RXEADMIN | ARG | 3/10/1999 | 87100103 | NFEP | 779 | 132 | |
| CIC | ARGADMIN | ARG | 3/17/1999 | 87100103 | NFEP | 779 | 4 | |
| CIC | ARGADMIN | ARG | 3/24/1999 | 87100103 | NFEP | 779 | 4,158 | |
| CIC | RXEADMIN | ARG | 3/24/1999 | 87100103 | NFEP | 779 | 139 | |
| CIC | ARGADMIN | ARG | 3/31/1999 | 87100103 | NFEP | 779 | 17 | |
| CIC | ARGADMIN | ARG | 4/7/1999 | 87100103 | NFEP | 779 | 3,864 | |
| CIC | RXEADMIN | ARG | 4/7/1999 | 87100103 | NFEP | 779 | 192 | |
| CIC | ARGADMIN | ARG | 4/14/1999 | 87100103 | NFEP | 779 | 6 | |
| CIC | ARGADMIN | ARG | 4/21/1999 | 87100103 | NFEP | 779 | 4,341 | |
| CIC | RXEADMIN | ARG | 4/21/1999 | 87100103 | NFEP | 779 | 200 | |
| CIC | ARGADMIN | ARG | 4/28/1999 | 87100103 | NFEP | 779 | 2 | |
| CIC | STD1122 | OMT | 4/30/1999 | 87100103 | NFEP | 779 | 6,224 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 5/1/1999 | 87100103 | NFEP | 779 | (6,224) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 5/5/1999 | 87100103 | NFEP | 779 | 0 | |
| CIC | ARGADMINX | ARG | 5/5/1999 | 87100103 | NFEP | 779 | 2,674 | |
| CIC | RXEADMIN | ARG | 5/5/1999 | 87100103 | NFEP | 779 | 116 | |
| CIC | ARGADMIN | ARG | 5/12/1999 | 87100103 | NFEP | 779 | 6 | |
| CIC | ARGADMIN | ARG | 5/13/1999 | 87100103 | NFEP | 779 | 2,676 | |
| CIC | RXEADMIN | ARG | 5/13/1999 | 87100103 | NFEP | 779 | 124 | |
| CIC | ARGADMIN | ARG | 5/19/1999 | 87100103 | NFEP | 779 | 260 | |
| CIC | ARGADMIN | ARG | 5/25/1999 | 87100103 | NFEP | 779 | 3,371 | |
| CIC | RXEADMIN | ARG | 5/25/1999 | 87100103 | NFEP | 779 | 152 | |
| CIC | ARGADMIN | ARG | 5/26/1999 | 87100103 | NFEP | 779 | 16 | |
| CIC | STD1122 | OMT | 5/31/1999 | 87100103 | NFEP | 779 | 5,029 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 6/1/1999 | 87100103 | NFEP | 779 | (5,029) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 6/2/1999 | 87100103 | NFEP | 779 | 159 | |
| CIC | RXEADMIN | ARG | 6/2/1999 | 87100103 | NFEP | 779 | 1 | |
| CIC | ARGADMIN | ARG | 6/10/1999 | 87100103 | NFEP | 779 | 4,679 | |
| CIC | RXEADMIN | ARG | 6/10/1999 | 87100103 | NFEP | 779 | 239 | |
| CIC | ARGADMIN | ARG | 6/16/1999 | 87100103 | NFEP | 779 | 2 | |
| CIC | ARGADMIN | ARG | 6/22/1999 | 87100103 | NFEP | 779 | 2 | |
| CIC | ARGADMIN | ARG | 6/23/1999 | 87100103 | NFEP | 779 | 149 | |
| CIC | ARGADMIN | ARG | 6/25/1999 | 87100103 | NFEP | 779 | 4,184 | |
| CIC | RXEADMIN | ARG | 6/25/1999 | 87100103 | NFEP | 779 | 254 | |
| CIC | ARGADMIN | ARG | 6/30/1999 | 87100103 | NFEP | 779 | 1 | |
| CIC | STD1122 | OMT | 6/30/1999 | 87100103 | NFEP | 779 | 1,755 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 7/1/1999 | 87100103 | NFEP | 779 | (1,755) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 7/7/1999 | 87100103 | NFEP | 779 | 85 | |
| CIC | ARGADMIN | ARG | 7/9/1999 | 87100103 | NFEP | 779 | 4,041 | |
| CIC | RXEADMIN | ARG | 7/9/1999 | 87100103 | NFEP | 779 | 204 | |
| CIC | ARGADMIN | ARG | 7/14/1999 | 87100103 | NFEP | 779 | 12 | |
| CIC | ARGADMIN | ARG | 7/19/1999 | 87100103 | NFEP | 779 | 48 | |
| CIC | ARGADMINX | ARG | 7/19/1999 | 87100103 | NFEP | 779 | 0 | |
| CIC | ARGADMIN | ARG | 7/26/1999 | 87100103 | NFEP | 779 | 3,965 | |
| CIC | RXEADMIN | ARG | 7/26/1999 | 87100103 | NFEP | 779 | 240 | |
| CIC | ARGADMIN | ARG | 7/29/1999 | 87100103 | NFEP | 779 | 20 | |
| CIC | STD1122 | OMT | 7/31/1999 | 87100103 | NFEP | 779 | 4,515 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 8/1/1999 | 87100103 | NFEP | 779 | (4,515) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 8/9/1999 | 87100103 | NFEP | 779 | 4,272 | |
| CIC | RXEADMIN | ARG | 8/9/1999 | 87100103 | NFEP | 779 | 215 | |
| CIC | ARGADMIN | ARG | 8/23/1999 | 87100103 | NFEP | 779 | 14 | |
| CIC | ARGADMIN | ARG | 8/25/1999 | 87100103 | NFEP | 779 | 3,857 | |
| CIC | RXEADMIN | ARG | 8/25/1999 | 87100103 | NFEP | 779 | 210 | |
| CIC | STD1122 | OMT | 8/31/1999 | 87100103 | NFEP | 779 | 4,881 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 9/1/1999 | 87100103 | NFEP | 779 | (4,881) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 9/2/1999 | 87100103 | NFEP | 779 | 44 | |
