# Office of the Inspector General

April 1, 2001 — September 30, 2001



# Semiannual Report
## TO CONGRESS

**Exhibit M**



*United States Office of Personnel Management*