OIG Semiannual Report

# Index of Reporting Requirements

Inspector General Act of 1978
(as amended)

| | | Page |
|---|---|---|
| Section 4 (a) (2): | Review of legislation and regulations | 1-4 |
| Section 5 (a) (1): | Significant problems, abuses and deficiencies | 5-31 |
| Section 5 (a) (2): | Recommendations regarding significant problems, abuses and deficiencies | 18-23, 28, 30-31 |
| Section 5 (a) (3): | Recommendations described in previous semiannual reports on which corrective action has not been completed | 41 |
| Section 5 (a) (4): | Matters referred to prosecutive authorities | 34-37 |
| Section 5 (a) (5): | Summary of instances where information was refused during this reporting period | No Activity |
| Section 5 (a) (6): | Listing of audit reports issued during this reporting period | 42-47 |
| Section 5 (a) (7): | Summary of particularly significant reports | 7-16, 19-23, 27-31 |
| Section 5 (a) (8): | Audit reports containing questioned costs | 42-45 |
| Section 5 (a) (9): | Audit reports containing recommendations for better use of funds | No Activity |
| Section 5 (a) (10): | Summary of unresolved audit reports issued prior to the beginning of this reporting period | 41 |
| Section 5 (a) (11): | Significant revised management decisions during this reporting period | No Activity |
| Section 5 (a) (12): | Significant management decisions with which OIG disagreed during this reporting period | No Activity |

OIG Semiannual Report

## Appendix I:  Final Reports Issued With Questioned Costs
April 1, 2001 to September 30, 2001

| | Subject | Number of Reports | Questioned Costs[1] | Unsupported Costs[1] |
|---|---|---|---|---|
| A. | Reports for which no management decision had been made by the beginning of the reporting period | 31 | $217,565,835 | $872,806 |
| B. | Reports issued during the reporting period with findings | 24 | 65,309,332 | 0 |
| | Subtotals (A+B) | 55 | 282,875,167 | 872,806 |
| C. | Reports for which a management decision was made during the reporting period: | 31 | 213,948,023 | 872,806 |
| | 1. Disallowed costs[2] | | 174,242,861 | 872,806 |
| | 2. Costs not disallowed | | 39,705,162 | 0 |
| D. | Reports for which no management decision has been made by the end of the reporting period | 24 | 68,927,144 | 0 |
| | Reports for which no management decision has been made within 6 months of issuance | 3 | 8,106,692[3] | 0 |

[1] *Questioned costs represent recommendations for recovery of funds resulting from OIG audits. Unsupported costs are included in questioned costs.*
[2] *Does not include $6,493,113 in investment income assessed and coordination of benefits disallowed by the program office in excess of questioned costs.*
[3] *Resolution of this item has been postponed at the request of the OIG.*

## Appendix II:  Final Reports Issued With Recommendations for Better Use of Funds
April 1, 2001 to September 30, 2001

| Subject | Number of Reports | Dollar Value |
|---|---|---|
| No activity during this reporting period | 0 | $    0 |

**Appendix III-A:** Insurance Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject  *(Standard Audits)* | Issue Date | Questioned Costs | Unsupported Costs |
|---|---|---|---|---|
| 1C-V2-00-00-021 | NYLCare Health Plans of the Southwest, Inc., in Dallas, Texas | April 2, 2001 | $ 2,214,292 | $ |
| 1C-L4-00-01-016 | HMO Health of Ohio in Cleveland, Ohio | April 13, 2001 | | |
| 1A-10-47-01-006 | Blue Cross and Blue Shield United of Wisconsin in Milwaukee, Wisconsin | April 26, 2001 | 380,015 | |
| 1A-10-88-01-021 | Blue Cross of Northeastern Pennsylvania in Wilkes-Barre, Pennsylvania | May 7, 2001 | 545,677 | |
| 62-00-98-052 | Kaiser Foundation Health Plan, Inc., California Division in Pasadena, California | May 8, 2001 | 30,755,852 | |
| 1C-17-00-01-004 | Rush Prudential HMO in Chicago, Illinois | May 11, 2001 | 1,024,070 | |
| 1A-10-59-01-022 | Anthem Blue Cross and Blue Shield of Maine in South Portland, Maine | May 14, 2001 | 225,725 | |
| 1C-SG-00-01-048 | Capital District Physicians' Health Plan, Inc., in Albany, New York | June 15, 2001 | | |
| 1A-10-24-01-031 | Blue Cross and Blue Shield of South Carolina in Columbia, South Carolina | June 21, 2001 | 411,957 | |
| 1C-GV-00-01-042 | Preferred Care in Rochester, New York | June 28, 2001 | | |
| 1C-VC-00-01-008 | United HealthCare of Ohio, Inc., in Minneapolis, Minnesota | July 10, 2001 | 1,032,988 | |
| 1A-10-03-01-027 | Blue Cross Blue Shield of New Mexico in Albuquerque, New Mexico | July 25, 2001 | 818,857 | |
| 1C-3U-00-01-012 | United HealthCare of Ohio, Inc., in Minneapolis, Minnesota | July 26, 2001 | 1,845,035 | |
| 1C-K6-00-01-033 | SelectCare in Troy, Michigan | August 16, 2001 | | |
| 1C-VR-00-00-072 | Group Health Cooperative of Puget Sound (formerly Group Health Northwest) in Spokane, Washington | August 16, 2001 | | |
| 1C-JH-00-01-017 | Humana Medical Plan of the Tampa Area in Louisville, Kentucky | August 20, 2001 | 890,695 | |
| 1C-Q1-00-00-071 | Lovelace Health Plan in Santa Ana, California | August 22, 2001 | 19,138,348 | |

