

**United States Office of Personnel Management**

Office of the Inspector General

Theodore Roosevelt Building
1900 E Street, NW, Room 6400
Washington, DC 20415-1100

October 2001
OIG-SAR-25