From: Stanley.Alderson@usdoj.gov
Sent: Wednesday, April 27, 2005 3:23 PM
To: Tim Keller
Subject: FW: Status of Rebate True-Up

Importance: High


-----Original Message-----
From: bduncombe@ssdlaw.com [mailto:bduncombe@ssdlaw.com]
Sent: Tuesday, April 26, 2005 8:23 PM
To: Alderson, Stanley (CIV)
Cc: Jeff_Hannah@Anthem.com
Subject: Status of Rebate True-Up
Importance: High


26 April 2005

Stan -

I have spent all day going over the information and trying to summarize it in a cover letter. There are over 500 pages of supporting spreadsheets and I want to be SURE this time that all the number tie in together. I have been working with both Jeff and Darin throughout the day but there is one piece of information that, quite frankly, only Tom Rasp of APM can answer and he's on vacation. BUT, I'm trying to reach him anyway.

Bottom line, after all we've been through, I'd rather be late than wrong. Also, to date, it appears that FEP has undercharged the government by approximately $600,000 for the years 1996, 1997, 1999-2004, when all the rebates and administrative expenses are calculated and allocated to FEP/HMP based on the accounting principles.


I will be out tomorrow; it couldn't be cancelled and continue to hope that I can get this to you as soon as possible.

Barbara A. Duncombe                   affiliated with
Sebaly Shillito + Dyer                   Kalbian Hagerty, LLP
A Legal Professional Assoc.           888 17th Street, N.W.
1900 Kettering Tower                    Suite 1000
40 N. Main Street                          Washington, DC 20006
Dayton, OH 45402                       (202) 223-5600 (Main)
(937) 341-6738 (Dir)                     (202) 223-6525 (Fax) )
(937) 222-2500 (Main)
(937) 222-6554 (Fax)

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destory all copies of the original message.

Exhibit

N

This email may contain legally privileged and confidential information intended only for the individual or entity named above as the intended recipient.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is prohibited.  If you received this communication in error, please notify us by email and delete the original message.  Verified email message sent by Sebaly Shillito + Dyer through Frontbridge.