T. Jeffrey Hannah
Senior Counsel

Anthem Blue Cross and Blue Shield
120 Monument Circle
Indianapolis, IN 46204-4903
Mail No. M2SG
Tel: 317 488-6225
Fax 317 488-6067
Mobile 317 402-2419
Email: jeff.hannah@anthem.com

Anthem.

May 15, 2002

Office of Personnel Management     via Airborne Express
Office of Insurance Programs
1900 "E" Street, N.W., Room 3424
Attn: John McCart
Washington, DC 20415

Dear Mr. McCart:

I write in response to your April 28, 2002 letter, forwarding the fully executed settlement agreement regarding the lost investment income charges issue for the Final Audit Report Number GH-00-95-004 on Key Health Plan, Inc.

Per our settlement agreement, enclosed is a check payable to the Office of Personnel Management in the amount of $385,174.00.

Please let me know if you have any questions or concerns. Thank you for your efforts to resolve these issues and conclude this matter.

Very truly yours,

T. Jeffrey Hannah

TJH:sh

cc:   Christine Rinn

Enclosure

Exhibit O





An independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of ANthem Insurance Companies.
®Registered marks Blue Cross and Blue Shield Association

**ANTHEM BLUE CROSS BLUE SHIELD**
1351 WILLIAM HOWARD TAFT ROAD
Cincinnati OH 45206-1775

PNC BANK, N.A.
JEANNETTE, PA 15644

No. 40488625

60-162/433

DATE: 05/14/2002

PAY *Three Hundred Eighty-Five Thousand One Hundred Seventy-Four & no/100 Dollars*   $***385,174.00

TO THE
ORDER OF   U.S. OFFICE OF PERSONNEL MANAGEMENT
1900 EAST STREET N.W.
ROOM 3424
WASHINGTON DC 20415

⑆40488625⑆ ⑈043301627⑈ 1004387526⑆

- - - - - - - - - - - - - - - - - Detach Check at Perforation Before Depositing - - - - - - - - - - - - - - - -

**COMMUNITY INSURANCE COMPANY**
Inquires Please Call 513 475-1327

Vendor
0000023945   U.S. OFFICE OF PERSONNEL MANAGEMENT

Check Date
05/14/2002

Check No.
40488625

| INVOICE DT | INVOICE # | ANTHEM ID | COMMENT | GROSS AMOUNT | DISCOUNT TAKEN | PAID AMOUNT |
|---|---|---|---|---|---|---|
| 5/6/2002 | AUDIT RPT | 01235349 | AUDIT RPT#GH-00-95-004 | $ 385,174.00 | | $ 385,174.00 |
| | | | Totals | $ 385,174.00 | | $ 385,174.00 |