UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. GARNER, | : | NO: 1:00-CV-00463 |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| ANTHEM INSURANCE COMPANIES,<br>Inc., et al., | : | |
| Defendants. | : | |

The parties met before the Court on September 15, 2005 for a status conference in this matter.

At such conference the Court found it appropriate to set a sixty-day discovery period in this matter on issues relating to Defendant Anthem's Prescription Management Program and to the retaliation claim of Mr. Garner. At the end of such discovery period, the Court shall hold a status conference, at which time the parties shall bring a revised proposed settlement for the Court's review.

Accordingly, the Court SETS a status conference in this matter at 3:00 P.M. on November 15, 2005.

SO ORDERED.

Dated: September 15, 2005     s/S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge