IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, ex rel ANDREW M. GARNER, III, | : : : | Case No. 1:00cv00463 (Judge S. Arthur Spiegel) |
| Plaintiffs, | : : | UNOPPOSED MOTION TO EXTEND ANTHEM INSURANCE COMPANIES, |
| vs. | : : | INC.'S DEADLINE TO ANSWER OR FILE OTHER RESPONSIVE PLEADING |
| ANTHEM INSURANCE COMPANIES, INC., et al., | : : : | UNTIL DECEMBER 15, 2005 |
| Defendants. | : | |

_____

Although the Complaint in the above-captioned litigation was filed on June 13, 2000, the matter was under seal until this Court's order of June 9, 2005 (Doc. # 50). On August 8, 2005 the United States of America filed a Notice of Voluntary Dismissal concerning this matter (Doc. # 55). The Relator has filed an objection to that Notice (Doc. # 57), and the Court has not yet ruled on whether the matter should be dismissed. Counsel for Defendant Anthem Insurance Companies, Inc. ("AICI") has accepted service of the unsealed complaint, but several of the Defendant Corporation are no longer operative or owned by AICI or its affiliates.

On September 15, 2005 this Court held a status conference and subsequently issued an order establishing a 60-day discovery period for issues relating to Defendant Anthem's Prescription Management Program and to the Relator's retaliation claim (Doc. # 58). The Court requested the parties to continue settlement discussions.

{00183244.DOC/2}

Given the current posture of this case and the pending Notice of Voluntary Dismissal, AICI requests until December 15, 2005 to serve an Answer or other responsive pleading. Counsel for Relator and the United States have no objection to this request.

Respectfully submitted,

/s/ James A. Dyer
| | |
|---|---|
| James A. Dyer, Trial Attorney | (0006824) |
| Barbara A. Duncombe | (0072199) |
| Katherine L. Early | (0075380) |

SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
jdyer@ssdlaw.com
*Attorneys for Defendants*

Of Counsel:

Timothy P. Spears, Esq. (0046652)
Wellpoint, Inc.
120 Monument Circle
Indianapolis, IN  46204
317/488-5263
317/488-6764 (fax)
tim.spears@anthem.com
Attorneys for Defendants

{00183244.DOC/2}

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was filed and served electronically through the Court's ECF system on October 18, 2005, and also served by regular U.S. mail upon:

Gerald F. Kaminski, Esq.  
U.S. Attorney  
221 East Fourth Street, Suite 400  
Cincinnati, OH  45202  
*Attorneys for United States of America*

Kenneth F. Affeldt, Esq.  
U.S. Attorney's Office  
303 Marconi Boulevard, 2nd Floor  
Columbus, OH  43215  
*Attorneys for United States of America*

Michael F. Hertz, Esq.  
Department of Justice  
Civil Division/Commercial Litigation Branch  
601 D Street NW, Room 9705  
Washington, DC  20530  
*Attorneys for the United States of America*

Stanley E. Alderson, Esq.  
U.S. Department of Justice  
Civil Division  
P.O. Box 261  
Washington DC 20044  
*Attorneys for United States of America*

Paul B. Martins, Esq.  
Helmer Martins & Morgan  
105 East 4th Street, Suite 1900  
Cincinnati, OH  45202  
*Attorneys for Andrew M. Garner, III*

J. Timothy Keller, Esq.  
Aschemann Keller LLC  
108 West Jackson Street  
Marion, IL  62959  
*Attorneys for Andrew M. Garner, III*

/s/ James A. Dyer  
James A. Dyer

{00183244.DOC/2}