IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW M. GARNER, III, | : : : | Case No. 1:00cv00463 (Judge S. Arthur Spiegel) |
| Plaintiffs, | : : | |
| vs. | : : : | UNOPPOSED JOINT MOTION OF THE UNITED STATES OF AMERICA AND ANTHEM INSURANCE COMPANIES, |
| ANTHEM INSURANCE COMPANIES, INC., et al., | : : : | INC. FOR AN EXTENSION UNTIL NOVEMBER 29, 2005 TO RESPOND TO RELATOR'S OBJECTIONS TO NOTICE |
| Defendants. | : : | OF VOLUNTARY DISMISSAL (DOC. #57) |

On August 8, 2005 the United States of America filed a Notice of Voluntary Dismissal concerning this matter (Doc. # 55). The Relator has filed an objection to that Notice (Doc. # 57), and the Court has not yet ruled on whether the matter should be dismissed. On September 15, 2005 this Court held a status conference and subsequently issued an order establishing a 60-day discovery period for issues relating to Defendant Anthem Insurance Companies, Inc.'s ("AICI") Prescription Management Program and to the Relator's retaliation claim (Doc. # 58). The Court requested the parties to continue settlement discussions. The Court scheduled a status conference for November 15, 2005.

Given the current posture of this case and the pending Notice of Voluntary Dismissal, the United States of America and Defendant AICI jointly move for an extension until November 29, 2005 (which is 14 days after the November 15, 2005 scheduling conference) for each to reply to

{00183365.DOC/2}

the Relator's objections to the Notice of Voluntary Dismissal. Counsel for Relator has no objection to this request.

                                      Respectfully submitted,

/s/ James A. Dyer
James A. Dyer, Trial Attorney   (0006824)
Barbara A. Duncombe             (0072199)
Katherine L. Early              (0075380)
SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
jdyer@ssdlaw.com
*Attorneys for Defendants*

Of Counsel:

Timothy P. Spears, Esq.   (0046652)
Wellpoint, Inc.
120 Monument Circle
Indianapolis, IN 46204
317/488-5263
317/488-6764 (fax)
tim.spears@anthem.com
Attorneys for Defendants

/s/ Stanley E. Alderson by /s/ James A. Dyer
per e-mail authority 10/18/05
Stanley E. Alderson
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
202/307-6696
202/616-3085 (fax)
Stanley.Alderson@usdoj.gov
*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing document was filed and served electronically through the Court's ECF system on October 20, 2005, and also served by regular U.S. mail upon:

Gerald F. Kaminski, Esq.  
U.S. Attorney  
221 East Fourth Street, Suite 400  
Cincinnati, OH 45202  
*Attorneys for United States of America*

Kenneth F. Affeldt, Esq.  
U.S. Attorney's Office  
303 Marconi Boulevard, 2nd Floor  
Columbus, OH 43215  
*Attorneys for United States of America*

Michael F. Hertz, Esq.  
Department of Justice  
Civil Division/Commercial Litigation Branch  
601 D Street NW, Room 9705  
Washington, DC 20530  
*Attorneys for the United States of America*

J. Timothy Keller, Esq.  
Aschemann Keller LLC  
108 West Jackson Street  
Marion, IL 62959  
*Attorneys for Andrew M. Garner, III*

Paul B. Martins, Esq.  
Helmer Martins Rice & Popham Co., LPA  
105 East 4th Street, Suite 1900  
Cincinnati, OH 45202  
*Attorneys for Andrew M. Garner, III*

                          /s/ James A. Dyer  
                          James A. Dyer