IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW M. GARNER, III, | : : : | Case No. 1:00cv00463 (Judge S. Arthur Spiegel) |
| Plaintiffs, | : : | |
| vs. | : : : | AGREED ENTRY GRANTING UNOPPOSED JOINT MOTION OF THE UNITED STATES OF AMERICA AND |
| ANTHEM INSURANCE COMPANIES, INC., et al., | : : : | ANTHEM INSURANCE COMPANIES, INC. FOR AN EXTENSION UNTIL NOVEMBER 29, 2005 TO RESPOND TO |
| Defendants. | : : : | RELATOR'S OBJECTIONS TO NOTICE OF VOLUNTARY DISMISSAL (DOC. #57) |

Upon Unopposed Joint Motion of the United States of America and Anthem Insurance Companies, Inc. ("AICI") for an extension until November 29, 2005 (which is 14 days after the November 15, 2005 scheduling conference) and for good cause shown, the United States of America and AICI are each granted such extension for each to reply to the Relator's objections to the Notice of Voluntary Dismissal.

SO ORDERED.

Date: 11/2/05

S. Arthur Spiegel
United States Senior District Judge