*** START *** B330SD1B-R01 - B330SD1B(JOB03642) ARCHIVED 02/28/00 17:27:10

PLAN NAME : ASSOCIATED INSURANCE COMPANIES  INC                    PLAN  150     FT400196-19980810
ATTENTION : MS BARBARA GRIFFITH                                                  REMITTANCE NUMBER 2000-003
DISBURSEMENT DATE : 02/29/2000                                                   PAGE NUMBER        01

PAYMENT SUMMARY INFORMATION

| PYMT | CONTRACT | EXPLANATION | | ITEMS PAID | | | AMOUNT PAID | | DATE |
|------|----------|-------------|------|------|------|------|------|------|------|
| CODE | YEAR | | HIGH | STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED |
| 11 | 40 | DRUG CLAIM ALLOC 01312000 | | | | | | 2,807,507.47 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 2,807,507.47CR | 02/29/2000 |
| 14 | 40 | DEMAND MGT | | | | | | 18,492.48 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 18,492.48CR | 02/29/2000 |
| 36 | 40 | RPP BENEFIT      01312000 | | | | | | 915,234.42 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 915,234.42CR | 02/29/2000 |
| 39 | 40 | RPP ALLOC        01312000 | | | | | | 87,498.48 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 87,498.48CR | 02/29/2000 |
| 41 | 38 | GROSS PREM WRITTEN ADJ | | | | | | 251,024.00 | 02/29/2000 |
| 44 | 38 | OFFSETTING  ENTRY | | | | | | 251,024.00CR | 02/29/2000 |
| 43 | 38 | PREM INTEREST INC ADJ | | | | | | 43,595.89 | 02/29/2000 |
| 44 | 38 | OFFSETTING  ENTRY | | | | | | 43,595.89CR | 02/29/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS              0.00
    NUMBER OF GROSS CHARGE LINES                   0
    GROSS COVERED CHARGES                       0.00
    NET COVERED CHARGES                         0.00

s Unit:     AICI
dger:       ACTUAL

urnal ID:      FEP31                Journal Date:      03/31/2000
scription:     To Record Mail Order Drug & Retail Pharmacy (Paycodes 11 &        Source: NME        Acctg Per:  3        Journal Status:  N        Reversal:  None        Reversal Date:
               38)

| BusDiv/ | | | | | | | | | PrdGrp/ | | State Cd/ | | | | | |
|---------|---------|----|------|------|-------|-----|-----|-----|-----|-----|----------|--------------|---------------|-------------|-------------------|------------------|
| ie | Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | LOB | HSA | Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 5,181,378.23 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -5,181,378.23 | 0.00 | | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 3,733,953.60 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -3,733,953.60 | 0.00 | | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 3,091,178.76 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -3,091,178.76 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 12,006,510.59 | -12,006,510.59 | 0.00 | | |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY                    PLAN  332      FT400198-19980010
ATTENTION :  KAY KRAKE CW2 272                                                  REMITTANCE NUMBER 2000-003
DISBURSEMENT DATE : 03/22/2000                                                  PAGE NUMBER          01
```

```
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION            ITEMS PAID                                AMOUNT PAID                      DATE
CODE  YEAR                     HIGH  STANDARD   TOTAL            HIGH           STANDARD        TOTAL          PROCESSED
 11   40     DRUG CLAIM ALLOC 02292000                                                      3,087,098.51      03/22/2000
 44   40     OFFSETTING   ENTRY                                                             3,087,098.51CR    03/22/2000
 38   40     RPP BENEFIT      02292000                                                      2,094,279.72      03/22/2000
 44   40     OFFSETTING   ENTRY                                                             2,094,279.72CR    03/22/2000
 39   40     RPP ALLOC        02292000                                                        102,562.22      03/22/2000
 44   40     OFFSETTING   ENTRY                                                               102,562.22CR    03/22/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
     AMOUNT PAID APPLIED TO REFUNDS          0.00
     NUMBER OF GROSS CHARGE LINES               0
     GROSS COVERED CHARGES                   0.00
     NET COVERED CHARGES                     0.00
HDR 1**************FT48RPTS**B**************************************************************************************
```

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC                      PLAN  630    FT480198-19980810
ATTENTION : MS BARBARA GRIFFITH                                                   REMITTANCE NUMBER 2003-262
DISBURSEMENT DATE : 03/23/2000                                                    PAGE NUMBER        28
```

| PAYMENT SUMMARY INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ITEMS PAID | | | AMOUNT PAID | | DATE |
| PYMT CONTRACT EXPLANATION | HIGH | STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED |
| CODE  YEAR | | | | | | | |
| 01  39   CLAIMS SUBMITTED | 2,272 | 700 | 2,972 | 7,799.47CR | 81,494.44 | 81,494.44 | 03/21/2000 |
| 02  39   CLMS SUB NOT APP | 2,245CR | 226CR | 2,471CR | 10,911.14 | 299.31CR | 10,611.83 | 03/21/2000 |
| 01  40   CLAIMS SUBMITTED | 185 | 4,151 | 4,336 | 10,248.77 | 289,976.17 | 300,274.94 | 03/21/2000 |
| 02  40   CLMS SUB NOT APP | 70CR | 847CR | 917CR | 299.17 | 128.69 | 428.06 | 03/21/2000 |
| DISBURSEMENT TOTAL | 142 | 3,778 | 3,920 | 13,709.61 | 379,299.66 | 393,009.27 | |

```
SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS                    0.00
    NUMBER OF GROSS CHARGE LINES                    12,933
    GROSS COVERED CHARGES                     4,072,572.55
    NET COVERED CHARGES                       1,292,569.24
```

