```
BBBBBBBBBBB   3333333333   3333333333   00000000   3333333333   DDDDDDDDD     11   BBBBBBBBBBB
BBBBBBBBBBBB  3333333333   3333333333   0000000000 3333333333   DDDDDDDDDD    111  BBBBBBBBBBB
BB      BB    33      33   33      33   00      00  33      33   DD      DD   1111  BB      BB
BB      BB    33      33          33   00      00          33   DD      DD     11  BB      BB
BB      BB            33          33   00      00          33   DD      DD     11  BB      BB
BBBBBBBBBB          3333        3333   00      00        3333   DD      DD     11  BBBBBBBBBB
BBBBBBBBBB          3333        3333   00      00        3333   DD      DD     11  BBBBBBBBBB
BB      BB            33          33   00      00          33   DD      DD     11  BB      BB
BB      BB    33      33          33   00      00   33     33   DD      DD     11  BB      BB
BB      BB    33      33   33     33   00      00   33     33   DD      DD     11  BB      BB
BBBBBBBBBBB   3333333333   3333333333  0000000000   3333333333  DDDDDDDDDD 1111111111 BBBBBBBBBBB
BBBBBBBBBBB   3333333333   3333333333   00000000    3333333333  DDDDDDDDD  1111111111 BBBBBBBBBBB
```

```
RRRRRRRRRR   00000000   11
RRRRRRRRRRR  0000000000  111
RR      RR   00      00  1111
RR      RR   00      00   11
RR      RR   00      00   11
RRRRRRRRRRR  00      00   11
RRRRRRRRRR   00      00   11
RR    RR     00      00   11
RR    RR     00      00   11
RR      RR   0000000000 1111111111
RR      RR   00000000   1111111111
```

*** START *** B3303D1B-R01 - B3303D1B(JOB04067) ARCHIVED 04/27/00 17:30:29

```
JJJJJJJJJJ  OOOOOOOOOOO  BBBBBBBBBBB  00000000    444    8888888888  5555555555  7777777777
JJJJJJJJJJ  OOOOOOOOOOO  BBBBBBBBBBB  0000000000  4444   8888888888  5555555555  7777777777
   JJ       OO      OO   BB      BB   00      00  44 44   88      88  55                77
   JJ       OO      OO   BB      BB   00      00  44 44   88      88  55               77
   JJ       OO      OO   BB      BB   00      00  44  44  88      88  555555555        77
   JJ       OO      OO   BBBBBBBBBB   00      00  4444444444 8888888888 5555555555     77
   JJ       OO      OO   BBBBBBBBBB   00      00  44444444444 88888888 5555555555      77
   JJ       OO      OO   BB      BB   00      00       44    88      88         55     77
JJ JJ       OO      OO   BB      BB   00      00       44    88      88         55     77
JJ JJ       OO      OO   BB      BB   00      00       44    88      88         55     77
JJJJJJJ     OOOOOOOOOOO  BBBBBBBBBB   0000000000       44    8888888888  5555555555    77
JJJJJJ      OOOOOOOOOOO  BBBBBBBBBB    00000000        44    8888888888  5555555555    77
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC                    PLAN  130    F1400190-19900010
ATTENTION : MS BARBARA GRIFFITH                                                REMITTANCE NUMBER 2000-007
DISBURSEMENT DATE : 02/29/2000                                                PAGE NUMBER          01

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH | STANDARD | TOTAL | AMOUNT PAID HIGH | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 40 | DRUG CLAIM ALLOC 01312000 | | | | | | 1,654,551.00 | 02/29/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 1,654,551.00CR | 02/29/2000 |
| 14 | 40 | DEMAND MGT 01312000 | | | | | | 18,492.40 | 02/29/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 18,492.40CR | 02/29/2000 |
| 38 | 40 | RPP BENEFIT 01312000 | | | | | | 2,919,258.68 | 02/29/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 2,919,258.68CR | 02/29/2000 |
| 39 | 40 | RPP ALLOC 01312000 | | | | | | 54,760.89 | 02/29/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | 54,760.89CR | 02/29/2000 |
| 41 | 38 | GROSS PREM WRITTEN ADJ | | | | | | 251,024.00 | 02/29/2000 |
| 44 | 38 | OFFSETTING ENTRY | | | | | | 251,024.00CR | 02/29/2000 |
| A3 | 38 | PRGM INTEREST INC ADJ | | | | | | 43,595.09 | 02/29/2000 |
| 44 | 38 | OFFSETTING ENTRY | | | | | | 43,595.09CR | 02/29/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS                    0.00
    NUMBER OF GROSS CHARGE LINES                         0
    GROSS COVERED CHARGES                             0.00
    NET COVERED CHARGES                               0.00

MAY-03-2000  19:07        BCBS                          202 942 1105    P.03

PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC
ATTENTION : ROBERT B FLEMING
DISBURSEMENT DATE : 02/29/2000

PLAN 166

F1601J0-LP8J0610
REMITTANCE NUMBER 2000-082
PAGE NUMBER   01

PAYMENT SUMMARY INFORMATION
PWMT CONTRACT EXPLANATION          M104   115% PAID          TOTAL      AMOUNT PAID       DATE
CODE YEAR                                 STANDARD                  HIGH      STANDARD     PROCESSED

| CODE | YEAR | EXPLANATION | TOTAL | DATE PROCESSED |
|---|---|---|---|---|
| 10 | 40 | CONTRACT AGT EXP #1312300 | 38,457.44 | 02/29/2000 |
| 4* | 40 | OFFSETTING ENTRY | 38,457.44CR | 02/29/2000 |
| 1* | 40 | DRUG CLAIM ALLOC 01312030 | 1,544,280.47 | 02/29/2000 |
| 4* | 41 | OFFSETTING ENTRY | 1,544,280.01CR | 02/29/2000 |
| 3* | 41 | DEMAND MGT #1312030 | 13,126.71 | 02/29/2000 |
| 4* | 41 | OFFSETTING ENTRY | 13,126.78CR | 02/29/2000 |
| 3* | 43 | PPT BENEFIT 01312000 | 1,735,041.30 | 02/29/2001 |
| 4* | 43 | OFFSETTING ENTRY | 1,735,041.90CR | 02/29/2000 |
| 1* | 43 | PPT ALLOC 01312000 | 49,902.89 | 02/24/2000 |
| 4* | 43 | OFFSETTING ENTRY | 49,902.89CR | 02/29/2000 |
| 4* | 18 | ARRSS PREM WRITTEN ADJ | 510,717.20 | 02/24/2000 |
| 4* | 18 | OFFSETTING ENTRY | 510,717.20CR | 02/29/2000 |
| 3* | 18 | PREM INTEREST INC ADJ | 83,961.56 | 02/24/2000 |
| 4* | 18 | OFFSETTING ENTRY | 83,961.56CR | 02/29/2000 |

DISBURSEMENT TOTAL

∑ = 3,237,246.97

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS          $ .00
NUMBER OF GROSS CHANGE LINES                 0
GROSS COVERED CHANGES                    0.00
NET COVERED CHANGES                      0.00

Query Name  GLC7501    REIGN_JRNL__BUTTON_

ıs Unit:      AICI
·dger:        ACTUAL

urnal ID:      FEP31              Journal Date:    07/31/2000
escription:    To Record Mail Order Drug and Retial Pharmacy (Paycodes          Source: NME       Acctg Per:  7       Journal Status: N       Reversal: None        Reversal Date:

| | | | | | | | | | PrdGrp | | State Cd/ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ne | Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | LOB | HSA | Project | Debit Amount | Credit Amount | Stat Amount Reference# | Line Description |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 4,767,111.05 | 0.00 | 0.00 | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -4,767,111.05 | 0.00 | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 3,423,084.87 | 0.00 | 0.00 | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -3,423,084.87 | 0.00 | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 2,813,343.89 | 0.00 | 0.00 | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -2,813,343.89 | 0.00 | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 11,003,539.81 | -11,003,539.81 | 0.00 | |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY                      PLAN  332      FT400198-19980010
ATTENTION : KAY KRAKE CW2 272                                                     REMITTANCE NUMBER 2000-007
DISBURSEMENT DATE : 07/21/2000                                                    PAGE NUMBER            01
```

