APM FEP Rebate Recharge 2000

| Unit | Journal | Source | Date | Account | Bus Div | Dept | Amount | Line Desc |
|---|---|---|---|---|---|---|---|---|
| CIC | STD1122 | OCO | 2000-01-01 | 70300040 | NFEP | | (36,259.64) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OCO | 2000-01-31 | 70300040 | NFEP | | 32,861.59 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJB | 2000-02-01 | 70300040 | NFEP | | (32,861.59) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-02-29 | 70300040 | NFEP | | 32,435.45 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-03-31 | 70300040 | NFEP | | 39,297.90 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-03-31 | 70300040 | NFEP | | (32,435.45) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-04-01 | 70300040 | NFEP | | (39,297.90) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-04-30 | 70300040 | NFEP | | 31,875.87 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-05-01 | 70300040 | NFEP | | (31,875.87) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-05-31 | 70300040 | NFEP | | 67,812.28 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-05-31 | 70300040 | NFEP | | 1,144.45 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-05-31 | 70300040 | NFEP | | (1,144.45) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-06-01 | 70300040 | NFEP | | (67,812.28) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-06-30 | 70300040 | NFEP | | 62,554.62 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-07-01 | 70300040 | NFEP | | (62,554.62) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-07-31 | 70300040 | NFEP | | 64,476.11 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-08-01 | 70300040 | NFEP | | (64,476.11) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-08-31 | 70300040 | NFEP | | 74,587.71 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-09-01 | 70300040 | NFEP | | (74,587.71) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-09-30 | 70300040 | NFEP | | 64,038.99 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-10-01 | 70300040 | NFEP | | (64,038.99) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-10-31 | 70300040 | NFEP | | 72,740.37 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122 | OJM | 2000-11-01 | 70300040 | NFEP | | (72,740.37) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122A | OJM | 2000-11-30 | 70300040 | NFEP | | 73,023.54 | Benefits Dir-SA-Pharmacy |
| CIC | STD1122A | OJM | 2000-12-01 | 70300040 | NFEP | | (73,023.54) | Benefits Dir-SA-Pharmacy |
| CIC | STD1122B | OJM | 2000-12-31 | 70300040 | NFEP | | **66,321.54** | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OCO | 2000-01-31 | 70300040 | NFEP | | (33,587.31) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-02-29 | 70300040 | NFEP | | (38,607.19) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-03-31 | 70300040 | NFEP | | (39,723.99) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-04-30 | 70300040 | NFEP | | (31,272.15) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-04-30 | 70300040 | NFEP | | 16,957.70 | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-05-31 | 70300040 | NFEP | | (30,326.84) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-06-30 | 70300040 | NFEP | | (31,753.72) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-07-31 | 70300040 | NFEP | | (29,685.85) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-07-31 | 70300040 | NFEP | | (4,276.08) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-08-31 | 70300040 | NFEP | | (32,481.70) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-09-30 | 70300040 | NFEP | | (31,389.71) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084 | OJM | 2000-10-31 | 70300040 | NFEP | | (33,913.54) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-11-30 | 70300040 | NFEP | | (33,965.90) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-11-30 | 70300040 | NFEP | | (411.29) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-12-31 | 70300040 | NFEP | | (33,002.20) | Benefits Dir-SA-Pharmacy |
| CIC | STD3084A | OJM | 2000-12-31 | 70300040 | NFEP | | (4,949.92) | Benefits Dir-SA-Pharmacy |
| | Total Shared Rebates | | | | | | (362,328) | |
| | | | | | | | | |
| CIC | 0000082862 | CM2 | 2000-01-31 | 87100103 | NFEP | 779 | 5,446.49 | CPM/Argus Admin Fees |
| CIC | STD1122 | OJB | 2000-01-01 | 87100103 | NFEP | 779 | -5,446.49 | CPM/Argus Admin Fees |
| CIC | STD1122 | OCO | 2000-01-31 | 84700103 | NFEP | 779 | 5,272.65 | Drug Admin. Fees |
| CIC | STD1122 | OCO | 2000-02-01 | 84700103 | NFEP | 779 | -5,272.65 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-02-29 | 84700103 | NFEP | 779 | 3,828.49 | Drug Admin. Fees |
| CIC | STD1122A | OJM | 2000-03-31 | 84700103 | NFEP | 779 | -3,828.49 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-03-31 | 84700103 | NFEP | 779 | 4,408.21 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-04-01 | 84700103 | NFEP | 779 | -4,408.21 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-04-30 | 84700103 | NFEP | 779 | 3,832.27 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-05-01 | 84700103 | NFEP | 779 | -3,832.27 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-05-31 | 84700103 | NFEP | 779 | 4,759.32 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-06-01 | 84700103 | NFEP | 779 | -4,759.32 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-06-30 | 84700103 | NFEP | 779 | 4,511.75 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-07-01 | 84700103 | NFEP | 779 | -4,511.75 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-07-31 | 84700103 | NFEP | 779 | 4,613.17 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-08-01 | 84700103 | NFEP | 779 | -4,613.17 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-08-31 | 84700103 | NFEP | 779 | 4,946.52 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-09-01 | 84700103 | NFEP | 779 | -4,946.52 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-09-30 | 84700103 | NFEP | 779 | 4,689.77 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-10-01 | 84700103 | NFEP | 779 | -4,689.77 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-10-31 | 84700103 | NFEP | 779 | 5,269.48 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-11-01 | 84700103 | NFEP | 779 | -5,269.48 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-11-30 | 84700103 | NFEP | 779 | 4,909.67 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-12-01 | 84700103 | NFEP | 779 | -4,909.67 | Drug Admin. Fees |
| CIC | STD1122 | OJM | 2000-12-31 | 84700103 | NFEP | 779 | **4,984.80** | Drug Admin. Fees |
| | Total Admin Fees | | | | | | 4,985 | |


EXHIBIT E

FEP - 2000 APM True Up (Final) (00160507).XLS 5/2/2005