CLOSED, SEALED

## U.S. District Court
## Western District of Kentucky (Louisville)
## CIVIL DOCKET FOR CASE #: 3:99-cv-00599-CRS

Calabrese, et al v. Adminastar Federal
Assigned to: Judge Charles R. Simpson, III
Demand: $0
Cause: 31:3729 False Claims Act

Date Filed: 09/13/1999
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Gary Calabrese**
*United States, ex rel.*

represented by **J. Stephen Simms**
Greber & Simms
20 S CHARLES ST STE 702
BALTIMORE, MD 21201
410-783-5795
Fax: 783-1368
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin Page West**
201 N CHARLES ST STE 2404
Baltimore, MD 21201
410-332-1400
Fax: 332-4079
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Charles Bailey, Jr.**
Greber & Simms
20 S CHARLES ST STE 702
BALTIMORE, MD 21201
410-783-5795
Fax: 783-1368
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**United States of America**

represented by **Joyce R. Branda**
U.S. Department of Justice- Civil Division
P.O. Box 261 Ben Franklin Station
Washington, DC 20044
202-514-4397
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


EXHIBIT K

**Michael F. Hertz**
U.S. Department of Justice-Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
202-514-7372
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia L. Hanower**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina S. Edwards**
U.S. Attorney Office
510 W BROADWAY FL 10
Louisville, KY 40202
502-582-5911
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Campbell**
U.S. Attorney Office
510 W BROADWAY FL 10
Louisville, KY 40202
502-582-5911
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AdminaStar Federal, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/1999 | 1 | COMPLAINT filed. filing fee pd - receipt # 101832 (ARK) Additional attachment(s) added on 9/14/2005 (SDB). (Entered: 09/20/1999) |
| 09/06/2005 | 62 | NOTICE of intervention and dismissal by United States of America. (TBS) Additional attachment(s) added on 9/14/2005 (SDB). (Entered: 09/07/2005) |
| 09/14/2005 | 63 | ORDER by Judge Charles R. Simpson III on 9/14/05; action is dismissed in accordance with terms of settlement agreement, with the exception of any claims by relator for expenses, fees and costs under 31:3730(d)(1); counts I and III of complaint are dismissed with prej; remainder of cmp is dismissed without prej; ct retains juris regarding any disputes arising as |

|  |  | to settlement agreement; relator's complaint, US's Notice of Intervention and Dismissal, and this order are unsealed; all other papers or orders on file in this matter shall remain under seal; seal is lifted on all matters occurring after this order.cc: Counsel(SDBS) Additional attachment(s) added on 9/14/2005 (SDB). (Entered: 09/14/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2005 15:26:29 | | | |
| PACER Login: | ss0220 | Client Code: | 6824-3 |
| Description: | Docket Report | Search Criteria: | 3:99-cv-00599-CRS |
| Billable Pages: | 1 | Cost: | 0.08 |