IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW M. GARNER, III, | : | Case No. 1:00cv00463 |
| | : | (Senior Judge S. Arthur Spiegel) |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANTHEM INSURANCE COMPANIES, INC., et al., | : | JOINT MOTION OF RELATOR AND DEFENDANT FOR DISMISSAL WITH PREJUDICE |
| | : | |
| Defendants. | : | |

On November 16, 2005, the Court entered an Order conditionally dismissing this case subject to reopening if the settlement discussed in Chambers was not concluded. Doc. 66, Order. On January 10, 2006, the Court entered an Order unconditionally dismissing this action in part as follows:

> IT IS HEREBY ORDERED that this action is dismissed…with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. § 3730(h). Count I of the Complaint, with respect to AdminaStar Printmail and Anthem Prescription, is dismissed with prejudice and the remainder of the Complaint, with the exception of any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1), and with the exception of Count VI of the Complaint, for retaliatory discharge under 31 U.S.C. § 3730(h) is dismissed without prejudice.

Doc. 68, Order.

Relator Andrew M. Garner, III ("Relator") and Defendant Anthem Insurance Companies, Inc. ("Defendant") have now entered into a final written settlement agreement (the "Settlement

{00195301.DOC/1}

Agreement") resolving Relator's claims for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1) and Count VI of the Complaint concerning Relator's retaliatory discharge claims under 31 U.S.C. § 3730(h).

Pursuant to Fed. R. Civ. P. 41(a), Relator and Defendant now jointly move this Court to dismiss all remaining claims with prejudice, including Count VI of the Complaint and all claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3739(d)(1). Pursuant to the Settlement Agreement and to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the parties also respectfully move that this Court retain jurisdiction over the Settlement Agreement.

The parties are submitting a proposed Order granting this Motion for the Court's consideration.

    Respectfully submitted,

/s/ Paul B. Martins
Paul B. Martins    (0007623)
Helmer Martins Rice & Popham Co., LPA
105 East 4th Street, Suite 1900
Cincinnati, OH  45202
(513) 421-2400
(513) 421-7902 (fax)
pmartins@FCAlawfirm.com
*Trial Attorney for Relator*

/s/ J. Timothy Keller
J. Timothy Keller
Aschemann Keller LLC
108 West Jackson Street
Marion, IL  62959
(618) 998-9988
(618) 998-0796 (fax)
tkeller@quitamlaw.org
*Attorneys for Relator*

{00195301.DOC/1}

|  |  |
|---|---|
| /s/ James A. Dyer | |
| James A. Dyer | (0006824) |
| Barbara A. Duncombe | (0072199) |
| Katherine L. Early | (0075380) |

SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
Dayton, OH 45423
937/222-2500
937/222-6554 (fax)
jdyer@ssdlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Joint Motion of Relator and Defendant for Dismissal with Prejudice, was electronically filed on January 16, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    /s/ Paul B. Martins

{00195301.DOC/1}