IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ANDREW M. GARNER, III, | : : : | Case No. 1:00cv00463<br>(Senior Judge S. Arthur Spiegel) |
| Plaintiffs, | : : | |
| vs. | : : | |
| ANTHEM INSURANCE COMPANIES, INC., et al., | : : : | ORDER GRANTING JOINT MOTION<br>FOR DISMISSAL WITH PREJUDICE |
| Defendants. | : | |

On motion and for good cause shown, the Court grants the Joint Motion for Dismissal With Prejudice (Doc. 69).

IT IS HEREBY ORDERED that all remaining claims in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), including Count VI of the Complaint and any claims by the Relator for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1). Also pursuant to the Settlement Agreement in this matter and in accord with *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), this Court retains jurisdiction to enforce the terms and conditions of the Settlement Agreement.

_____
Senior Judge S. Arthur Spiegel

{00195302.DOC/1}