| CIC | ARGADMIN | ARG | 9/9/1999 | 87100103 | NFEP | 779 | 4,675 | |
| CIC | RXEADMIN | ARG | 9/9/1999 | 87100103 | NFEP | 779 | 233 | |
| CIC | ARGADMIN | ARG | 9/13/1999 | 87100103 | NFEP | 779 | 56 | |
| CIC | ARGADMIN | ARG | 9/23/1999 | 87100103 | NFEP | 779 | 4,425 | |
| CIC | RXEADMIN | ARG | 9/23/1999 | 87100103 | NFEP | 779 | 242 | |
| CIC | STD1122 | OMT | 9/30/1999 | 87100103 | NFEP | 779 | 4,610 | CPM/Argus Admin Fees |
| CIC | STD1122A | OMT | 9/30/1999 | 87100103 | NFEP | 779 | 48 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 10/1/1999 | 87100103 | NFEP | 779 | (4,610) | CPM/Argus Admin Fees |
| CIC | STD1122A | OMT | 10/1/1999 | 87100103 | NFEP | 779 | (48) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 10/4/1999 | 87100103 | NFEP | 779 | 52 | |
| CIC | ARGADMIN | ARG | 10/8/1999 | 87100103 | NFEP | 779 | 4,470 | |
| CIC | RXEADMIN | ARG | 10/8/1999 | 87100103 | NFEP | 779 | 219 | |
| CIC | ARGADMIN | ARG | 10/13/1999 | 87100103 | NFEP | 779 | 48 | |
| CIC | ARGADMIN | ARG | 10/22/1999 | 87100103 | NFEP | 779 | 4,601 | |
| CIC | RXEADMIN | ARG | 10/22/1999 | 87100103 | NFEP | 779 | 230 | |
| CIC | STD1122 | OMT | 10/31/1999 | 87100103 | NFEP | 779 | 4,693 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 11/1/1999 | 87100103 | NFEP | 779 | (4,693) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 11/2/1999 | 87100103 | NFEP | 779 | 56 | |
| CIC | ARGADMIN | ARG | 11/8/1999 | 87100103 | NFEP | 779 | 4,359 | |
| CIC | RXEADMIN | ARG | 11/8/1999 | 87100103 | NFEP | 779 | 235 | |
| CIC | ARGADMIN | ARG | 11/15/1999 | 87100103 | NFEP | 779 | 24 | |
| CIC | ARGADMIN | ARG | 11/24/1999 | 87100103 | NFEP | 779 | 4,638 | |
| CIC | RXEADMIN | ARG | 11/24/1999 | 87100103 | NFEP | 779 | 292 | |
| CIC | STD1122 | OJB | 11/30/1999 | 87100103 | NFEP | 779 | 4,667 | CPM/Argus Admin Fees |
| CIC | STD1122 | OJB | 12/1/1999 | 87100103 | NFEP | 779 | (4,667) | CPM/Argus Admin Fees |
| CIC | ARGADMIN | ARG | 12/2/1999 | 87100103 | NFEP | 779 | 32 | |
| CIC | ARGADMIN | ARG | 12/8/1999 | 87100103 | NFEP | 779 | 4,404 | |
| CIC | RXEADMIN | ARG | 12/8/1999 | 87100103 | NFEP | 779 | 271 | |
| CIC | ARGADMIN | ARG | 12/13/1999 | 87100103 | NFEP | 779 | 18 | |
| CIC | ARGADMIN | ARG | 12/21/1999 | 87100103 | NFEP | 779 | 4,576 | |
| CIC | RXEADMIN | ARG | 12/21/1999 | 87100103 | NFEP | 779 | 277 | |
| CIC | STD1122 | OJB | 12/31/1999 | 87100103 | NFEP | 779 | 5,446 | CPM/Argus Admin Fees |
| | Total Admin Fees | | | | | | 109,196 | |

00160505.XLS.5/2/2005

APM FEP Rebates Shared & Admin Fees
1999

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---:|---|
| CIC | STD1122 | OMT | 1/1/1999 | 70300040 | NFEP | | (81,326) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 1/31/1999 | 70300040 | NFEP | | 98,742 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 2/1/1999 | 70300040 | NFEP | | (98,742) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 2/28/1999 | 70300040 | NFEP | | 75,803 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 3/1/1999 | 70300040 | NFEP | | (75,803) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 3/31/1999 | 70300040 | NFEP | | 78,669 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 4/1/1999 | 70300040 | NFEP | | (78,669) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 4/30/1999 | 70300040 | NFEP | | 40,004 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 5/1/1999 | 70300040 | NFEP | | (40,004) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 5/31/1999 | 70300040 | NFEP | | 31,569 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 6/1/1999 | 70300040 | NFEP | | (31,569) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 6/30/1999 | 70300040 | NFEP | | 28,795 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 7/1/1999 | 70300040 | NFEP | | (28,795) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 7/31/1999 | 70300040 | NFEP | | 32,337 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 8/1/1999 | 70300040 | NFEP | | (32,337) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 8/31/1999 | 70300040 | NFEP | | 34,698 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 9/1/1999 | 70300040 | NFEP | | (34,698) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 9/30/1999 | 70300040 | NFEP | | 31,646 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 10/1/1999 | 70300040 | NFEP | | (31,646) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 10/31/1999 | 70300040 | NFEP | | 29,548 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OMT | 11/1/1999 | 70300040 | NFEP | | (29,548) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 11/30/1999 | 70300040 | NFEP | | 33,679 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 12/1/1999 | 70300040 | NFEP | | (33,679) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 12/31/1999 | 70300040 | NFEP | | 36,260 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122A | OMT | 4/30/1999 | 70300040 | NFEP | | (36,398) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 1/31/1999 | 70300040 | NFEP | | (19,392) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 2/28/1999 | 70300040 | NFEP | | (24,990) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 3/31/1999 | 70300040 | NFEP | | (18,896) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 4/30/1999 | 70300040 | NFEP | | (23,973) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 5/31/1999 | 70300040 | NFEP | | (23,147) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 6/30/1999 | 70300040 | NFEP | | (24,670) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 7/31/1999 | 70300040 | NFEP | | (23,639) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 8/31/1999 | 70300040 | NFEP | | (23,986) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 9/30/1999 | 70300040 | NFEP | | (26,692) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OMT | 10/31/1999 | 70300040 | NFEP | | (26,022) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJB | 11/30/1999 | 70300040 | NFEP | | (28,100) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJB | 12/31/1999 | 70300040 | NFEP | | (30,264) | Benefits Dir-SA-Pharmacy |
| | Total Shared Rebates | | | | | | (375,235) | |
| CIC | STD1122 | OMT | 1/1/1999 | 87100103 | NFEP | 779 | (4,902) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 4/30/1999 | 87100103 | NFEP | 779 | 6,224 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 5/1/1999 | 87100103 | NFEP | 779 | (6,224) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 5/31/1999 | 87100103 | NFEP | 779 | 5,029 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 6/1/1999 | 87100103 | NFEP | 779 | (5,029) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 6/30/1999 | 87100103 | NFEP | 779 | 1,755 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 7/1/1999 | 87100103 | NFEP | 779 | (1,755) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 7/31/1999 | 87100103 | NFEP | 779 | 4,515 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 8/1/1999 | 87100103 | NFEP | 779 | (4,515) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 8/31/1999 | 87100103 | NFEP | 779 | 4,881 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 9/1/1999 | 87100103 | NFEP | 779 | (4,881) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 9/30/1999 | 87100103 | NFEP | 779 | 4,610 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 10/1/1999 | 87100103 | NFEP | 779 | (4,610) | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 10/31/1999 | 87100103 | NFEP | 779 | 4,693 | CPM/Argus Admin Fees |
| CIC | STD1122 | OMT | 11/1/1999 | 87100103 | NFEP | 779 | (4,693) | CPM/Argus Admin Fees |
| CIC | STD1122 | OJB | 11/30/1999 | 87100103 | NFEP | 779 | 4,667 | CPM/Argus Admin Fees |
| CIC | STD1122 | OJB | 12/1/1999 | 87100103 | NFEP | 779 | (4,667) | CPM/Argus Admin Fees |
| CIC | STD1122 | OJB | 12/31/1999 | 87100103 | NFEP | 779 | 5,446 | CPM/Argus Admin Fees |
| CIC | STD1122A | OMT | 9/30/1999 | 87100103 | NFEP | 779 | 48 | CPM/Argus Admin Fees |
| CIC | STD1122A | OMT | 10/1/1999 | 87100103 | NFEP | 779 | (48) | CPM/Argus Admin Fees |
| | Total Admin Fees | | | | | | 545 | |

00160505.XLS 5/2/2005