**Appendix III-A:** Insurance Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject *(Standard Audits)* | Issue Date | Questioned Costs | Unsupported Costs |
|---|---|---|---|---|
| 1A-10-64-01-093 | Blue Cross and Blue Shield of the Rochester Area in Rochester, New York | August 22, 2001 | | |
| 1A-10-30-01-018 | Anthem Blue Cross and Blue Shield in Denver, Colorado | August 27, 2001 | 1,515,898 | |
| 1C-C8-00-01-028 | First Priority Health in Wilkes-Barre, Pennsylvania | August 31, 2001 | 713,741 | |
| 1A-10-43-01-089 | Regence Blue Shield of Idaho in Lewiston, Idaho | September 19, 2001 | | |
| 1C-IN-00-01-013 | The M Plan in Indianapolis, Indiana | September 19, 2001 | 803,596 | |
| 1C-DF-00-01-015 | Health Partners of Alabama in Birmingham, Alabama | September 19, 2001 | 480,494 | |
| TOTALS | | | $62,797,240 | $ |

**Appendix III-B:** Insurance Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject *(Rate Reconciliation Audits)* | Issue Date | Questioned Costs | Unsupported Costs |
|---|---|---|---|---|
| 1C-EM-00-01-051 | AvMed Health Plan of South Florida<br>*Proposed Rate Reconciliation* | June 11, 2001 | $ | $ |
| 1C-VR-00-01-065 | Group Health Cooperative of Puget Sound<br>*Proposed Rate Reconciliation* | June 25, 2001 | | |
| 1C-A7-00-01-063 | Intergroup of Arizona<br>*Proposed Rate Reconciliation* | July 3, 2001 | | |
| 1C-UB-00-01-055 | Prudential HealthCare HMO of Tennessee<br>*Proposed Rate Reconciliation* | July 3, 2001 | | |
| 1C-PX-00-01-056 | Cimarron Health Plan of New Mexico<br>*Proposed Rate Reconciliation* | July 3, 2001 | | |
| 1C-KF-00-01-061 | BlueCare Network of West Michigan<br>*Proposed Rate Reconciliation* | July 10, 2001 | 155,865 | |
| 1C-KA-00-01-083 | OmniCare Health Plan of Michigan<br>*Proposed Rate Reconciliation* | July 10, 2001 | | |
| 1C-GA-00-01-066 | MVP Health Plan of New York<br>*Proposed Rate Reconciliation* | July 17, 2001 | | |
| 1C-LX-00-01-084 | BlueCare Network of Michigan<br>*Proposed Rate Reconciliation* | July 19, 2001 | | |
| 1C-W3-00-01-069 | CIGNA HealthCare of Richmond, Virginia<br>*Proposed Rate Reconciliation* | July 30, 2001 | 352,284 | |
| 1C-7Z-00-01-073 | PacifiCare of Oregon<br>*Proposed Rate Reconciliation* | July 30, 2001 | | |
| 1C-Q8-00-01-058 | Univera HealthCare of New York<br>of Western New York<br>*Proposed Rate Reconciliation* | July 30, 2001 | 66,277 | |
| 1C-K9-00-01-072 | PacifiCare of Nevada<br>*Proposed Rate Reconciliation* | July 30, 2001 | 267,505 | |
| 1C-D2-00-01-057 | Humana Health Plan of Kentucky<br>*Proposed Rate Reconciliation* | July 30, 2001 | | |
| 1C-MM-00-01-071 | Group Health Plan of Missouri<br>*Proposed Rate Reconciliation* | July 31, 2001 | | |