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES  INC                     PLAN  150    FT480198-19980810
ATTENTION : MS BARBARA GRIFFITH                                                   REMITTANCE NUMBER 2000-004
DISBURSEMENT DATE : 03/22/2000                                                    PAGE NUMBER        01
```

| PAYMENT SUMMARY INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| | | ITEMS PAID | | | AMOUNT PAID | | DATE |
| PYMT CONTRACT EXPLANATION | HIGH | STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED |
| CODE  YEAR | | | | | | | |
| 11  40   DRUG CLAIM ALLOC 02292000 | | | | | | 2,173,379.24 | 03/22/2000 |
| 44  40   OFFSETTING   ENTRY | | | | | | 2,173,379.24CR | 03/22/2000 |
| 14  40   DEMAND NGT   02292000 | | | | | | 21,186.84 | 03/22/2000 |
| 44  40   OFFSETTING   ENTRY | | | | | | 21,186.84CR | 03/22/2000 |
| 36  40   RPP BENEFIT  02292000 | | | | | | 1,569,576.36 | 03/22/2000 |
| 44  40   OFFSETTING   ENTRY | | | | | | 1,569,576.36CR | 03/22/2000 |
| 39  40   RPP ALLOC    02292000 | | | | | | 76,226.84 | 03/22/2000 |
| 44  40   OFFSETTING   ENTRY | | | | | | 76,226.84CR | 03/22/2000 |

```
DISBURSEMENT TOTAL
```

```
SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS                    0.00
    NUMBER OF GROSS CHARGE LINES                         0
    GROSS COVERED CHARGES                             0.00
    NET COVERED CHARGES                               0.00
```

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  660    FT400198-19980010                    660052
ATTENTION : ROBERT B FLEMING                                                 REMITTANCE NUMBER 2000-057         660057
DISBURSEMENT DATE : 03/23/2000                                               PAGE NUMBER        22              660057
```

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | DATE PROCESSED |
|-----------|------|-------------|------|----------|-------|------|----------|-------|----------|
| 01 | 39 | CLAIMS SUBMITTED | 1,510 | 575 | 2,085 | 39,663.67 | 14,023.47 | 53,684.14 | 03/16/2000 |
| 02 | 39 | CLMS SUB NOT APP | 1,501CR | 205CR | 1,706CR | 39,408.42CR | 360.33 | 39,048.09CR | 03/16/2000 |
| 01 | 40 | CLAIMS SUBMITTED | 106 | 2,829 | 2,935 | 3,701.50 | 115,273.31 | 118,974.81 | 03/16/2000 |
| 02 | 40 | CLMS SUB NOT APP | 38CR | 517CR | 555CR | 236.14 | | 236.14 | 03/16/2000 |
| 01 | 39 | CLAIMS SUBMITTED | 969 | 21 | 990 | 2,617.52 | 3,220.67CR | 603.15CR | 03/21/2000 |
| 02 | 39 | CLMS SUB NOT APP | 969CR | 4CR | 973CR | 2,617.52CR | | 2,617.52CR | 03/21/2000 |
| 01 | 40 | CLAIMS SUBMITTED | 1 | 173 | 174 | 30.78 | 4,397.61 | 4,428.39 | 03/21/2000 |
| 02 | 40 | CLMS SUB NOT APP | | 18CR | 18CR | | | | 03/21/2000 |

```
DISBURSEMENT TOTAL               78    2,754    2,832    4,220.67    130,814.05    135,034.72    660057
```

SUMMARY OF BATCHES
```
   AMOUNT PAID APPLIED TO REFUNDS                          51.00CR                               660057
   NUMBER OF GROSS CHARGE LINES                            11,740                                660057
   GROSS COVERED CHARGES                                   1,272,396.44                          660057
   NET COVERED CHARGES                                     476,287.59                            660057
```

---

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  160    FT400198-19980010                    160056
ATTENTION : ROBERT B FLEMING                                                 REMITTANCE NUMBER 2000-056         160056
DISBURSEMENT DATE : 03/22/2000                                               PAGE NUMBER        01              160056
```

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | DATE PROCESSED |
|-----------|------|-------------|------|----------|-------|------|----------|-------|----------|
| 19 | 40 | CONTRACT AGT EXP 02292000 | | | | | | 59,641.11 | 03/22/2000 |
| 44 | 40 | OFFSETTING   ENTRY | | | | | | 59,641.11CR | 03/22/2000 |
| 11 | 40 | DRUG CLAIM ALLOC 02292000 | | | | | | 1,775,384.21 | 03/22/2000 |
| 44 | 40 | OFFSETTING   ENTRY | | | | | | 1,775,384.21CR | 03/22/2000 |
| 14 | 40 | DEMAND HGT      02292000 | | | | | | 15,132.42 | 03/22/2000 |
| 44 | 40 | OFFSETTING   ENTRY | | | | | | 15,132.42CR | 03/22/2000 |
| 5A | 40 | RPP BENEFIT     02292000 | | | | | | 1,317,874.55 | 03/22/2000 |
| 44 | 40 | OFFSETTING   ENTRY | | | | | | 1,317,874.55CR | 03/22/2000 |
| 39 | 40 | RPP ALLOC       02292000 | | | | | | 68,580.58 | 03/22/2000 |
| 44 | 40 | OFFSETTING   ENTRY | | | | | | 68,580.58CR | 03/22/2000 |