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | | ITEMS PAID HIGH | STANDARD | TOTAL | AMOUNT PAID HIGH | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 40 | GROSS PREM WRITTEN 2NDQTR | | | | | | | 20,061,485.52 | 07/21/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | | 20,061,485.52CR | 07/21/2000 |
| A3 | 40 | PREM INTEREST INC 2NDQTR | | | | | | | 135,077.11 | 07/21/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | | 135,077.11CR | 07/21/2000 |
| 11 | 40 | DRUG CLAIM ALLOC 06302000 | | | | | | | 2,272,910.60 | 07/21/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | | 2,272,910.60CR | 07/21/2000 |
| 38 | 40 | RPP BENEFIT 06302000 | | | | | | | 2,494,200.45 | 07/21/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | | 2,494,200.45CR | 07/21/2000 |
| 39 | 40 | RPP ALLOC 06302000 | | | | | | | 47,061.24 | 07/21/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | | | 47,061.24CR | 07/21/2000 |

DISBURSEMENT TOTAL

```
SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS                    0.00
    NUMBER OF GROSS CHARGE LINES                         0
    GROSS COVERED CHARGES                             0.00
    NET COVERED CHARGES                              0.00
HDR 1******************FT4BRPTS**B*********************************************************************************************
```

2,272,910.60 +
2,494,200.45 +
4,767,111.05

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC          PLAN 130    FT400198-19980010              130010
ATTENTION : MS BARBARA GRIFFITH                                     REMITTANCE NUMBER 2000-910     130010
DISBURSEMENT DATE : 07/21/2000                                      PAGE NUMBER       01           130010

PAYMENT SUMMARY INFORMATION                                                                        130010
PYMT CONTRACT  EXPLANATION              ITEMS PAID                  AMOUNT PAID                DATE 130010
CODE  YEAR                       HIGH STANDARD    TOTAL      HIGH   STANDARD       TOTAL PROCESSED 130010
A1  40   GROSS PREM WRITTEN 2NDQTR                               14,115,781.18        07/21/2000 130010
44  40   OFFSETTING  ENTRY                                       14,115,781.18CR      07/21/2000 130010
A3  40   PRGM INTEREST INC  2NDQTR                                   95,943.76        07/21/2000 130010
44  40   OFFSETTING  ENTRY                                           95,943.76CR      07/21/2000 130010
11  40   DRUG CLAIM ALLOC 06302000                                1,611,187.69        07/21/2000 130010
44  40   OFFSETTING  ENTRY                                         1,611,187.69CR      07/21/2000 130010
16  40   DEMAND MGT       06302000                                   25,602.21        07/21/2000 130010
44  40   OFFSETTING  ENTRY                                           25,602.21CR      07/21/2000 130010
38  40   RPP BENEFIT      06302000                                1,811,897.18        07/21/2000 130010
44  40   OFFSETTING  ENTRY                                         1,811,897.18CR      07/21/2000 130010
39  40   RPP ALLOC        06302000                                   34,039.27        07/21/2000 130010
44  40   OFFSETTING  ENTRY                                           34,039.27CR      07/21/2000 130010

DISBURSEMENT TOTAL                                                                                 130010

SUMMARY OF BATCHES                                                                                 130010
   AMOUNT PAID APPLIED TO REFUNDS                    0.00                                          130010
   NUMBER OF GROSS CHARGE LINES                         0                                          130010
   GROSS COVERED CHARGES                             0.00                                          130010
   NET COVERED CHARGES                               0.00                                          130010
```

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC          PLAN 630    FT400198-19980010              630151
ATTENTION : MS BARBARA GRIFFITH                                     REMITTANCE NUMBER 2000-151     630151
DISBURSEMENT DATE : 07/21/2000                                      PAGE NUMBER       01           630151

PAYMENT SUMMARY INFORMATION                                                                        630151
PYMT CONTRACT  EXPLANATION              ITEMS PAID                  AMOUNT PAID                DATE 630151
CODE  YEAR                       HIGH STANDARD    TOTAL      HIGH   STANDARD       TOTAL PROCESSED 630151
A1  40   GROSS PREM WRITTEN 2NDQTR                               35,711,715.64        07/21/2000 630151
44  40   OFFSETTING  ENTRY                                       35,711,715.64CR      07/21/2000 630151
A3  40   PRGM INTEREST INC  2NDQTR                                  248,452.54        07/21/2000 630151
44  40   OFFSETTING  ENTRY                                          248,452.54CR      07/21/2000 630151
13  40   CONTRACT AGT EXP 06302000                                  108,481.30        07/21/2000 630151
44  40   OFFSETTING  ENTRY                                          108,481.30CR      07/21/2000 630151

DISBURSEMENT TOTAL                                                                                 630151

SUMMARY OF BATCHES                                                                                 630151
   AMOUNT PAID APPLIED TO REFUNDS                    0.00                                          630151
   NUMBER OF GROSS CHARGE LINES                         0                                          630151
   GROSS COVERED CHARGES                             0.00                                          630151
   NET COVERED CHARGES                               0.00                                          630151
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC
ATTENTION : MS. BARBARA GRIFFITH
DISBURSEMENT DATE : 07/21/2000

PLAN 639

FT400198-19980010
REMITTANCE NUMBER 2000-150
PAGE NUMBER        53

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | EXPLANATION | ITEMS PAID | | TOTAL | HIGH | AMOUNT PAID | TOTAL | DATE |
|---|---|---|---|---|---|---|---|---|
| CODE YEAR | | HIGH | STANDARD | | | STANDARD | | PROCESSED |
| 01 39 | CLAIMS SUBMITTED | 1,588 | 190 | 1,778 | 164.87 | 3,165.62CR | 2,980.75CR | 07/19/2000 |
| 02 39 | CLMS SUB NOT APP | 1,583CR | 71CR | 1,654CR | 733.48 | 3,405.21CR | 2,671.73CR | 07/19/2000 |
| 01 40 | CLAIMS SUBMITTED | 149 | 4,013 | 4,162 | 32,226.57 | 336,489.18 | 368,786.75 | 07/19/2000 |
| 02 40 | CLMS SUB NOT APP | 49CR | 674CR | 723CR | 278.55 | 181.54 | 460.09 | 07/19/2000 |
| DISBURSEMENT TOTAL | | 105 | 3,456 | 3,563 | 33,423.47 | 339,999.89 | 563,514.36 | |

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS                    0.00
NUMBER OF GROSS CHARGE LINES                    18,619
GROSS COVERED CHARGES                     2,546,674.26
NET COVERED CHARGES                       1,227,281.45

---

PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY  INC
ATTENTION : ROBERT B FLEMING
DISBURSEMENT DATE : 07/21/2000

PLAN 160

FT400198-19980010
REMITTANCE NUMBER 2000-166
PAGE NUMBER        01

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | EXPLANATION | ITEMS PAID | | TOTAL | HIGH | AMOUNT PAID | TOTAL | DATE |
|---|---|---|---|---|---|---|---|---|
| CODE YEAR | | HIGH | STANDARD | | | STANDARD | | PROCESSED |
| A1 40 | GROSS PREM WRITTEN 2NDQTR | | | | | | 22,993,752.41 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 22,993,752.41CR | 07/21/2000 |
| A3 40 | PRGM INTEREST INC  2NDQTR | | | | | | 154,829.52 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 154,829.52CR | 07/21/2000 |
| 10 40 | CONTRACT AGT EXP 06302000 | | | | | | 46,979.35 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 46,979.35CR | 07/21/2000 |
| 11 40 | DRUG CLAIM ALLOC 06302000 | | | | | | 1,262,463.36 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 1,262,463.36CR | 07/21/2000 |
| 14 40 | DEMAND MGT    06302000 | | | | | | 18,499.79 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 18,499.79CR | 07/21/2000 |
| 38 40 | RPP BENEFIT   06302000 | | | | | | 1,550,880.53 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 1,550,880.53CR | 07/21/2000 |
| 39 40 | RPP ALLOC    06302000 | | | | | | 30,745.73 | 07/21/2000 |
| 44 40 | OFFSETTING  ENTRY | | | | | | 30,745.73CR | 07/21/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS                    0.00
NUMBER OF GROSS CHARGE LINES                      0
GROSS COVERED CHARGES                           0.00
NET COVERED CHARGES                            0.00

1,262,463.36  +
1,550,880.53  +
2,813,343.89  =

Unit:   AICP

ger:   ACTUAL

irnal ID:   FEP31                      Journal Date:   08/31/2000

icription:   To Record Mail Order Drug and Retail Pharmacy (Paycodes          Source: NME      Acctg Per:  8      Journal Status:  N      Reversal:  None      Reversal Date:

| BusDiv/ Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | PrdGrp/ LOB | HSA | State Cd/ Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 4,690,054.94 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -4,690,054.94 | 0.00 | | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 3,326,918.00 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -3,326,918.00 | 0.00 | | Prem Direct-SA-Pd Clm |
| NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 2,797,009.20 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -2,797,009.20 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | Totals | 10,813,982.14 | -10,813,982.14 | 0.00 | | |

ABSH

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY                    PLAN  332    FT400198-19980010
ATTENTION : KAY KRAKE CW2 272                                                  REMITTANCE NUMBER 2000-008
DISBURSEMENT DATE : 08/21/2000                                                 PAGE NUMBER              01
```

```
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT EXPLANATION              ITEMS PAID                         AMOUNT PAID                           DATE
CODE  YEAR                        HIGH  STANDARD    TOTAL       HIGH       STANDARD           TOTAL          PROCESSED
 11   40    DRUG CLAIM ALLOC 07312000                                                     2,175,207.74       08/21/2000
 44   40    OFFSETTING    ENTRY                                                           2,175,207.74CR     08/21/2000
 38   40    RPP BENEFIT       07312000                                                    2,514,847.20       08/21/2000
 44   40    OFFSETTING    ENTRY                                                           2,514,847.20CR     08/21/2000
 39   40    RPP ALLOC         07312000                                                       81,108.61       08/21/2000
 44   40    OFFSETTING    ENTRY                                                              81,108.61CR     08/21/2000
```

```
DISBURSEMENT TOTAL
```

```
SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS                    0.00
    NUMBER OF GROSS CHARGE LINES                         0
    GROSS COVERED CHARGES                             0.00
    NET COVERED CHARGES                               0.00                                                   ******
HDR1*****************FT48RPTS**B**********************************************************
```