Case 1:00-cv-00463-SAS     Document 57-32     Filed 09/14/2005     Page 6 of 10

**Appendix III-B:** Insurance Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject *(Rate Reconciliation Audits)* | Issue Date | Questioned Costs | Unsupported Costs |
|---|---|---|---|---|
| 1C-S4-00-01-067 | Keystone Health Plan Central of Central Pennsylvania Proposed Rate Reconciliation | July 31, 2001 | 117,821 | |
| 1C-W2-00-01-070 | CIGNA HealthCare of Hampton Roads, Virginia Proposed Rate Reconciliation | July 31, 2001 | 545,426 | |
| 1C-QA-00-01-059 | Independent Health Association of New York Proposed Rate Reconciliation | July 31, 2001 | 830,538 | |
| 1C-64-00-01-064 | Kaiser Foundation Health Plan of Ohio Proposed Rate Reconciliation | August 3, 2001 | 176,376 | |
| 1C-E3-00-01-062 | Kaiser Foundation Health Plan of the Mid-Atlantic States Proposed Rate Reconciliation | August 9, 2001 | | |
| 1C-JN-00-01-090 | Aetna U.S. HealthCare of the Capital Region Proposed Rate Reconciliation | August 13, 2001 | | |
| TOTALS | | | $2,512,092 | $ |

**Appendix IV:**  Internal Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject | Issue Date | Funds Put to Better Use | Questioned Costs |
|---|---|---|---|---|
| 4A-OP-00-01-023 | Internal Controls of the Office of Personnel Management's FY 2000 Performance Results | June 19, 2001 | $ | $ |
| 4A-CF-00-01-104 | OMB Bulletin 01-02: Agreed-Upon Benefit Withholdings and Contributions Payroll Procedures | September 21, 2001 | | |
| TOTALS | | | $ | $ |

**Appendix V:**  Information Systems Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject | Issue Date | Funds Put to Better Use | Questioned Costs |
|---|---|---|---|---|
| 4A-CI-00-01-038 | OPM Internet Privacy Review | May 9, 2001 | $ | $ |
| 1A-10-92-00-028 | Information System General Controls at the BlueCross BlueShield Association Federal Employee Program Operations Center | July 30, 2001 | | |
| 4A-CI-00-01-088 | Government Information Security Reform Act Review for FY 2001 | August 31, 2001 | | |
| TOTALS | | | $ | $ |

**Appendix VI:**  Combined Federal Campaign Audit Reports Issued
April 1, 2001 to September 30, 2001

| Report Number | Subject | Issue Date | Funds Put to Better Use | Questioned Costs |
|---|---|---|---|---|
| 3A-CF-00-01-034 | *The 1998 and 1999 Combined Federal Campaigns of the Philadelphia Area in Philadelphia, Pennsylvania* | *April 4, 2001* | $ | $ |
| 3A-CF-00-01-040 | *The 1998 and 1999 Combined Federal Campaigns of Tarrant, Denton and Johnson Counties in Fort Worth, Texas* | *May 7, 2001* | | |
| 3A-CF-00-01-039 | *The 1998 and 1999 Combined Federal Campaigns of Metropolitan Dallas in Dallas, Texas* | *May 29, 2001* | | |
| 3A-CF-00-01-041 | *The 1998 and 1999 Combined Federal Campaigns of Greater Fort Hood in Killeen, Texas* | *May 31, 2001* | | |
| 3A-CF-00-01-036 | *The 1998 and 1999 Combined Federal Campaigns for the National Black United Federation of Charities in Newark, New Jersey* | *July 25, 2001* | | |
| 3A-CF-00-01-037 | *The 1998 and 1999 Combined Federal Campaigns of Long Island, New York in Deer Park, New York* | *July 26, 2001* | | |
| 3A-CF-00-01-081 | *The 1998 and 1999 Combined Federal Campaigns of Los Angeles in Los Angeles, California* | *August 8, 2001* | | |
| 3A-CF-00-01-054 | *The 1998 and 1999 Combined Federal Campaigns of Central New Mexico in Albuquerque, New Mexico* | *August 16, 2001* | | |
| 3A-CF-00-01-053 | *The 1998 and 1999 Combined Federal Campaigns of Tucson and Southern Arizona in Tucson, Arizona* | *August 16, 2001* | | |
| 3A-CF-00-01-082 | *The 1998 and 1999 Combined Federal Campaigns of the Bay Area in San Francisco, California* | *August 31, 2001* | | |
| 3A-CF-00-01-052 | *The 1998 and 1999 Combined Federal Campaigns of El Paso County in El Paso, Texas* | *September 24, 2001* | | |
| *TOTALS* | | | $ | $ |



Federal Recycling Program
Printed on Recycled Paper

═══════════════ OIG HOTLINE ═══════════════

 **United States
Office of
Personnel
Management**

Office of the
Inspector
General



# Report Fraud, Waste or Abuse
# to the Inspector General

The Director of the Office of Personnel Management
and the Inspector General need your help to assure the
integrity of OPM's programs.

Please Call the *HOTLINE*:

## 202-606-2423

• Caller can remain anonymous

• Information is confidential

*You may also visit or write:*

Office of the Inspector General
U.S. Office of Personnel Management
1900 E Street, NW.
Room 6400
Washington, DC  20415-1100