```
DISBURSEMENT TOTAL                                                                               160056
```

SUMMARY OF BATCHES
```
   AMOUNT PAID APPLIED TO REFUNDS                          0.00                                  160056
   NUMBER OF GROSS CHARGE LINES                            0                                     160056
   GROSS COVERED CHARGES                                   0.00                                  160056
   NET COVERED CHARGES                                     0.00                                  160056
```

Query Name  GLC7501⬤REIGN_JRNL__BUTTON_

us Unit:   AICI
:dger:     ACTUAL

ournal ID:    FEP31            Journal Date:    04/30/2000
escription:   To Record Mail Order Drug and Retail Pharmacy (Paycodes 11 &    Source:  NME    Acctg Per:  4    Journal Status:  N    Reversal:  None    Reversal Date:

| ne | BusDiv/ Product | Account | AB | Affil | Dept | Prog | Subdy | Rsk | Cov | PrdGrp/ LOB | HSA | State Cd/ Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|----|------|---------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 5,789,003.55 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -5,789,003.55 | 0.00 | | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 4,326,188.98 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -4,326,188.98 | 0.00 | | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 3,527,496.89 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | 3,527,496.89 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 13,642,689.42 | -13,642,689.42 | 0.00 | | |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY              PLAN  332    FT400198-19980010
ATTENTION :  KAY KRAKE CW2 272                                           REMITTANCE NUMBER 2000-004
DISBURSEMENT DATE : 04/24/2000                                           PAGE NUMBER            01
```

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | AMOUNT PAID HIGH | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 40 | DRUG CLAIM ALLOC 03312000 | | | | | | 2,203,100.01 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 2,203,100.01CR | 04/24/2000 |
| 38 | 40 | RPP BENEFIT 03312000 | | | | | | 3,585,903.54 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 3,585,903.54CR | 04/24/2000 |
| 39 | 40 | RPP ALLOC 03312000 | | | | | | 46,851.43 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 46,851.43CR | 04/24/2000 |

```
DISBURSEMENT TOTAL
```