2,175,207.74
2,514,847.20
øℋ  4,690,054.94

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC          PLAN 130    FT4001B-19980010                 130011
ATTENTION : MS BARBARA GRIFFITH                                     REMITTANCE NUMBER 2000-011        130011
DISBURSEMENT DATE : 08/21/2000                                      PAGE NUMBER       01             130011

PAYMENT SUMMARY INFORMATION                                                                          130011
PYMT CONTRACT  EXPLANATION              ITEMS PAID                  AMOUNT PAID                 DATE  130011
CODE YEAR                         HIGH STANDARD   TOTAL      HIGH   STANDARD       TOTAL   PROCESSED 130011
 11  40    DRUG CLAIM ALLOC 07312000                                            1,498,900.97 08/21/2000130011
 44  40    OFFSETTING    ENTRY                                                   1,498,900.97CR 08/21/2000130011
 14  40    DEMAND MST          07312000                                            56,485.68 08/21/2000130011
 44  40    OFFSETTING    ENTRY                                                     56,485.68CR 08/21/2000130011
 58  40    RPP BENEFIT         07312000                                         1,828,017.03 08/21/2000130011
 44  40    OFFSETTING    ENTRY                                                  1,828,017.03CR 08/21/2000130011
 59  40    RPP ALLOC           07312000                                            58,268.25 08/21/2000130011
 44  40    OFFSETTING    ENTRY                                                     58,268.25CR 08/21/2000130011

DISBURSEMENT TOTAL                                                                                   130011

SUMMARY OF BATCHES                                                                                   130011
   AMOUNT PAID APPLIED TO REFUNDS                              0.00                                   130011
   NUMBER OF GROSS CHARGE LINES                                   0                                   130011
   GROSS COVERED CHARGES                                       0.00                                   130011
   NET COVERED CHARGES                                         0.00                                   130011
```

```
                                                    1,498,900.97
                                                    1,828,017.03
                                              IN    3,326,917.00
```

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC          PLAN 630    FT4001B-19980010                 630173
ATTENTION : MS BARBARA GRIFFITH                                     REMITTANCE NUMBER 2000-173        630173
DISBURSEMENT DATE : 08/21/2000                                      PAGE NUMBER       01             630173

PAYMENT SUMMARY INFORMATION                                                                          630173
PYMT CONTRACT  EXPLANATION              ITEMS PAID                  AMOUNT PAID                 DATE  630173
CODE YEAR                         HIGH STANDARD   TOTAL      HIGH   STANDARD       TOTAL   PROCESSED 630173
 19  40    CONTRACT ADT EXP 07312000                                              109,808.03 08/21/2000630173
 44  40    OFFSETTING    ENTRY                                                     109,808.03CR 08/21/2000630173

DISBURSEMENT TOTAL                                                                                   630173

SUMMARY OF BATCHES                                                                                   630173
   AMOUNT PAID APPLIED TO REFUNDS                              0.00                                   630173
   NUMBER OF GROSS CHARGE LINES                                   5                                   630173
   GROSS COVERED CHARGES                                       0.00                                   630173
   NET COVERED CHARGES                                         0.00                                   630173
```

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC          PLAN  160    FT400198-19900010
ATTENTION : ROBERT B FLEMING                                                  REMITTANCE NUMBER 2000-166
DISBURSEMENT DATE : 08/21/2000                                                PAGE NUMBER        19
```

PAYMENT SUMMARY INFORMATION

| PYMT<br>CODE | CONTRACT<br>YEAR | EXPLANATION | ITEMS PAID<br>HIGH | STANDARD | TOTAL | HIGH | AMOUNT PAID<br>STANDARD | TOTAL | DATE<br>PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 39 | CLAIMS SUBMITTED  | 919   | 76    | 995   | 19,455.62    | 3,110.36    | 22,565.98     | 08/14/2000 |
| 02 | 39 | CLMS SUB NOT APP  | 91CR  | 39CR  | 955CR | 19,393.26CR  | 181.50      | 19,211.76CR   | 08/14/2000 |
| 01 | 40 | CLAIMS SUBMITTED  | 62    | 2,050 | 2,112 | 7,955.86     | 119,947.26  | 127,903.12    | 08/14/2000 |
| 02 | 40 | CLMS SUB NOT APP  | 26CR  | 366CR | 392CR |              | 344.82      | 344.82        | 08/14/2000 |
| 01 | 39 | CLAIMS SUBMITTED  | 51    | 3     | 54    | 2,864.45     | 20.64       | 2,885.09      | 08/17/2000 |
| 02 | 39 | CLMS SUB NOT APP  | 50CR  | 1CR   | 51CR  | 2,862.38CR   | 118.00CR    | 2,980.38CR    | 08/17/2000 |
| 01 | 40 | CLAIMS SUBMITTED  | 1     | 54    | 55    | 130.30       | 1,269.11    | 1,399.41      | 08/17/2000 |
| 02 | 40 | CLMS SUB NOT APP  |       | 9CR   | 9CR   |              |             |               | 08/17/2000 |

DISBURSEMENT TOTAL    65    1,746    1,809    8,150.59    124,755.69    132,906.28

SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS          0.00
    NUMBER OF GROSS CHARGE LINES          7,276
    GROSS COVERED CHARGES              824,327.47
    NET COVERED CHARGES                484,481.72

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY  INC         PLAN  160    FT400198-19900010
ATTENTION : ROBERT B FLEMING                                                  REMITTANCE NUMBER 2000-165
DISBURSEMENT DATE : 08/21/2000                                                PAGE NUMBER        01
```