5,789,003.55

```
SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                    0.00
   NUMBER OF GROSS CHARGE LINES                         0
   GROSS COVERED CHARGES                             0.00
   NET COVERED CHARGES                               0.00
HDR1*****************FT48RPTS**B*************************************************************************************************
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC
ATTENTION : MS BARBARA GRIFFITH
DISBURSEMENT DATE : 04/24/2000

PLAN 130

FT400198-19980010
REMITTANCE NUMBER 2000-006
PAGE NUMBER        01

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT EXPLANATION | | ITEMS PAID | | AMOUNT PAID | | DATE |
|---|---|---|---|---|---|---|
| CODE | YEAR | HIGH  STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | PROCESSED |

| CODE | YEAR | EXPLANATION | | | | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|
| 11 | 40 | DRUG CLAIM ALLOC 03312000 | | | | | 1,580,138.76 | 04/24/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | 1,580,138.78CR | 04/24/2000 |
| 14 | 40 | DEMAND HG1       03312000 | | | | | 37,118.97 | 04/24/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | 37,118.97CR | 04/24/2000 |
| 38 | 40 | RPP BENEFIT      03312000 | | | | | 2,746,056.20 | 04/24/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | 2,746,056.20CR | 04/24/2000 |
| 39 | 40 | RPP ALLOC        03312000 | | | | | 35,186.12 | 04/24/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | 35,186.12CR | 04/24/2000 |
| 44 | 39 | EARNED SERVICE CHARGE | | | | | 2,900,113.52 | 04/24/2000 |
| 44 | 39 | OFFSETTING  ENTRY | | | | | 2,900,113.52CR | 04/24/2000 |
| A7 | 39 | SCI1 INTEREST INCOME | | | | | 116,328.48 | 04/24/2000 |
| 44 | 39 | OFFSETTING  ENTRY | | | | | 116,328.48CR | 04/24/2000 |
| A5 | 39 | SERVICE CHARGE EXPENSE | | | | | 497,797.73 | 04/24/2000 |
| 44 | 39 | OFFSETTING  ENTRY | | | | | 497,797.73CR | 04/24/2000 |
| 90 | 39 | SERVICE CHARGE | | | | | 2,518,644.26 | 04/24/2000 |

DISBURSEMENT TOTAL                                                     2,518,644.26

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                    0.00
   NUMBER OF GROSS CHARGE LINES                         0
   GROSS COVERED CHARGES                             0.00
   NET COVERED CHARGES                               0.00

4,326,188.98

---

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC
ATTENTION : MS BARBARA GRIFFITH
DISBURSEMENT DATE : 04/24/2000

PLAN 630

FT400198-19980010
REMITTANCE NUMBER 2000-006
PAGE NUMBER        03

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT EXPLANATION | | ITEMS PAID | | AMOUNT PAID | | DATE |
|---|---|---|---|---|---|---|
| CODE | YEAR | HIGH  STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED |

| CODE | YEAR | EXPLANATION | | | | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|
| 10 | 40 | CONTRACT AGT EXP 03312000 | | | | | 93,207.34 | 04/24/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | 93,207.34CR | 04/24/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                    0.00
   NUMBER OF GROSS CHARGE LINES                         0
   GROSS COVERED CHARGES                             0.00
   NET COVERED CHARGES                               0.00

PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  660     FT400398-19980010                    660801
ATTENTION : ROBERT B FLEMING                                                  REMITTANCE NUMBER 2000-081           660801
DISBURSEMENT DATE : 04/25/2000                                                PAGE NUMBER          28             660801

PAYMENT SUMMARY INFORMATION                                                                                       660801
PYMT CONTRACT  EXPLANATION          ITEMS PAID                                AMOUNT PAID                 DATE     660801
CODE  YEAR                    HIGH  STANDARD    TOTAL           HIGH          STANDARD       TOTAL    PROCESSED    660801

| CODE | YEAR | EXPLANATION | HIGH | STANDARD | TOTAL | HIGH | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 39 | CLAIMS SUBMITTED | 2,405 | 318 | 2,723 | 8,968.01 | 13,243.49 | 22,203.50 | 04/18/2000 |
| 02 | 39 | CLMS SUB NOT APP | 2,398CR | 492CR | 2,690CR | 8,805.63CR | 528.61 | 8,276.62CR | 04/18/2000 |
| 01 | 40 | CLAIMS SUBMITTED | 151 | 3,489 | 3,840 | 4,143.45 | 107,555.03 | 111,496.68 | 04/18/2000 |
| 02 | 40 | CLMS SUB NOT APP | 47CR | 529CR | 586CR | | 421.47 | 421.47 | 04/18/2000 |
| 01 | 39 | CLAIMS SUBMITTED | 70 | | 70 | 4,221.24 | 124.38 | 4,345.67 | 04/21/2000 |
| 02 | 39 | CLMS SUB NOT APP | 77CR | | 77CR | 4,215.67CR | | 4,215.57CR | 04/21/2000 |
| 01 | 40 | CLAIMS SUBMITTED | | 28 | 28 | | 826.14 | 826.14 | 04/21/2000 |

DISBURSEMENT TOTAL            112   3,357     3,509           4,301.75        122,701.32     127,005.07           660801

SUMMARY OF BATCHES                                                                                                660801
   AMOUNT PAID APPLIED TO REFUNDS                        0.48                                                     660801
   NUMBER OF GROSS CHARGE LINES                        15,099                                                     660801
   GROSS COVERED CHARGES                          1,308,423.72                                                    660801
   NET COVERED CHARGES                              569,561.98                                                    660801

---

PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  160     FT400398-19980010                    160801
ATTENTION : ROBERT B FLEMING                                                  REMITTANCE NUMBER 2000-080           160801
DISBURSEMENT DATE : 04/24/2000                                                PAGE NUMBER          01             160801

PAYMENT SUMMARY INFORMATION                                                                                       160801
PYMT CONTRACT  EXPLANATION          ITEMS PAID                                AMOUNT PAID                 DATE     160801
CODE  YEAR                    HIGH  STANDARD    TOTAL           HIGH          STANDARD       TOTAL    PROCESSED    160801

| CODE | YEAR | EXPLANATION | HIGH | STANDARD | TOTAL | HIGH | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 40 | CONTRACT ADJ EXP 0331200 | | | | | | 36,163.70 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 36,163.70CR | 04/24/2000 |
| 11 | 40 | DRUG CLAIM ALLOC 0331200 | | | | | | 1,278,141.85 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 1,278,141.85CR | 04/24/2000 |
| 14 | 40 | DEMAND MGT 0331200 | | | | | | 26,531.11 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 26,531.11CR | 04/24/2000 |
| 38 | 40 | RPP BENEFIT 0331200 | | | | | | 2,249,355.04 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 2,249,355.04CR | 04/24/2000 |
| 39 | 40 | RPP ALLOC 0331200 | | | | | | 31,036.07 | 04/24/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 31,036.07CR | 04/24/2000 |

DISBURSEMENT TOTAL                                                                                                160801

SUMMARY OF BATCHES                                                                                                160801
   AMOUNT PAID APPLIED TO REFUNDS                        0.00                                                     160801