PAYMENT SUMMARY INFORMATION

| PYMT<br>CODE | CONTRACT<br>YEAR | EXPLANATION | ITEMS PAID<br>HIGH | STANDARD | TOTAL | HIGH | AMOUNT PAID<br>STANDARD | TOTAL | DATE<br>PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 40 | CONTRACT AGT EXP 07312000 |  |  |  |  |  | 47,553.91     | 08/21/2000 |
| 44 | 40 | OFFSETTING   ENTRY         |  |  |  |  |  | 47,553.91CR   | 08/21/2000 |
| 11 | 40 | DRUG CLAIM ALLOC 07312000  |  |  |  |  |  | 1,238,854.11  | 08/21/2000 |
| 44 | 40 | OFFSETTING   ENTRY         |  |  |  |  |  | 1,238,854.11CR| 08/21/2000 |
| 14 | 40 | DEMAND NOT       07312000  |  |  |  |  |  | 26,120.37     | 08/21/2000 |
| 44 | 40 | OFFSETTING   ENTRY         |  |  |  |  |  | 26,120.37CR   | 08/21/2000 |
| 38 | 40 | RPP BENEFIT      07312000  |  |  |  |  |  | 1,566,155.09  | 08/21/2000 |
| 44 | 40 | OFFSETTING   ENTRY         |  |  |  |  |  | 1,566,155.09CR| 08/21/2000 |
| 39 | 40 | RPP ALLOC        07312000  |  |  |  |  |  | 53,457.58     | 08/21/2000 |
| 44 | 40 | OFFSETTING   ENTRY         |  |  |  |  |  | 53,457.58CR   | 08/21/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
    AMOUNT PAID APPLIED TO REFUNDS          0.00
    NUMBER OF GROSS CHARGE LINES              0
    GROSS COVERED CHARGES                   0.00
    NET COVERED CHARGES                     0.00

Query Name: GLC750 REIGN_JRNL__BUTTON_

us Unit: AICI

ıdger: ACTUAL

Page: 1

Run Date: 09/28/2000

| ournal ID: | FEP31 | | Journal Date: | 09/30/2000 | | | | Source: NME | Acctg Per: 9 | Journal Status: N | Reversal: None | Reversal Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| escription: | To Record Mail Order Drug and Retail Pharmacy (Paycodes | | | | | | | | | | | |

| ine | BusDiv/<br>Product | Account | AB | Affil | Dept | Proj | Subdv | Rsk | Cov | PrdGrp/<br>LOB | HSA | State Cd/<br>Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | OH000 | 7,403,505.09 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | OH000 | 0.00 | -7,403,505.09 | 0.00 | | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | IN000 | 5,340,326.06 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | IN000 | 0.00 | -5,340,326.06 | 0.00 | | Prem Direct-SA-Pd Clm |
| | NFEP | 70300040 | | | | | | 40 | 130 | 21 | 95 | KY000 | 4,308,864.95 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | NFEP | 50300015 | | | | | | 40 | 130 | 21 | 95 | KY000 | 0.00 | -4,308,864.95 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | | Totals | 17,052,696.10 | -17,052,696.10 | 0.00 | | |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY                    PLAN  332    FT400198-19980010
ATTENTION :  KAY KRAKE CW2 272                                                 REMITTANCE NUMBER 2000-010
DISBURSEMENT DATE : 09/22/2000                                                 PAGE NUMBER          01

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION                 ITEMS PAID                  AMOUNT PAID                              DATE
CODE  YEAR                           HIGH  STANDARD    TOTAL     HIGH  STANDARD          TOTAL            PROCESSED
 11   40     DRUG CLAIM ALLOC 08312000                                       3,598,190.16               09/22/2000
 44   40     OFFSETTING   ENTRY                                              3,598,190.16CR             09/22/2000
 38   40     RPP BENEFIT EXP  08312000                                       3,805,314.93               09/22/2000
 44   40     OFFSETTING   ENTRY                                              3,805,314.93CR             09/22/2000
 39   40     RPP ALLOC FEES   08312000                                         48,894.81               09/22/2000
 44   40     OFFSETTING   ENTRY                                                48,894.81CR             09/22/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES                                                    ≤ ①'s = 7,403,505.09
     AMOUNT PAID APPLIED TO REFUNDS             0.00
     NUMBER OF GROSS CHARGE LINES                  0
     GROSS COVERED CHARGES                      0.00
     NET COVERED CHARGES                        0.00
HDR I***************FT48RPTS**B***********************************************************************************
```

```
*** START *** B3303D1B-R51 - B3303D1B(JOB005366) ARCHIVED 09/21/00 17:51:57
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC        PLAN 130    FT400198-19980010
ATTENTION : MS BARBARA GRIFFITH                                   REMITTANCE NUMBER 2000-012
DISBURSEMENT DATE : 09/22/2000                                    PAGE NUMBER        01

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID                      AMOUNT PAID              DATE
CODE YEAR                         HIGH STANDARD   TOTAL      HIGH          STANDARD   TOTAL    PROCESSED

| PYMT CODE | CONTRACT YEAR | EXPLANATION | STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|
| 11 | 40 | DRUG CLAIM ALLOC 08312000 | | 2,562,516.92 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | 2,562,516.92CR | 09/22/2000 |
| 14 | 40 | DEMAND MOT EXP | | 34,495.32 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | 34,495.32CR | 09/22/2000 |
| 38 | 40 | RPP BENEFIT EXP 08312000 | | 2,777,809.14 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | 2,777,809.14CR | 09/22/2000 |
| 59 | 40 | RPP ALLOC FEES 08312000 | | 35,302.02 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | 35,302.02CR | 09/22/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS                                    0.00
NUMBER OF GROSS CHARGE LINES                                      0
GROSS COVERED CHARGES                                            0.00
NET COVERED CHARGES                                             0.00

Σ①'s = 5,340,326.06

FT408190-
REMITTANCE NUMBER
PAGE NUMBER          01

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|
| 13 | 40 | CONTRACT AGT EXP 08312000 | | | | | 92,169.90 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | 92,169.90CR | 09/22/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS                    0.00
NUMBER OF GROSS CHARGE LINES                        0
GROSS COVERED CHARGES                             0.00
NET COVERED CHARGES                               0.00

PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY  INC       PLAN  160       FT408190-19900310
ATTENTION : ROBERT S FLEMING                                                 REMITTANCE NUMBER 2000-189
DISBURSEMENT DATE : 09/22/2000                                               PAGE NUMBER          31

PAYMENT SUMMARY INFORMATION

| PYMT CODE | CONTRACT YEAR | EXPLANATION | ITEMS PAID HIGH STANDARD | TOTAL | HIGH | AMOUNT PAID STANDARD | TOTAL | DATE PROCESSED |
|---|---|---|---|---|---|---|---|---|
| 13 | 40 | CONTRACT AGT EXP 08312000 | | | | | 34,915.47 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | 34,915.47CR | 09/22/2000 |
| 11 | 40 | DRUG CLAIM ALLOC 08312000 | | | | ① 1,952,667.86 | 1,952,667.86 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | 1,952,667.86CR | 09/22/2000 |
| 14 | 40 | DEMAND MGT EXP | | | | | 24,473.67 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | 24,473.67CR | 09/22/2000 |
| 58 | 40 | RPP BENEFIT EXP 08312000 | | | | ① 2,356,197.89 | 2,356,197.89 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | 2,356,197.89CR | 09/22/2000 |
| 59 | 40 | RPP ALLOC FEES  08312000 | | | | | 32,482.21 | 09/22/2000 |
| 44 | 40 | OFFSETTING ENTRY | | | | | 32,482.21CR | 09/22/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS                    0.00
NUMBER OF GROSS CHARGE LINES                        0
GROSS COVERED CHARGES                             0.00
NET COVERED CHARGES                               0.00