   NUMBER OF GROSS CHARGE LINES                            0                                                      160801
   GROSS COVERED CHARGES                                 0.00                                                     160801
   NET COVERED CHARGES                                   0.00                                                     160801

*3,587,496.89* (handwritten)

Query Name: GLC750● REIGN_JRNL__BUTTON_

Page: 1

Run Date: 05/31/2000

Unit: A...

ger: **ACTUAL**

rnal ID: FEP31    Journal Date: 05/31/2000

cription: To Record Mail Order Drug and Retail Pharmacy (Paycodes 11 &    Source: NME    Acctg Per: 5    Journal Status: N    Reversal: None    Reversal Date:

| Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | IndGrp LOB | HSA | State Cd/ Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---------|---------|----|----|-----|------|-------|-----|-----|-----|-----|---------|-------------|---------------|-------------|------------|------------------|
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 3,298,204.13 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -3,298,204.13 | 0.00 | | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 2,726,482.51 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -2,726,482.51 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | Totals | 6,024,686.64 | -6,024,686.64 | 0.00 | | |

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC
ATTENTION : MS BARBARA GRIFFITH
DISBURSEMENT DATE : 05/19/2000

PLAN  130
FT400196-19900030
REMITTANCE NUMBER 2000-000
PAGE NUMBER    01

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| A1 | 40 | GROSS PREM WRITTEN 1STQTR | | | | | | 10,733,277.84 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 10,733,277.84CR | 05/19/2000 |
| A3 | 40 | PREM INTEREST INC 1STQTR | | | | | | 74,954.21 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 74,954.21CR | 05/19/2000 |
| 11 | 40 | DRUG CLAIM ALLOC 04302000 | | | | | | 1,521,193.21 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 1,521,193.21CR | 05/19/2000 |
| 14 | 40 | DEMAND MGT 04302000 | | | | | | 15,985.35 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 15,985.35CR | 05/19/2000 |
| 3B | 40 | RPP BENEFIT 04302000 | | | | | | 1,777,190.92 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 1,777,190.92CR | 05/19/2000 |
| 39 | 40 | RPP ALLOC 04302000 | | | | | | 60,759.87 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 60,759.87CR | 05/19/2000 |
| A1 | 39 | GROSS PREM.WRIT.ADJ | | | | | | 1,990,600.29 | 05/19/2000 |
| 44 | 39 | OFFSETTING ENTRY | | | | | | 1,990,600.29CR | 05/19/2000 |
| A3 | 39 | INTEREST INC ADJ | | | | | | 196,014.97 | 05/19/2000 |
| 44 | 39 | OFFSETTING ENTRY | | | | | | 196,014.97CR | 05/19/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS     0.00
   NUMBER OF GROSS CHARGE LINES     0
   GROSS COVERED CHARGES     0.00
   NET COVERED CHARGES     0.00

---

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC
ATTENTION : MS BARBARA GRIFFITH
DISBURSEMENT DATE : 05/19/2000

PLAN  630
FT400196-19900010
REMITTANCE NUMBER 2000-106
PAGE NUMBER    01

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| A1 | 40 | GROSS PREM WRITTEN 1STQTR | | | | | | 38,069,846.28 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 38,069,846.28CR | 05/19/2000 |
| A3 | 40 | PREM INTEREST INC 1STQTR | | | | | | 207,461.26 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 207,461.26CR | 05/19/2000 |
| 10 | 40 | CONTRACT AGT EXP 04302000 | | | | | | 99,902.11 | 05/19/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 99,902.11CR | 05/19/2000 |
| A1 | 39 | GROSS PREM.WRIT.ADJ | | | | | | 2,526,039.60 | 05/19/2000 |
| 44 | 39 | OFFSETTING ENTRY | | | | | | 2,526,039.60CR | 05/19/2000 |
| A3 | 39 | INTEREST INC ADJ | | | | | | 464,086.29 | 05/19/2000 |
| 44 | 39 | OFFSETTING ENTRY | | | | | | 464,086.29CR | 05/19/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS     0.00
   NUMBER OF GROSS CHARGE LINES     0
   GROSS COVERED CHARGES     0.00
   NET COVERED CHARGES     0.00

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  160    FT400198-19980010              160099
ATTENTION :  ROBERT B FLEMING                                                REMITTANCE NUMBER 2000-099      160099
DISBURSEMENT DATE : 05/19/2000                                               PAGE NUMBER        01          160099

PAYMENT SUMMARY INFORMATION                                                                                 160099
PYMT CONTRACT  EXPLANATION                    ITEMS PAID                     AMOUNT PAID                     DATE    160099
CODE  YEAR                          HIGH STANDARD    TOTAL        HIGH       STANDARD            TOTAL       PROCESSED 160099
A1  40   GROSS PREM WRITTEN 1STQTR                                                          20,309,616.96   05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                20,309,616.96CR 05/19/2000 160099
A3  40   PREM INTEREST INC  1STQTR                                                             140,124.76   05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                   140,124.76CR 05/19/2000 160099
10  40   CONTRACT AGT EXP 04302000                                                             46,582.28    05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                    46,582.28CR 05/19/2000 160099
11  40   DRUG CLAIM ALLOC 04302000                                                           1,213,584.99   05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                 1,213,584.99CR 05/19/2000 160099
14  40   DEMAND MGT       04302000                                                              11,415.45   05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                    11,415.45CR 05/19/2000 160099
38  40   RPP BENEFIT      04302000                                                            1,512,897.52   05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                 1,512,897.52CR 05/19/2000 160099
39  40   RPP ALLOC        04302000                                                               55,345.19   05/19/2000 160099
44  40   OFFSETTING    ENTRY                                                                    55,345.19CR 05/19/2000 160099
A1  39   GROSS PREM.WRIT.ADJ                                                                 1,516,738.49    05/19/2000 160099
44  39   OFFSETTING    ENTRY                                                                 1,516,738.49CR  05/19/2000 160099
A3  39   INTEREST INC ADJ                                                                      272,695.33    05/19/2000 160099
44  39   OFFSETTING    ENTRY                                                                    272,695.33CR 05/19/2000 160099

DISBURSEMENT TOTAL                                                                                          160099

SUMMARY OF BATCHES                                                                                          160099
    AMOUNT PAID APPLIED TO REFUNDS                            0.00                                          160099
    NUMBER OF GROSS CHARGE LINES                                 0                                          160099
    GROSS COVERED CHARGES                                     0.00                                          160099
    NET COVERED CHARGES                                       0.00                                          160099
```