$\Sigma ① 's = 4,308,864.95$

Query Name: GLC7501 FOREIGN_JRNL_BUTTON_

us Unit: AICI

edger: ACTUAL

Page: 1

Run Date 11/01/2000

| ournal ID: | FEP31 | | | Journal Date: | | 10/31/2000 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| escription: | To Record Mail Order Drug and Retail Pharmacy (Paycodes | | | | | | | | Source: NME | | Acctg Per: 10 | Journal Status: N | | Reversal: None | | Reversal Date: |

| inc | AB | Account | Affil | Dept | Bus Div | Reg Div | Fund Arg | Prd Cup | Cov | Srv Area | St Cd/ Juris | Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 70300040 | | | NFEP | | 40 | 21 | 130 | 95 | OH000 | | 4,910,125.77 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | | 50300015 | | | NFEP | | 40 | 21 | 130 | 95 | OH000 | | 0.00 | -4,910,125.77 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | 70300040 | | | NFEP | | 40 | 21 | 130 | 95 | IN000 | | 3,622,011.66 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | | 50300015 | | | NFEP | | 40 | 21 | 130 | 95 | IN000 | | 0.00 | -3,622,011.66 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | 70300040 | | | NFEP | | 40 | 21 | 130 | 95 | KY000 | | 2,948,376.11 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| | | 50300015 | | | NFEP | | 40 | 21 | 130 | 95 | KY000 | | 0.00 | -2,948,376.11 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | | | Totals | | 11,480,513.54 | -11,480,513.54 | 0.00 | | |

```
PLAN NAME  : COMMUNITY MUTUAL INSURANCE COMPANY          PLAN  332     FT400198-19980010
ATTENTION  :  MISSY STURDY                                              REMITTANCE NUMBER 2000-012
DISBURSEMENT DATE : 10/23/2000                                          PAGE NUMBER            01
```

```
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID                     AMOUNT PAID                           DATE
CODE   YEAR                       HIGH  STANDARD   TOTAL        HIGH     STANDARD        TOTAL           PROCESSED
A1     40   GROSS PREM WRITTEN 3RDQTR                                              17,016,071.94         10/23/2000
44     40   OFFSETTING   ENTRY                                                     17,016,071.94CR       10/23/2000
A3     40   PRGM INTEREST INC  3RDQTR                                                 163,533.22         10/23/2000
44     40   OFFSETTING   ENTRY                                                        163,533.22CR       10/23/2000
11     40   DRUG CLAIM ALLOC 09302000                                             2,255,725.55          10/23/2000
44     40   OFFSETTING   ENTRY                                                     2,255,725.55CR        10/23/2000
38     40   RPP BENEFIT       09302000                                            2,654,400.22          10/23/2000
44     40   OFFSETTING   ENTRY                                                     2,654,400.22CR        10/23/2000
39     40   RPP ALLOC         09302000                                                49,455.13         10/23/2000
44     40   OFFSETTING   ENTRY                                                         49,455.13CR       10/23/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
     AMOUNT PAID APPLIED TO REFUNDS              0.00
     NUMBER OF GROSS CHARGE LINES                   0
     GROSS COVERED CHARGES                       0.00
     NET COVERED CHARGES                         0.00
HDR1*****************FT48RPTS**B**********************************************************************     !***
```

```
..........................................................................
..........................................................................
```

```
BBBBBBBBBB  3333333333  3333333333  00000000  3333333333  DDDDDDDD     11   BBBBBBBBBB
BBBBBBBBBBB 3333333333  3333333333  000000000  3333333333 DDDDDDDDD   111   BBBBBBBBBBB
BB      BB  33      33  33      33  00      00  33      33 DD      DD 1111   BB      BB
BB      BB          33          33  00      00          33 DD     DD   11   BB      BB
BB      BB          33          33  00      00          33 DD     DD   11   BB      BB
BBBBBBBBBB        3333        3333  00      00        3333 DD     DD    11   BBBBBBBBBB
BBBBBBBBBBB       3333        3333  00      00        3333 DD     DD    11   BBBBBBBBBBB
BB      BB          33          33  00      00          33 DD     DD    11   BB      BB
BB      BB          33          33  00      00          33 DD     DD    11   BB      BB
BB      BB  33      33  33      33  00      00  33      33 DD     DD    11   BB      BB
BBBBBBBBBB  3333333333  3333333333  000000000  3333333333 DDDDDDDDD 111111111 BBBBBBBBBB
BBBBBBBBBB  3333333333  3333333333  00000000   3333333333 DDDDDDDD  111111111 BBBBBBBBBB
```

```
RRRRRRRRRR  00000000  11
RRRRRRRRRRR 000000000 111
RR      RR  00     00 1111
RR      RR  00     00   11
RR      RR  00     00   11
RRRRRRRRRRR 00     00   11
RRRRRRRRRR  00     00   11
RR    RR    00     00   11
RR    RR    00     00   11
RR    RR    000000000 11111111111
RR    RR    00000000  11111111111
```

*** START *** B3303D1B-R01 - B3303D1B(JOB01478) ARCHIVED 10/20/00 17:26:50

```
JJJJJJJJJJ  0000000000  BBBBBBBBBB  00000000      11       444   7777777777 8888888888
JJJJJJJJJJ  0000000000  BBBBBBBBBBB 000000000     111      4444  7777777777 8888888888
    JJ      00      00  BB      BB  00      00    1111    44 44  77      88  88
    JJ      00      00  BB      BB  00      00      11    44 44      77    88  88
    JJ      00      00  BB      BB  00      00      11    44  44     77    88888888
    JJ      00      00  BBBBBBBBBB  00      00      11   444444444   77    8888888888
    JJ      00      00  BBBBBBBBBB  00      00      11   444444444   77    8888888888
JJ  JJ      00      00  BB      BB  00      00      11        44     77    88  88
JJ  JJ      00      00  BB      BB  00      00      11        44     77    88  88
JJJJJJJ     0000000000  BBBBBBBBBB  000000000  111111111     44     77    8888888888
 JJJJJJ     0000000000  BBBBBBBBBB  00000000   111111111     44     77    8888888888
```

```
..........................................................................
..........................................................................
..........................................................................
```

```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES  INC                 PLAN  130     FT40019B-19980010
ATTENTION : MS MISSY STURDY                                                   REMITTANCE NUMBER 2000-013
DISBURSEMENT DATE : 10/23/2000                                               PAGE NUMBER         01

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION                    ITEMS PAID                    AMOUNT PAID                        DATE
CODE  YEAR                              HIGH STANDARD    TOTAL      HIGH    STANDARD              TOTAL     PROCESSED
A1  40  GROSS PREM WRITTEN 3RDQTR                                                           12,083,132.54  10/23/2000
44  40  OFFSETTING    ENTRY                                                                 12,083,132.54CR 10/23/2000
A3  40  PREM INTEREST INC  3RDQTR                                                              116,125.13  10/23/2000
44  40  OFFSETTING    ENTRY                                                                    116,125.13CR 10/23/2000
11  40  DRUG CLAIM ALLOC 09302000                                                           1,622,310.74  10/23/2000
44  40  OFFSETTING    ENTRY                                                                  1,622,310.74CR 10/23/2000
14  40  DEMAND HOT       09302000                                                              21,062.33  10/23/2000
44  40  OFFSETTING    ENTRY                                                                     21,062.33CR 10/23/2000
38  40  PPP BENEFIT      09302000                                                            1,999,700.92  10/23/2000
44  40  OFFSETTING    ENTRY                                                                  1,999,700.92CR 10/23/2000
59  40  PPP ALLOC        09302000                                                               36,186.19  10/23/2000
44  40  OFFSETTING    ENTRY                                                                     36,186.19CR 10/23/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
     AMOUNT PAID APPLIED TO REFUNDS                           0.00
     NUMBER OF GROSS CHARGE LINES                                0
     GROSS COVERED CHARGES                                    0.00
     NET COVERED CHARGES                                      0.00
```



```
PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC          PLAN 630    FT400198-19980010
ATTENTION : MS MISSY STURDY                                         REMITTANCE NUMBER 2000-220
DISBURSEMENT DATE : 10/23/2000                                      PAGE NUMBER        01
```

```
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID           AMOUNT PAID                        DATE
CODE  YEAR                         HIGH STANDARD   TOTAL     HIGH   STANDARD       TOTAL      PROCESSED
41  40   GROSS PREM WRITTEN 3RDQTR                                            31,580,391.53   10/23/2000
44  40   OFFSETTING    ENTRY                                                  31,580,391.53CR 10/23/2000
43  40B  PRGM INTEREST INC  3RDQTR                                              303,503.64     10/23/2000
44  40   OFFSETTING    ENTRY                                                    303,503.64CR   10/23/2000
13  40   CONTRACT AGT EXP 09332000                                             123,342.83     10/23/2000
44  40   OFFSETTING    ENTRY                                                   123,342.83CR   10/23/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS               0.00
   NUMBER OF GROSS CHARGE LINES                    0
   GROSS COVERED CHARGES                        0.00
   NET COVERED CHARGES                          0.00
```