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  660    FT400198-19980010              660099
ATTENTION :  ROBERT B FLEMING                                                REMITTANCE NUMBER 2000-099      660099
DISBURSEMENT DATE : 05/19/2000                                               PAGE NUMBER        01          660099

PAYMENT SUMMARY INFORMATION                                                                                 660099
PYMT CONTRACT  EXPLANATION                    ITEMS PAID                     AMOUNT PAID                     DATE    660099
CODE  YEAR                          HIGH STANDARD    TOTAL        HIGH       STANDARD            TOTAL       PROCESSED 660099
A1  40   GROSS PREM WRITTEN 1STQTR                                                           8,407,653.34   05/19/2000 660099
44  40   OFFSETTING    ENTRY                                                                 8,407,653.34CR 05/19/2000 660099
A3  40   PREM INTEREST INC  1STQTR                                                              58,808.57   05/19/2000 660099
44  40   OFFSETTING    ENTRY                                                                    58,808.57CR 05/19/2000 660099
10  40   CONTRACT AGT EXP 04302000                                                              34,086.05   05/19/2000 660099
44  40   OFFSETTING    ENTRY                                                                    34,086.05CR 05/19/2000 660099
A1  39   GROSS PREM.WRIT.ADJ                                                                   650,212.88    05/19/2000 660099
44  39   OFFSETTING    ENTRY                                                                   650,212.88CR  05/19/2000 660099
A3  39   INTEREST INC ADJ                                                                      116,863.58    05/19/2000 660099
44  39   OFFSETTING    ENTRY                                                                   116,863.58CR  05/19/2000 660099