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY  INC    PLAN 160   FT400198-19980010
ATTENTION : MISSY STURDY                                              REMITTANCE NUMBER 2000-210
DISBURSEMENT DATE : 10/23/2000                                        PAGE NUMBER        01
```

```
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID           AMOUNT PAID                        DATE
CODE  YEAR                         HIGH STANDARD   TOTAL     HIGH   STANDARD       TOTAL      PROCESSED
41  40   GROSS PREM WRITTEN 3RDQTR                                            20,330,905.32   10/23/2000
44  40   OFFSETTING    ENTRY                                                  20,330,905.32CR 10/23/2000
43  40   PRGM INTEREST INC  3RDQTR                                              195,390.43     10/23/2000
44  40   OFFSETTING    ENTRY                                                    195,390.43CR   10/23/2000
13  40   CONTRACT AGT EXP 09332000                                              53,637.20      10/23/2000
44  40   OFFSETTING    ENTRY                                                    53,637.20CR    10/23/2000
11  40   DRUG CLAIM ALLOC 09302000                                           1,260,944.51     10/23/2000
44  40   OFFSETTING    ENTRY                                                  1,260,944.51CR   10/23/2000
14  40   DEMAND MGT       09332000                                               15,151.35      10/23/2000
44  40   OFFSETTING    ENTRY                                                     15,151.35CR    10/23/2000
38  40   RPP BENEFIT      09302000                                           1,687,412.80     10/23/2000
44  40   OFFSETTING    ENTRY                                                  1,687,412.80CR   10/23/2000
39  40   RPP ALLOC        09302000                                               32,878.16      10/23/2000
44  40   OFFSETTING    ENTRY                                                     32,878.16CR    10/23/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS               0.00
   NUMBER OF GROSS CHARGE LINES                    0
   GROSS COVERED CHARGES                        0.00
   NET COVERED CHARGES                          0.00
```

us Unit: AICI
edger: ACTUAL

ournal ID: FEP31           Journal Date:   11/30/2000
escription: To Record Mail Order Drug and Retail Pharmacy (codes 11&38)   Source: NME   Acctg Per: 11   Journal Status: N   Reversal: None   Reversal Date:

| me AB | Account | Affil | Dept | Bus Div | Reg Div | Fund Arg | Prd Grp | Cov | Srv Area | St Cd/ luns | Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 70300040 |  |  | NFEP |  | 40 | 21 | 130 | 95 | OH000 |  | 5,004,489.53 | 0.00 | 0.00 |  | Benefits Dir-SA-Pharmacy |
|  | 50300015 |  |  | NFEP |  | 40 | 21 | 130 | 95 | OH000 |  | 0.00 | -5,004,489.53 | 0.00 |  | Prem Direct-SA-Pd Clm |
|  | 70300040 |  |  | NFEP |  | 40 | 21 | 130 | 95 | IN000 |  | 3,699,347.77 | 0.00 | 0.00 |  | Benefits Dir-SA-Pharmacy |
|  | 50300015 |  |  | NFEP |  | 40 | 21 | 130 | 95 | IN000 |  | 0.00 | -3,699,347.77 | 0.00 |  | Prem Direct-SA-Pd Clm |
|  | 70300040 |  |  | NFEP |  | 40 | 21 | 130 | 95 | KY000 |  | 2,963,553.06 | 0.00 | 0.00 |  | Benefits Dir-SA-Pharmacy |
|  | 50300015 |  |  | NFEP |  | 40 | 21 | 130 | 95 | KY000 |  | 0.00 | -2,963,553.06 | 0.00 |  | Prem Direct-SA-Pd Clm |
|  |  |  |  |  |  |  |  |  |  |  | Totals | 11,667,390.36 | -11,667,390.36 | 0.00 |  |  |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY              PLAN  332    FT400198-19980010
ATTENTION :  MISSY STURDY                                               REMITTANCE NUMBER 2000-013
DISBURSEMENT DATE : 11/21/2000                                          PAGE NUMBER          01

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID                               AMOUNT PAID                         DATE
CODE  YEAR                       HIGH  STANDARD   TOTAL        HIGH             STANDARD         TOTAL           PROCESSED
 11   40    DRUG CLAIM ALLOC 10312000                                                        2,371,893.75       11/21/2000
 44   40    OFFSETTING   ENTRY                                                               2,371,893.75CR     11/21/2000
 38   40    RPP BENEFIT EXP  10312000                                                        2,632,595.78       11/21/2000
 44   40    OFFSETTING   ENTRY                                                               2,632,595.78CR     11/21/2000
 39   40    RPP ALLOC FEES   10312000                                                           84,771.68       11/21/2000
 44   40    OFFSETTING   ENTRY                                                                  84,771.68CR     11/21/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                    0.00
   NUMBER OF GROSS CHARGE LINES                         0
   GROSS COVERED CHARGES                             0.00
   NET COVERED CHARGES                               0.00
HDR1********************FT48RPTS**B*************************************************************************************
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC                    PLAN  130    FT400190-19980010            130015
ATTENTION : MS MISSY STURDY                                                    REMITTANCE NUMBER 2000-015    130015
DISBURSEMENT DATE : 11/21/2000                                                 PAGE NUMBER          01       130015

                                                                                                             130015
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION                      ITEMS PAID                      AMOUNT PAID                   DATE  130015
CODE  YEAR                             HIGH  STANDARD    TOTAL        HIGH      STANDARD         TOTAL   PROCESSED 130015
 11   40    DRUG CLAIM ALLOC 10312000                                                     1,724,985.61  11/21/2000130015
 44   40    OFFSETTING    ENTRY                                                           1,724,985.61CR 11/21/2000130015
 14   40    DEMAND MGT EXP                                                                   20,194.16  11/21/2000130015
 44   40    OFFSETTING    ENTRY                                                             20,194.16CR 11/21/2000130015
 38   40    RPP BENEFIT EXP  10312000                                                     1,974,544.16  11/21/2000130015
 44   40    OFFSETTING    ENTRY                                                           1,974,544.16CR 11/21/2000130015
 39   40    RPP ALLOC FEES   10312000                                                        62,540.00  11/21/2000130015
 44   40    OFFSETTING    ENTRY                                                             62,540.00CR 11/21/2000130015

DISBURSEMENT TOTAL                                                                                           130015

SUMMARY OF BATCHES                                                                                           130015
   AMOUNT PAID APPLIED TO REFUNDS                             0.00                                           130015
   NUMBER OF GROSS CHARGE LINES                                  0                                           130015
   GROSS COVERED CHARGES                                     0.00                                           130015
   NET COVERED CHARGES                                       0.00                                           130015

Microfilm
Reproduction
Photography

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC                    PLAN  630    FT400190-19980010            630243
ATTENTION : MS MISSY STURDY                                                    REMITTANCE NUMBER 2000-243    630243
DISBURSEMENT DATE : 11/21/2000                                                 PAGE NUMBER          01       630243

PAYMENT SUMMARY INFORMATION                                                                                  630243
PYMT CONTRACT  EXPLANATION                      ITEMS PAID                      AMOUNT PAID                   DATE  630243
CODE  YEAR                             HIGH  STANDARD    TOTAL        HIGH      STANDARD         TOTAL   PROCESSED 630243
 10   40    CONTRACT AGT EXP 10312000                                                       170,821.25  11/21/2000630243
 44   40    OFFSETTING    ENTRY                                                             170,821.25CR 11/21/2000630243

DISBURSEMENT TOTAL                                                                                           630243

SUMMARY OF BATCHES                                                                                           630243
   AMOUNT PAID APPLIED TO REFUNDS                             0.00                                           630243
   NUMBER OF GROSS CHARGE LINES                                  0                                           630243
   GROSS COVERED CHARGES                                     0.00                                           630243
   NET COVERED CHARGES                                       0.00                                           630243

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC        PLAN 660    FT-.....-.960010
ATTENTION : MISSY STURDY                                                  REMIT PAGE NUMBER 2000-233
DISBURSEMENT DATE : 11/22/2000                                           PAGE  -JF5EN        26

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID                          AMOUNT PAID                     DATE
CODE  YEAR                     HIGH  STANDARD    TOTAL        HIGH          STANDARD       TOTAL           PROCESSED
01  39    CLAIMS SUBMITTED     1,719      70     1,789      10,135.41       1,227.15       11,362.56       11/15/2000
02  39    CLMS SUB NOT APP     1,717CR    22CR   1,739CR     9,932.25CR       482.79        9,444.55CR     11/15/2000
01  40    CLAIMS SUBMITTED       135   3,900     4,035       3,917.95      143,874.67      167,792.82      11/15/2000
02  40    CLMS SUB NOT APP       26CR    374CR    400CR                      176.26          176.26        11/15/2000
01  39    CLAIMS SUBMITTED        26     16CR       10                       598.91CR        598.91CR      11/20/2000
02  39    CLMS SUB NOT APP       26CR              26CR                       22.50           22.50        11/20/2000
11  40    CLAIMS SUBMITTED         1      55       56         486.17        1,363.73        1,769.90       11/20/2000
02  40    CLMS SUB NOT APP               3CR        3CR                                                    11/20/2000

DISBURSEMENT TOTAL               114   3,608     3,722       4,527.28      144,547.27      171,074.55

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                            0.00
   NUMBER OF GROSS CHARGE LINES                            12,514
   GROSS COVERED CHARGES                             1,310,297.50
   NET COVERED CHARGES                                 766,024.99
```

```
PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY  INC        PLAN 160    FT400198-19960010
ATTENTION : MISSY STURDY                                                  REMITTANCE NUMBER 2000-232
DISBURSEMENT DATE : 11/21/2000                                           PAGE NUMBER         01

PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID                          AMOUNT PAID                     DATE
CODE  YEAR                     HIGH  STANDARD    TOTAL        HIGH          STANDARD       TOTAL           PROCESSED
10  40    CONTRACT AGT EXP 10312000                                                       74,283.80       11/21/2000
44  40    OFFSETTING   ENTRY                                                              74,283.80CR      11/21/2000
11  40    DRUG CLAIM ALLOC 10312000                                                    1,319,432.68       11/21/2000
44  40    OFFSETTING   ENTRY                                                           1,319,432.68CR      11/21/2000
14  40    DEMAND NOT EXP                                                                  14,547.86        11/21/2000
44  40    OFFSETTING   ENTRY                                                              14,547.86CR      11/21/2000
38  40    RPP BENEFIT EXP  10312000                                                    1,644,126.38       11/21/2000
44  40    OFFSETTING   ENTRY                                                           1,644,126.38CR      11/21/2000
35  40    RPP ALLOC FEES   10312000                                                       56,378.12       11/21/2000
44  40    OFFSETTING   ENTRY                                                              56,378.12CR      11/21/2000

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
   AMOUNT PAID APPLIED TO REFUNDS                            0.00
   NUMBER OF GROSS CHARGE LINES                                 0
   GROSS COVERED CHARGES                                     0.00
   NET COVERED CHARGES                                       0.00
```