DISBURSEMENT TOTAL                                                                                          660099

SUMMARY OF BATCHES                                                                                          660099
    AMOUNT PAID APPLIED TO REFUNDS                            0.00                                          660099
    NUMBER OF GROSS CHARGE LINES                                 0                                          660099
    GROSS COVERED CHARGES                                     0.00                                          660099
    NET COVERED CHARGES                                       0.00                                          660099
```

Query Name: GLC75 OREIGN_JRNL__BUTTON_

lus Unit:      AIC.
edger:         ACTUAL

Page:  1

Run Date  06/05/2000

| lournal ID: | FEP31A | Journal Date: | 05/31/2000 | | | | | | Source: NME | Acctg Per:  5 | Journal Status:  N | | Reversal:  None | Reversal Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description: | To Record Additional Mail Order Drug and Retail Pharmacy | | | | | | | | | | | | | |

| Line | BusDrv/ Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | PrdGrp/ LOB | HSA | State Cd/ Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 4,647,165.57 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| 2 | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -4,647,165.57 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 4,647,165.57 | -4,647,165.57 | 0.00 | | |

Query Name GLC750T REIGN_JRNL__BUTTON_

Page: 1

lus Unit:    AIC!
edger:    ACTUAL

Run Date 06/28/2000

| ournal ID: | FEP31 | | | Journal Date: | | 06/30/2000 | | | | | Source: NME | | Acctg Per: 6 | Journal Status: N | Reversal: None | Reversal Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| lescription: | To Record Mail Order Drug and Retail Pharmacy (paycodes | | | | | | | | | | | | | | | |

| ine | Product | Account | AB | Affil | Dept | Prog | Subdv | Rsk | Cov | PrdGrp/ LOB | HSA | State Cd/ Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 4,702,304.70 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -4,702,304.70 | 0.00 | | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 3,401,572.80 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -3,401,572.80 | 0.00 | | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 2,771,818.22 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -2,771,818.22 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 10,875,695.72 | -10,875,695.72 | 0.00 | | |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY                    PLAN   332      FT400198-19980010
ATTENTION :  KAY KRAKE CW2 272                                                    REMITTANCE NUMBER 2000-006
DISBURSEMENT DATE : 06/21/2000                                                    PAGE NUMBER            01

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION                    ITEMS PAID                          AMOUNT PAID                              DATE
CODE  YEAR                            HIGH  STANDARD    TOTAL           HIGH       STANDARD          TOTAL             PROCESSED
 11  40      DRUG CLAIM ALLOC 05312000                                                          2,242,487.24         06/21/2000
 44  40      OFFSETTING    ENTRY                                                                2,242,487.24CR        06/21/2000
 38  40      RPP BENEFIT EXP  05312000                                                          2,459,817.46         06/21/2000
 44  40      OFFSETTING    ENTRY                                                                2,459,817.46CR        06/21/2000
 39  40      RPP ALLOC FEES   05312000                                                             46,401.36         06/21/2000
 44  40      OFFSETTING    ENTRY                                                                   46,401.36CR        06/21/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES                                                                     Σ = 14,702,304.70
    AMOUNT PAID APPLIED TO REFUNDS                              0.00
    NUMBER OF GROSS CHARGE LINES                                   0
    GROSS COVERED CHARGES                                       0.00
    NET COVERED CHARGES                                         0.00
HDR1*****************FT48RPTS**B****************************************************************************************************
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES  INC  PLAN  130 FT400196-19980010  130009
ATTENTION : MS BARBARA GRIFFITH         REMITTANCE NUMBER 2000-009 130009
DISBURSEMENT DATE : 06/21/2000         PAGE NUMBER   01 130009

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | EXPLANATION | ITEMS PAID | | | AMOUNT PAID | | DATE | |
|---|---|---|---|---|---|---|---|---|
| CODE  YEAR | | HIGH  STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED | 130009 |
| 11  48 | DRUG CLAIM ALLOC 05312000 | | | | | 1,596,109.10 | 06/21/2000 | 130009 |
| 44  48 | OFFSETTING   ENTRY | | | | | 1,596,109.10CR | 06/21/2000 | 130009 |
| 14  48 | DEMAND MGT EXP | | | | | 25,775.23 | 06/21/2000 | 130009 |
| 44  48 | OFFSETTING   ENTRY | | | | | 25,775.23CR | 06/21/2000 | 130009 |
| 38  48 | RPP BENEFIT EXP  05312000 | | | | | 1,805,463.78 | 06/21/2000 | 130009 |
| 44  48 | OFFSETTING   ENTRY | | | | | 1,805,463.78CR | 06/21/2000 | 130009 |
| 39  48 | RPP ALLOC FEES   05312000 | | | | | 34,117.50 | 06/21/2000 | 130009 |
| 44  48 | OFFSETTING   ENTRY | | | | | 34,117.50CR | 06/21/2000 | 130009 |

DISBURSEMENT TOTAL                 130009

SUMMARY OF BATCHES
 AMOUNT PAID APPLIED TO REFUNDS    0.00     130009
 NUMBER OF GROSS CHARGE LINES     0     130009
 GROSS COVERED CHARGES      0.00     130009
 NET COVERED CHARGES       0.00     130009

$$\Sigma = 3,401,572.80$$

---

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC  PLAN  630 FT400198-19980010  630120
ATTENTION : MS BARBARA GRIFFITH         REMITTANCE NUMBER 2000-128 630120
DISBURSEMENT DATE : 06/21/2000         PAGE NUMBER   01 630120

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | EXPLANATION | ITEMS PAID | | | AMOUNT PAID | | DATE | |
|---|---|---|---|---|---|---|---|---|
| CODE  YEAR | | HIGH  STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED | 630120 |
| 15  48 | CONTRACT AGT EXP 05312000 | | | | | 106,098.53 | 06/21/2000 | 630120 |
| 44  48 | OFFSETTING   ENTRY | | | | | 106,098.53CR | 06/21/2000 | 630120 |

DISBURSEMENT TOTAL                 630120

SUMMARY OF BATCHES
 AMOUNT PAID APPLIED TO REFUNDS    0.00     630120
 NUMBER OF GROSS CHARGE LINES     0     630120
 GROSS COVERED CHARGES      0.00     630120
 NET COVERED CHARGES       0.00     630120

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC        PLAN 160    F7400198-19900010              160122
ATTENTION :  ROBERT B FLEMING                                            REMITTANCE NUMBER 2000-122     160122
DISBURSEMENT DATE : 06/21/2000                                           PAGE NUMBER        01          160122

PAYMENT SUMMARY INFORMATION                                                                             160122
PYMT CONTRACT  EXPLANATION           ITEMS PAID                          AMOUNT PAID               DATE 160122
CODE  YEAR                        HIGH STANDARD   TOTAL        HIGH      STANDARD      TOTAL  PROCESSED 160122
 10  40     CONTRACT AGT EXP 05312000                                              49,386.58  06/21/2000160122
 44  40     OFFSETTING  ENTRY                                                      49,386.58CR 06/21/2000160122
 11  40     DRUG CLAIM ALLOC 05312000                                           1,250,848.57  06/21/2000160122
 44  40     OFFSETTING  ENTRY                                                   1,250,848.57CR 06/21/2000160122
 14  40     DEMAND MGT EXP                                                         16,977.30  06/21/2000160122
 44  40     OFFSETTING  ENTRY                                                      16,977.30CR 06/21/2000160122
 38  40     RPP BENEFIT EXP  05312000                                          1,520,969.65  06/21/2000160122
 44  40     OFFSETTING  ENTRY                                                   1,520,969.65CR 06/21/2000160122
 39  40     RPP ALLOC FEES   05312000                                             33,909.77  06/21/2000160122
 44  40     OFFSETTING  ENTRY                                                      33,909.77CR 06/21/2000160122

DISBURSEMENT TOTAL                                                                                      160122

SUMMARY OF BATCHES                                                                                      160122
    AMOUNT PAID APPLIED TO REFUNDS             0.00                                                     160122
    NUMBER OF GROSS CHARGE LINES                  0                                                     160122
    GROSS COVERED CHARGES                      0.00                                                     160122
    NET COVERED CHARGES                        0.00                                                     160122
```