Query Name  GLC7501    ?EIGN_JRNL__BUTTON_

ıs Unit:      AICI
dger:         ACTUAL

age:  1

Run Date  01/02/2001

urnal ID:     FEP31              Journal Date:      12/31/2000
scription:    To Record Mail Oder Drug and Retail Pharmacy (Paycodes            Source:  NME        Acctg Per:  12        Journal Status:  N        Reversal:  None        Reversal Date:

| nc  AB  Account | Affil | Dept | Bus Div | Reg Div | Fund Atg | Prd Grp | Cov | Srv Area | St Cd/ Juris | Project | Debit Amount | Credit Amount | Stat Amount | Reference# | Line Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70300040 | | | NFEP | | 40 | 21 | 130 | 95 | OH000 | | 5,128,047.72 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| 50300015 | | | NFEP | | 40 | 21 | 130 | 95 | OH000 | | 0.00 | -5,128,047.72 | 0.00 | | Prem Direct-SA-Pd Clm |
| 70300040 | | | NFEP | | 40 | 21 | 130 | 95 | IN000 | | 3,681,543.26 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| 50300015 | | | NFEP | | 40 | 21 | 130 | 95 | IN000 | | 0.00 | -3,681,543.26 | 0.00 | | Prem Direct-SA-Pd Clm |
| 70300040 | | | NFEP | | 40 | 21 | 130 | 95 | KY000 | | 3,021,135.75 | 0.00 | 0.00 | | Benefits Dir-SA-Pharmacy |
| 50300015 | | | NFEP | | 40 | 21 | 130 | 95 | KY000 | | 0.00 | -3,021,135.75 | 0.00 | | Prem Direct-SA-Pd Clm |
| | | | | | | | | | Totals | | 11,830,726.73 | -11,830,726.73 | 0.00 | | |

```
PLAN NAME : COMMUNITY MUTUAL INSURANCE COMPANY              PLAN  332      FT400198-19980010
ATTENTION : MISSY STURDY                                                   REMITTANCE NUMBER 2000-014
DISBURSEMENT DATE : 12/29/2000                                            PAGE NUMBER              01
```

```
PAYMENT SUMMARY INFORMATION
PYMT CONTRACT  EXPLANATION              ITEMS PAID                          AMOUNT PAID                              DATE
CODE  YEAR                         HIGH  STANDARD    TOTAL      HIGH        STANDARD          TOTAL            PROCESSED
A1   40   GROSS PREM WRITTEN 4THQTR                                                     16,203,657.84         12/29/2000
44   40   OFFSETTING    ENTRY                                                           16,203,657.84CR       12/29/2000
A3   40   PRGM INTEREST INC  4THQTR                                                        156,976.21         12/29/2000
44   40   OFFSETTING    ENTRY                                                              156,976.21CR       12/29/2000
11   40   DRUG CLAIM ALLOC 11302000                                                      2,462,809.94         12/29/2000
44   40   OFFSETTING    ENTRY                                                            2,462,809.94CR       12/29/2000
38   40   RPP BENEFIT       11302000                                                     2,665,237.78         12/29/2000
44   40   OFFSETTING    ENTRY                                                            2,665,237.78CR       12/29/2000
39   40   RPP ALLOC         11302000                                                        59,800.14         12/29/2000
44   40   OFFSETTING    ENTRY                                                               59,800.14CR       12/29/2000

     DISBURSEMENT TOTAL

     SUMMARY OF BATCHES
        AMOUNT PAID APPLIED TO REFUNDS              0.00
        NUMBER OF GROSS CHARGE LINES                  0
        GROSS COVERED CHARGES                       0.00
        NET COVERED CHARGES                         0.00
HDR 1***************FT48RPTS**B***********************************************     **********************
```