$\Sigma = 2,771,818.22$

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC        PLAN 660    F7400198-19900010              660122
ATTENTION :  ROBERT B FLEMING                                            REMITTANCE NUMBER 2000-122     660122
DISBURSEMENT DATE : 06/21/2000                                           PAGE NUMBER        01          660122

PAYMENT SUMMARY INFORMATION                                                                             660122
PYMT CONTRACT  EXPLANATION           ITEMS PAID                          AMOUNT PAID               DATE 660122
CODE  YEAR                        HIGH STANDARD   TOTAL        HIGH      STANDARD      TOTAL  PROCESSED 660122
 10  40     CONTRACT AGT EXP 05312000                                              36,200.23  06/21/2000660122
 44  40     OFFSETTING  ENTRY                                                      36,200.23CR 06/21/2000660122

DISBURSEMENT TOTAL                                                                                      660122

SUMMARY OF BATCHES                                                                                      660122
    AMOUNT PAID APPLIED TO REFUNDS             0.00                                                     660122
    NUMBER OF GROSS CHARGE LINES                  0                                                     660122
    GROSS COVERED CHARGES                      0.00                                                     660122
    NET COVERED CHARGES                        0.00                                                     660122
```

Query Name: GLC7501 EIGN_JRNL__BUTTON_

age: 1

s Unit:   AICI
lger:     ACTUAL

Run Date 06/29/2000

| .rnal ID: | FEP31A | | Journal Date: | | 06/30/2000 | | | | | Source: NME | Acctg Per: 6 | Journal Status: N | Reversal: None | Reversal Date |
|-----------|--------|--|---------------|--|-----------|--|--|--|--|-------------|--------------|-------------------|----------------|--------------|
| scription: | To reverse Feb recording of Mail Order Drug and Retail | | | | | | | | | | | | | |

| BusDiv/ | | | | | | | | PrdGrp/ | | State Cd/ | | | | |
|---------|---------|-----------|------|------|-------|-----|------|---------|-----|-----------|-------------|--------------|------------------------|------------------|
| e Product Account | | AB Affil Dept | Proj | Subdv | Rsk | Cov | LOB | HSA | Project | Debit Amount | Credit Amount | Stat Amount Reference# | Line Description |
| NFEP | 70300040 | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -4,241,399.30 | 0.00 | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | 40 | 130 | 21 | 95 | OH000 | 4,241,399.30 | 0.00 | 0.00 | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -2,922,741.89 | 0.00 | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | 40 | 130 | 21 | 95 | IN000 | 2,922,741.89 | 0.00 | 0.00 | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -2,412,015.07 | 0.00 | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | 40 | 130 | 21 | 95 | KY000 | 2,412,015.07 | 0.00 | 0.00 | Prem Direct-SA-Pd Clm |
| | | | | | | | | | Totals | 9,576,156.26 | -9,576,156.26 | 0.00 | |

Query Name  GLC750●REIGN_JRNL__BUTTON_

us Unit:      AICI
edger:        ACTUAL

ournal ID:      FEP31                Journal Date:      02/29/2000
escription:     To Record Mail Order Drug and Retail Pharmacy (Paycodes 11 &      Source:  NME     Acctg Per:  2      Journal Status:  P      Reversal:  None      Reversal Date

| inc | BusDiv/ Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | PrdGrp/ LOB | HSA | State Cd/ Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | NFEP | 70300040 |  |  |  |  |  | 40 | 130 | 21 | 95 | OH000 | 4,241,399.30 | 0.00 | 0.00 |  | Benefits Dir-SA-Pharmacy |
|  | NFEP | 50300015 |  |  |  |  |  | 40 | 130 | 21 | 95 | OH000 | 0.00 | -4,241,399.30 | 0.00 |  | Prem Direct-SA-Pd Clm |
|  | NFEP | 70300040 |  |  |  |  |  | 40 | 130 | 21 | 95 | IN000 | 2,922,741.89 | 0.00 | 0.00 |  | Benefits Dir-SA-Pharmacy |
|  | NFEP | 50300015 |  |  |  |  |  | 40 | 130 | 21 | 95 | IN000 | 0.00 | -2,922,741.89 | 0.00 |  | Prem Direct-SA-Pd Clm |
|  | NFEP | 70300040 |  |  |  |  |  | 40 | 130 | 21 | 95 | KY000 | 2,412,015.07 | 0.00 | 0.00 |  | Benefits Dir-SA-Pharmacy |
|  | NFEP | 50300015 |  |  |  |  |  | 40 | 130 | 21 | 95 | KY000 | 0.00 | -2,412,015.07 | 0.00 |  | Prem Direct-SA-Pd Clm |
|  |  |  |  |  |  |  |  |  |  |  |  | Totals | 9,576,156.26 | -9,576,156.26 | 0.00 |  |  |

\* BCBSA Director's Office sent
the wrong file, remit. amts.
received in Feb were incorrect.

```
Unit:                    AICI
Journal to be copied:    FEP31         02/29/2000
29-FEB-2000
30-JUN-2000
30-JUN-2000
New Journal:             FEP31A        06/30/2000
Currency Effdt:          06/30/2000
Reverse Signs            Y

Journal copied successfully
```

End of Report

is Unit:      AICI

dger:         ACTUAL

| urnal ID: | FEP31B | | | | Journal Date: | | 06/30/2000 | | | | | Source: NME | | Acctg Per: 6 | Journal Status: N | Reversal: None | Reversal Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

scription: To Record Correct Feb Mail Order Drug and Retail Pharmacy

| BusDiv/ | | | | | | | | | | Prd.trp | | State Cd/ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ie | Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | LOB | HSA | Project | Debit Amount | Credit Amount | Stat Amount  Reference# | Line Description |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 5,529,375.29 | 0.00 | 0.00 | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -5,529,375.29 | 0.00 | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 3,875,809.48 | 0.00 | 0.00 | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -3,875,809.48 | 0.00 | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 3,237,246.97 | 0.00 | 0.00 | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -3,237,246.97 | 0.00 | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 12,642,431.74 | -12,642,431.74 | 0.00 | |

```
.LAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY                    PLAN  332    FT400198-19980010
ATTENTION :  KAY KRAKE CW2 272                                                REMITTANCE NUMBER 2000-005
DISBURSEMENT DATE : 02/29/2000                                                PAGE NUMBER            01
```

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | AMOUNT PAID HIGH | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 40 | DRUG CLAIM ALLOC 01312000 | | | | | | 2,762,796.45 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 2,762,796.45CR | 02/29/2000 |
| 38 | 40 | RPP BENEFIT      01312000 | | | | | | 2,766,578.84 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 2,766,578.84CR | 02/29/2000 |
| 39 | 40 | RPP ALLOC        01312000 | | | | | | 74,951.25 | 02/29/2000 |
| 44 | 40 | OFFSETTING  ENTRY | | | | | | 74,951.25CR | 02/29/2000 |
| A1 | 38 | GROSS PREM WRITTEN ADJ | | | | | | 242,656.40 | 02/29/2000 |
| 44 | 38 | OFFSETTING  ENTRY | | | | | | 242,656.40CR | 02/29/2000 |
| A3 | 38 | PRGM INTEREST INC ADJ | | | | | | 42,141.90 | 02/29/2000 |
| 44 | 38 | OFFSETTING  ENTRY | | | | | | 42,141.90CR | 02/29/2000 |

DISBURSEMENT TOTAL

```
SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                   0.00
   NUMBER OF GROSS CHARGE LINES                        0
   GROSS COVERED CHARGES                            0.00
   NET COVERED CHARGES                              0.00
HDR1****************FT48RPTS**B*************************************************************************************
```

$\xi = 5,529,375.29$