PLAN NAME : ASSOCIATED INSURANCE COMPANIES INC
ATTENTION : MS MISSY STURDY
DISBURSEMENT DATE : 01/02/2001

PLAN  636

FT400198-19980010
REMITTANCE NUMBER 2001-001
PAGE NUMBER       24

630001
630001
630001

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | EXPLANATION | ITEMS PAID | | TOTAL | HIGH | AMOUNT PAID | TOTAL | DATE | |
|---|---|---|---|---|---|---|---|---|---|
| CODE  YEAR | | HIGH  STANDARD | | | | STANDARD | | PROCESSED | 630001 |
| 25  36 | REFUND OF UNCASHED CHECKS | | | | 408.63CR | | 5,281.49CR | 12/29/2000 | 630001 |
| 01  40 | CLAIMS SUBMITTED | 2,445 | 5,679 | 8,124 | 17,251.95 | 443,447.82 | 468,698.97 | 12/28/2000 | 630001 |
| 02  40 | CLMS SUB NOT APP | 2,224CR | 762CR | 3,006CR | 6,291.63 | 1,372.89 | 7,664.52 | 12/28/2000 | 630001 |

DISBURSEMENT TOTAL         221    4,897    5,118        23,134.95        439,947.05    463,082.00            630001

SUMMARY OF BATCHES                                                                                    630001
  AMOUNT PAID APPLIED TO REFUNDS                        0.00                                          630001
  NUMBER OF GROSS CHARGE LINES                      13,358                                            630001
  GROSS COVERED CHARGES                          4,259,636.03                                         630001
  NET COVERED CHARGES                            1,371,076.67                                         630001



PLAN NAME : ASSOCIATED INSURANCE COMPANIES  INC
ATTENTION : MS MISSY STURDY
DISBURSEMENT DATE : 12/29/2000

PLAN  130

FT400198-19980010
REMITTANCE NUMBER 2000-216
PAGE NUMBER       01

130016
130016
130016

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | EXPLANATION | ITEMS PAID | | TOTAL | HIGH | AMOUNT PAID | TOTAL | DATE | 130016 |
|---|---|---|---|---|---|---|---|---|---|
| CODE  YEAR | | HIGH  STANDARD | | | | STANDARD | | PROCESSED | 130016 |
| A1  40 | GROSS PREM WRITTEN 4THQTR | | | | | | 11,457,856.80 | 12/29/2000 | 130016 |
| 44  40 | OFFSETTING  ENTRY | | | | | | 11,457,856.80CR | 12/29/2000 | 130016 |
| A3  40 | PRGM INTEREST INC  4THQTR | | | | | | 111,000.38 | 12/29/2000 | 130016 |
| 44  40 | OFFSETTING  ENTRY | | | | | | 111,000.38CR | 12/29/2000 | 130016 |
| 11  40 | DRUG CLAIM ALLOC 11302000 | | | | | | 1,697,159.34 | 12/29/2000 | 130016 |
| 44  40 | OFFSETTING  ENTRY | | | | | | 1,697,159.34CR | 12/29/2000 | 130016 |
| 14  40 | DEMAND MGT  11302000 | | | | | | 29,472.93 | 12/29/2000 | 130016 |
| 44  40 | OFFSETTING  ENTRY | | | | | | 29,472.93CR | 12/29/2000 | 130016 |
| 38  40 | RPP BENEFIT  11302000 | | | | | | 1,984,383.92 | 12/29/2000 | 130016 |
| 44  40 | OFFSETTING  ENTRY | | | | | | 1,984,383.92CR | 12/29/2000 | 130016 |
| 39  40 | RPP ALLOC  11302000 | | | | | | 43,919.08 | 12/29/2000 | 130016 |
| 44  40 | OFFSETTING  ENTRY | | | | | | 43,919.08CR | 12/29/2000 | 130016 |

DISBURSEMENT TOTAL                                                                                    130016

SUMMARY OF BATCHES                                                                                    130016
  AMOUNT PAID APPLIED TO REFUNDS                        0.00                                          130016
  NUMBER OF GROSS CHARGE LINES                                                                        130016
  GROSS COVERED CHARGES                                                                               130016
  NET COVERED CHARGES                                                                                 130016

ATTENTION : MISSY STURDY
DISBURSEMENT DATE : 12/29/2000

REMITTANCE NUMBER 2000-257
PAGE NUMBER          01

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | | EXPLANATION | ITEMS PAID | | | AMOUNT PAID | | DATE |
|---|---|---|---|---|---|---|---|---|
| CODE | YEAR | | HIGH STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED |
| A1 | 00 | GROSS PREM WRITTEN 4THQTR | | | | | 19,479,441.64 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 19,479,441.64CR | 12/29/2000 |
| A3 | 00 | PREM INTEREST INC 4THQTR | | | | | 386,711.22 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 386,711.22CR | 12/29/2000 |
| 10 | 00 | CONTRACT AGT EXP 11302000 | | | | | 36,989.75 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 36,989.75CR | 12/29/2000 |
| 11 | 00 | DRUG CLAIM ALLOC 11302000 | | | | | 1,334,994.45 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 1,334,994.45CR | 12/29/2000 |
| 14 | 00 | DEMAND MGT   11302000 | | | | | 21,271.68 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 21,271.68CR | 12/29/2000 |
| 38 | 00 | RPP BENEFIT   11302000 | | | | | 1,686,140.80 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 1,686,140.80CR | 12/29/2000 |
| 39 | 00 | RPP ALLOC   11302000 | | | | | 48,866.41 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 48,866.41CR | 12/29/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS ....... 0.00
NUMBER OF GROSS CHARGE LINES ......... 0
GROSS COVERED CHARGES ................ 0.00
NET COVERED CHARGES .................. 0.00

---

PLAN NAME : BLUE CROSS AND BLUE SHIELD OF KENTUCKY INC
ATTENTION : MISSY STURDY
DISBURSEMENT DATE : 12/29/2000

PLAN 660

FT400190-19900010
REMITTANCE NUMBER 2000-257
PAGE NUMBER          01

PAYMENT SUMMARY INFORMATION

| PYMT CONTRACT | | EXPLANATION | ITEMS PAID | | | AMOUNT PAID | | DATE |
|---|---|---|---|---|---|---|---|---|
| CODE | YEAR | | HIGH STANDARD | TOTAL | HIGH | STANDARD | TOTAL | PROCESSED |
| A1 | 00 | GROSS PREM WRITTEN 4THQTR | | | | | 8,105,769.25 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 8,105,769.25CR | 12/29/2000 |
| A3 | 00 | PREM INTEREST INC 4THQTR | | | | | 78,526.28 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 78,526.28CR | 12/29/2000 |
| 10 | 00 | CONTRACT AGT EXP 11302000 | | | | | 27,589.56 | 12/29/2000 |
| 44 | 00 | OFFSETTING   ENTRY | | | | | 27,589.56CR | 12/29/2000 |

DISBURSEMENT TOTAL

SUMMARY OF BATCHES
AMOUNT PAID APPLIED TO REFUNDS ....... 0.00
NUMBER OF GROSS CHARGE LINES ......... 0
GROSS COVERED CHARGES ................ 0.00
NET COVERED CHARGES .................. 0.00